IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW PAUL LEONARD, | CASE No. |
| Plaintiff, | |
| v. | COMPLAINT FOR COPYRIGHT INFRINGEMENT |
| STEMTECH HEALTH SCIENCES, INC.<br>1011 Calle Amanecer<br>San Clemente, CA 92673 | JURY TRIAL DEMANDED |
| and | |
| JOHN DOES 1-100, Inclusive, | |
| Defendants. | |

## COMPLAINT

Plaintiff, Andrew Paul Leonard ("Leonard"), by and through his undersigned attorneys, hereby brings this Complaint against Defendants Stemtech Health Sciences, Inc. (StemTech) and Does 1-100, and in support thereof states as follows:

### I.   Nature of the Action

1. This is an action arising under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq.*, and the common law, for Defendants' unlawful copying and use of Plaintiff's copyright-protected images.

### II.   The Parties

2. Plaintiff Leonard is an adult individual who resides in New York.

3. Upon information and belief, Defendant StemTech is a corporation organized and existing under the laws of Delaware with its principal place of business at 1011 Calle Amanecer, San Clemente, CA 92673.

956866.1 2/1/08

4. The true names or capacities, whether individual, corporate, associate, representative, or otherwise, of the defendants named herein as DOES 1-100, inclusive, are unknown to Plaintiff who therefore sues said defendants by such fictitious names and Plaintiff will amend this Complaint to show their true names and capacities when the same have been ascertained.

### III. Jurisdiction and Venue

5. The exclusive jurisdiction of this Court exists pursuant to 28 U.S.C. § 1338(a). The jurisdiction of this Court similarly exists based on the federal question presented in this case pursuant to 28 U.S.C. § 1331.

6. The jurisdiction of this Court also exists based on the diversity of citizenship of the parties under 28 U.S.C. § 1332, as this case involves a dispute between citizens of different states and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

7. This Court may assert personal jurisdiction over Defendant because it is a Delaware corporation.

8. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391.

### COUNT FOR STATUTORY COPYRIGHT INFRINGEMENT

9. Plaintiff repeats and incorporates Paragraphs 1-8, inclusive, of this Complaint as though set forth in full herein.

10. Leonard is in the business of microscopic photography. His images are unique and highly desirable, particularly to the medical, pharmaceutical, and research industries.

11. In or about 2001, Leonard created two images entitled Scanning Electron Microscopy of Human Bone Marrow Stem Cells Images 4 & 5 ("Images"). The Images are

attached hereto as Exhibit A. Leonard is the sole owner and proprietor of all right, title, and interest in and to the Images.

12. The Images were created by Leonard and contain features wholly original and copyrightable under the laws of the United States. Leonard complied in all respects with Title 17, U.S.C. § 102, et seq., and all other laws governing federal copyrights, and secured the exclusive rights and privileges in and to the copyright of the Images and received from the Register of Copyrights Certificate of Copyright No. U.S. Copyright Office Registration No. VA 1-426-177, dated December 20, 2007. A copy of the Certificate is attached hereto as Exhibit B.

13. Defendant StemTech is an MLM multi level marketing organization through which distributors sell StemTech's StemEnhance product. In or about May 2006, Plaintiff was contacted by Al Crane, an artist interested in licensing the right to use one of Plaintiff's Images for Defendant StemTech's HealthSpan publication and on Defendant StemTech's Internet website for a one (1) year period.

14. On June 11, 2006, Plaintiff sent an invoice to Defendant StemTech's Chief Executive Office, Ray Carter, for these uses of one Image for one year. In response, Plaintiff received from Mr. Carter, on behalf of StemTech, only part of the payment for use of one Image in the HealthSpan publication for one year. Plaintiff did not receive payment for StemTech's use of the Image on its Internet website.

15. Defendant StemTech willfully infringed said copyright by using, copying, and displaying the Images on its Internet websites, in publications, and in video presentations without authorization. At least as early as June 2006 until at least January 18, 2008, the Images appeared on the following Internet websites without permission:

http://www.stemtechbiz.com
http://www.teamstemtech.com/public/112.cfm
http://img.exigo.com/public/1595/websites/2/images/sthsbizbrfg-v4.pps#7
http://img.exigo.com/public/1595/websites/2/images/sthsbizbrfg-v4.pps#10
http://img.exigo.com/public/1595/websites/2/images/sthsbizbrfg-v4.pps#11
http://img.exigo.com/public/1595/websites/76/images/HealthSPAN-Volume1-Issue1.pdf

17. Defendant StemTech willfully infringed said copyright by using, copying, and displaying the Images on its Internet websites and in video presentations without authorization. At least as early as June 2006 until at least January 30, 2008, the Images appeared on the following Internet websites without permission:

http://www.stemenhanceinfo.com/#
http://www.enhancestemcellsnaturally.com

18. Defendant StemTech made the Images available to its sales and distribution network for their use, copying, and distribution in connection with selling StemEnhance. At least as early as December 10, 2007, until January 18, 2008, the Images appeared on the following Internet websites without permission:

http://adultstemcellinformation.com/slideshow.html
http://health2wealthchoice.com/site/index.asp?DL=133480&page=102829
http://adultstemcellnews.com/slideshow.html
http://adultstemcellscience.com/slideshow.html
http://lcrstemcells.com
http://thestemenhanceguy.com
http://adultstemcelenhancers.com/slideshow.html
http://naturalstemcellhealth.com
http://healthfire.biz/site/index.asp?DL=134102page=102725&ad=20981
http://scmiracles.com/site/index.asp?DL=135353&page=102829&ad=22210

19. On January 18, 2008, Plaintiff, through its counsel, sent a cease and desist letter to Defendant objecting to the unauthorized use, display, copying and distribution of the Images and demanding payment for past infringing uses. After receipt of the letters, Defendant

removed the Images from some of its websites but has failed and refused to address the damages sustained by Plaintiff as a result of the infringements of the Images.

20. Defendant has benefitted from its infringing activities and Plaintiff has suffered damages to its good will and reputation as well as monetary damages as a result of Defendant's infringing activities, the extent of which are not able to be determined at this time.

WHEREFORE, Plaintiff prays for judgment as follows:

A    That Defendant, its agents, servants, employees, assigns, attorneys, representatives, and successors, and all persons in active concert or participation with it, be permanently enjoined from infringing the copyright of Leonard in any manner;

B.    That Defendant be required to pay to Leonard such damages as Leonard has sustained as a consequence of Defendant's willful infringement of Leonard's copyright and to account for all gains, profits, and advantages derived by Defendant, or for statutory damages;

C.    That Defendant pay to Leonard the costs of this action and that reasonable attorney's fees be allowed by this Court pursuant to 17 U.S.C. § 505; and

D.    For such other and further relief as the Court deems just and proper.

PLAINTIFF DEMANDS A JURY TRIAL OF THIS MATTER.

                **SAUL EWING LLP**

                */s/ Kimberly L. Gattuso*
                Kimberly L. Gattuso, (DE No. 3733)
                222 Delaware Avenue, Suite 1200
                P.O. Box 1266
                Wilmington, Delaware 19899-1266
                Tel.: (302) 421-6868
                Fax: (302) 421-5871
                kgattuso@saul.com
                Attorneys for Plaintiff, Andrew Paul Leonard

OF COUNSEL:
Sherry H. Flax
Email: sflax@saul.com
SAUL EWING LLP
500 East Pratt Street
Baltimore, MD 21202-3133
Phone: (410) 332-8600
Fax: (410) 332-8862

Dated: February 1, 2008

# EXHIBIT A

# Bone Marrow Stem Cell Image 4

Certificate VA 1-426-177

Der Spiegel, March 6, 2001




same image

# EXHIBIT B

Case 1:08-cv-00067-JJF    Document 1-3    Filed 02/01/2008    Page 1 of 3

01/15/2008 TUE 3:10 FAX    Received 01/14/2008 02:05PM in 06:02 on line [15] for 3261 * Pg 3/19    ☒003/019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Form VA
For a Work of the Visual Arts
VA 1-426-177

EFFECTIVE DATE OF REGISTRATION
12  20  07
Month  Day  Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work ▼
Scanning electron Microscopy of Human Bone Marrow Stem Cells Images 4 & 5  *('See GR/CP, attached)

NATURE OF THIS WORK ▼ See instructions
Photography/Electronmicrography

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** NAME OF AUTHOR ▼
a  Andrew Paul Leonard

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼
1963

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of USA
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork      ☒ Photograph    ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design    ☐ Architectural work

b  Name of Author ▼

Dates of Birth and Death
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design    ☐ Architectural work

**3** a Year in Which Creation of This Work Was Completed
1996    ◄ This information must be given Year In all cases.

b Date and Nation of First Publication of This Particular Work
Complete this information Month MARCH Day 06 Year 2001**
ONLY if this work has been published.    Nation USA*

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Andrew Paul Leonard, 379 West Street Suite 4A, New York, NY 10014

APPLICATION RECEIVED
12/20/07 1/8/08
ONE DEPOSIT RECEIVED
12/20/07 1/8/08
TWO DEPOSITS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

FUNDS RECEIVED
12/20/07

MORE ON BACK ▶  · Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
               · See detailed instructions.    · Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

PAGE 3/19 * RCVD AT 1/14/2008 2:05:28 PM [Eastern Standard Time] * SVR:RF01A/15 * DNIS:68785 * CSID: * DURATION (mm-ss):06-02    01/15/2008 TUE 1:34  [JOB NO. 6483]  ☒002

01/15/2008 TUE 3:10 FAX    Received 01/14/2008 02:05PM in 06:02 on line [15] for 3261 * Pg 4/19    ☒004/019

\* Corrected by CO.

EXAMINED BY _JHF_   FORM VA

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**
a

See instructions before completing this space.

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Andrew Paul Leonard, 379 West Street Suite 4A, New York, NY 10014

b

Area code and daytime telephone number  (212) 741 7327    Fax number  (212) 727-2615
Email  andrew@aplmicro.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶ { ☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Andrew Paul Leonard    Date  January 3, 2008

Handwritten signature (X) ▼
X _[signature]_

Certificate will be mailed in window envelope to this address:

Name ▼
Andrew Paul Leonard
Number/Street/Apt ▼
379 West Street, Suite 4A
City/State/ZIP ▼
New York, NY 10014

**9**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA—Full  Rev 07/2006  Print: 07/2006—10,000  Printed on recycled paper    U.S. Government Printing Office: 2004-330-905/60,125

01/15/2008 TUE 1:34 【JOB NO. 6483】 ☒003
PAGE 4/19 * RCVD AT 1/14/2008 2:05:26 PM [Eastern Standard Time] * SVR:RF01A/15 * DNIS:58785 * CSID: * DURATION (mm-ss):06-02

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ANDREW PAUL LEONARD

**DEFENDANTS**
STEMTECH HEALTH SCIENCES, INC. et al.

(b) County of Residence of First Listed Plaintiff: New York
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: California
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorneys (Firm Name, Address, and Telephone Number)
Kimberly L. Gattuso, Esquire    302-421-6800
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, Delaware 19801

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — ☐ 310 Airplane / ☐ 315 Airplane Product Liability / ☐ 320 Assault, Libel & Slander / ☐ 330 Federal Employers' Liability / ☐ 340 Marine / ☐ 345 Marine Product Liability / ☐ 350 Motor Vehicle / ☐ 355 Motor Vehicle Product Liability / ☐ 360 Other Personal Injury | **PERSONAL INJURY** — ☐ 362 Personal Injury - Med. Malpractice / ☐ 365 Personal Injury - Product Liability / ☐ 368 Asbestos Personal Injury Product Liability / **PERSONAL PROPERTY** ☐ 370 Other Fraud / ☐ 371 Truth in Lending / ☐ 380 Other Personal Property Damage / ☐ 385 Property Damages Product Liability | ☐ 610 Agriculture / ☐ 620 Other Food & Drug / ☐ 625 Drug Related Seizure of Property 21 USC 881 / ☐ 630 Liquor Laws / ☐ 640 R.R. & Truck / ☐ 650 Airline Regs. / ☐ 660 Occupational Safety/Health / ☐ 690 Other / **LABOR** ☐ 710 Fair Labor Standards Act / ☐ 720 Labor/Mgmt. Relations / ☐ 730 Labor/Mgmt. Reporting & Disclosure Act / ☐ 740 Railway Labor Act / ☐ 790 Other Labor Litigation / ☐ 791 Empl. Ret. Inc. Security Act / **IMMIGRATION** ☐ 462 Naturalization Application / ☐ 463 Habeas Corpus - Alien Detainee / ☐ 465 Other Immigration Actions | ☐ 422 Appeal 28 USC 158 / ☐ 423 Withdrawal 28 USC 157 / **PROPERTY RIGHTS** ☒ 820 Copyrights / ☐ 830 Patent / ☐ 840 Trademark / **SOCIAL SECURITY** ☐ 861 HIA (1395ff) / ☐ 862 Black Lung (923) / ☐ 863 DIWC/DIWW (405(g)) / ☐ 864 SSID Title XVI / ☐ 865 RSI (405(g)) / **FEDERAL TAX SUITS** ☐ 870 Taxes (U.S. Plaintiff or Defendant) / ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 400 State Reapportionment / ☐ 410 Antitrust / ☐ 430 Banks and Banking / ☐ 450 Commerce / ☐ 460 Deportation / ☐ 470 Racketeer Influenced and Corrupt Organizations / ☐ 480 Consumer Credit / ☐ 490 Cable/Sat TV / ☐ 810 Selective Service / ☐ 850 Securities/Commodities/Exchange / ☐ 875 Customer Challenge 12 USC 3410 / ☐ 890 Other Statutory Actions / ☐ 891 Agricultural Acts / ☐ 892 Economic Stabilization Act / ☐ 893 Environmental Matters / ☐ 894 Energy Allocation Act / ☐ 895 Freedom of Information Act / ☐ 900 Appeal of Fee Determination Under Equal Access to Justice / ☐ 950 Constitutionality of State Statutes |
| ☐ 120 Marine | | | | |
| ☐ 130 Miller Act | | | | |
| ☐ 140 Negotiable Instrument | | | | |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | | |
| ☐ 151 Medicare Act | | | | |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | | | | |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | | | |
| ☐ 160 Stockholders' Suits | | | | |
| ☐ 190 Other Contract | | | | |
| ☐ 195 Contract Product Liability | | | | |
| ☐ 196 Franchise | | | | |
| **REAL PROPERTY** ☐ 210 Land Condemnation / ☐ 220 Foreclosure / ☐ 230 Rent Lease & Ejectment / ☐ 240 Torts to Land / ☐ 245 Tort Product Liability / ☐ 290 All Other Real Property | **CIVIL RIGHTS** ☐ 441 Voting / ☐ 442 Employment / ☐ 443 Housing/Accommodations / ☐ 444 Welfare / ☐ 445 Amer. w/Disabilities - Employment / ☐ 446 Amer. w/Disabilities - Other / ☐ 440 Other Civil Rights | **PRISONER PETITIONS** ☐ 510 Motions to Vacate Sentence **Habeas Corpus** ☐ 530 General / ☐ 535 Death Penalty / ☐ 540 Mandamus & Other / ☐ 550 Civil Rights / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District (Specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
17 U.S.C. § 101

Brief description of cause:
This is an action arising under the Copyright Act of 1976, for Defendants' unlawful copying and use of Plaintiff's copyright-protected images.

## VII. REQUESTED IN COMPLAINT
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):  JUDGE _____   DOCKET NUMBER _____

DATE: 2/1/08

SIGNATURE OF ATTORNEY OF RECORD
*Kimberly L. Gattuso* (signature)

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _08-67_

*FILED 2008 FEB -1 PM 3:46 CLERK, U.S. DISTRICT COURT DISTRICT OF DELAWARE*

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___11___ COPIES OF AO FORM 85.

FEB 0 1 2008

_____     _____
(Date forms issued)                             (Signature of Party or their Representative)

                                                            _Gabriel Peak_
                                                            (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action