≏ AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| X   ACTION        ☐ APPEAL | | COURT NAME AND LOCATION<br>United States District Court |
|---|---|---|
| DOCKET NO.<br>08-cv-67 | DATE FILED<br>02/01/08 | 844 N. King Street<br><br>Wilmington, DE 19801 |

| PLAINTIFF<br><br>Andrew Paul Leonard | DEFENDANT<br>Stemtech Health Sciences Inc.<br>John Does 1-100 |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | SEE EXHIBIT A-B, ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE<br>02/01/08 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# EXHIBIT A

# Bone Marrow Stem Cell Image 4

Certificate VA 1-426-177

Der Spiegel, March 6, 2001



same image



# EXHIBIT B

Case 1:08-cv-00067-JJF    Document 3-3    Filed 02/01/2008    Page 1 of 3

01/15/2008 TUE 3:10 FAX                Received 01/14/2008 02:05PM in 06:02 on line [15] for 3261 * Pg 3/19                    ☒003/019

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
**VA 1-426-177**

EFFECTIVE DATE OF REGISTRATION
12  20  07
Month  Day  Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work ▼
Scanning electron Microscopy of Human Bone Marrow Stem Cells Images 4 & 5 *('See GR/CP, attached)

NATURE OF THIS WORK ▼ See instructions
Photography/Electonmicrography

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2** NAME OF AUTHOR ▼
a  Andrew Paul Leonard

DATES OF BIRTH AND DEATH
Year Born ▼  1963    Year Died ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of  USA
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork       ☒ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

b  Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

**3**
a  Year in Which Creation of This Work Was Completed
1996    This information must be given in all cases.

b  Date and Nation of First Publication of This Particular Work
Month  MARCH   Day  06   Year  2001
USA                                    Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Andrew Paul Leonard, 379 West Street Suite 4A, New York, NY 10014

APPLICATION RECEIVED
12/20/07 1/8/08
ONE DEPOSIT RECEIVED
12/20/07 1/8/08
TWO DEPOSITS RECEIVED

FUNDS RECEIVED
12/20/07

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                 • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

PAGE 3/19 * RCVD AT 1/14/2008 2:05:26 PM [Eastern Standard Time] * SVR:RF01A/15 * DNIS:68785 * CSID: * DURATION (mm-ss):06-02

01/15/2008 TUE 1:34  [JOB NO. 6483]  ☒002

01/15/2008 TUE 3:10 FAX    Received 01/14/2008 02:05PM in 06:02 on line [15] for 3261 * Pg 4/19    ☒004/019

\* Corrected by CO.

EXAMINED BY _JHF_        FORM VA

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼        Account Number ▼

a

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Andrew Paul Leonard, 379 West Street Suite 4A, New York, NY 10014

b

Area code and daytime telephone number (212) 741-7327        Fax number (212) 727-2615
Email andrew@aplmicro.com

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the
check only one ▶ ☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Andrew Paul Leonard            Date January 3, 2008

Handwritten signature (X) ▼
X _[signature]_

**9** Certificate will be mailed in window envelope to this address:
Name ▼ Andrew Paul Leonard
Number/Street/Apt ▼ 379 West Street, Suite 4A
City/State/ZIP ▼ New York, NY 10014

17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA—Full    Rev: 07/2006    Print: 07/2006—10,000    Printed on recycled paper    U.S. Government Printing Office: 2004-320-925/60,125

01/15/2008 TUE 1:34 [JOB NO. 6483] ☒003
PAGE 4/19 * RCVD AT 1/14/2008 2:05:26 PM [Eastern Standard Time] * SVR:RF01A/15 * DNIS:58785 * CSID: * DURATION (mm-ss):06-02