

# HOLLINS SCHECHTER
## ATTORNEYS AT LAW

1851 EAST FIRST STREET
SIXTH FLOOR
SANTA ANA, CALIFORNIA 92705•4017

TELEPHONE 714•558•9119
FACSIMILE 714•558•9091
www.hollins-law.com

**TRANSMITTED, VIA FED EX**

February 26, 2008

U.S. DISTRICT COURT
Attention:   Clerk's Office, Intake Counter
             Room 4209 – Lockbox 18
844 North King Street
Wilmington, Delaware 19801

RE:   Leonard v. Stemtech Health Sciences
      USDC Case No.:   08-67
      Our File No. :   IN/99270

Dear Clerk:

Enclosed for your information, review and filing, please find the following:

   1.   Original and two (2) copies of *Stemtech Health Sciences' Answer To Plaintiff's Complaint For Copyright Infringement*;
   2.   Original and two (2) copies of the *Motion And Order For Admission Pro Hac Vice* (of Kathleen Mary Kushi Carter);
   3.   Original and two (2) copies of the *Motion And Order For Admission Pro Hac Vice* (of Michael C. Herzog);
   4.   Original disk containing a ".pdf" file of each of the foregoing described documents;
   5.   Our check no. 36568 in the amount of *three hundred fifty dollars* ($350.00) representing the filing fee required for filing of Stemtech Health Science Answer;
   6.   Our check no. 36569 in the amount of *twenty-five dollars* ($25.00) representing the filing fee required for filing of Motion on behalf of Ms. Carter;
   7.   Our check no. 36570 in the amount of *twenty-five dollars* ($25.00) representing the filing fee required for filing of Motion on behalf of Mr. Herzog; and
   8.   A pre-paid self-addressed FedEx return envelope and air bill.

*Fearless Uncompromising Trial Advocacy*

ORANGE COUNTY   •   LOS ANGELES   •   SAN DIEGO   •   INLAND EMPIRE

U.S. DISTRICT COURT
Attention:    Clerk's Office, Intake Counter
              Room 4209 – Lockbox 18
Letter of February 26, 2008
RE:   Leonard v. Stemtech Health Sciences
      USDC Case No.:    08-67
      Our File No.    :    IN/99270
Page 2

Pursuant to my discussion with the Court, upon receipt of this communication, please file the enclosed documents and return one (1) conformed copy of each document to my attention in the FedEx envelope provided herewith for that purpose.

I trust the enclosed meets with your satisfaction, however, should you have any questions or require additional information, please do not hesitate to contact our office. We thank you for your prompt and courteous attention to this matter.

Very truly yours,

HOLLINS • SCHECHTER


SUZANNE MARX
Legal Assistant to Kathleen Mary Kushi Carter, Esq.
smarx@hollins-law.com

SMM:kkc/hs

Enclosures (As indicated)

537253

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 27, 2008

TO: Suzanne Marx
Hollins-Schechter Attorneys At Law
1851 East First St.
Santa Ana, CA 92705-4017

**RE: Return of Check Without Action Re: CA 08-67 JJF**

Enclosed check number 36568 for $350.00 is being returned by the Clerk's Office without action.

The plaintiff's filing fee of $350.00 was received by The Clerk's Office February 1, 2008. An additional fee of $350.00 for filing an Answer is not required.

Attached is the return check, a clocked copy of the Answer as well as the receipts and pro hac vice motions for Kathleen Mary Kushi Carter and Michael C. Herzog.

If you have any questions or concerns, please contact The Clerk's Office or visit our website at www.ded.uscourts.gov.

Sincerely,

PETER T. DALLEO
CLERK

By: /s/ Schelley Stokes
Schelley Stokes
Deputy Clerk

/sns
enc.
cc: Finance
    Alpha File
    JJF-CA 08-67