Form for Motion for Admission *Proc Hac Vice*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW PAUL LEONARD, ) | |
| ) | CASE NO. 08-67 |
| PLAINTIFF, ) | |
| ) | |
| v. ) | |
| ) | |
| STEMTECH HEALTH SCIENCES, ) | |
| INC.; AND DOES 1-100, Inclusive, ) | |
| ) | |
| Defendants. ) | |

### MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael C. Herzog to represent Defendant, STEMTECH HEALTH SCIENCES, INC. in this matter.

Signed: _____
Michael C. Herzog
1851 E. First Street, 6th Floor
Santa Ana, CA 92705
(714) 558-9119
Date: 2/26/08
Attorney for Defendant, STEMTECH HEALTH SCIENCES, INC.

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____    _____
United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

Date: 2/26/08    Signed: _____
Michael C. Herzog

## PROOF OF SERVICE
### (1013a(3) Code Civ. Proc. Revised 5/1/88)

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the county of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1851 E. First Street, 6th Floor, Santa Ana, California 92705-4017

On February 26, 2008, I served the foregoing document described as MOTION AND ORDER FOR ADMISSION PRO HAC VICE on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

☐  by overnight delivery via Federal Express pursuant to Code of Civil Procedure section 1013.

☐  by FAX. I faxed said document pursuant to Rules of Court rule 2.306, on _____, at approximately _____ from my facsimile telephone number 714.558.9091.

The document was transmitted by facsimile transmission and the transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine. A copy of the transmission report is attached to this proof of service.

☒  via electronic mail to: kgattuso@saul.com and sflax@saul.com

☒  by mail as follows: I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐  I caused such document to be served on this date by electronic transmission in accordance with standard procedures and to the e-mail address listed on the attached service list.

☐  (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒  (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 26, 2008, at Santa Ana, California.

TAUNYA L. HENLEY

537012

MOTION AND ORDER FOR ADMISSION PRO HAC VICE

| | |
|---|---|
| Case Name: | **LEONARD v. STEMTECH** |
| Case No.: | **08-67** |

## MAILING LIST

Kimberly L. Gattuso, Esq.
Saul Ewing LLP
222 Delaware Avenue, Suite 1200
Wilmington, Delaware 19801
Email: kgattuso@saul.com
TEL: (302) 421-6868
FAX: (302) 421-5871
*Attorneys for Plaintiff,*
*ANDREW PAUL LEONARD*

OF COUNSEL:
Sherry H. Flax
SAUL EWING LLP
500 East Pratt Street
Baltimore, MD 21202-3133
Email: sflax@saul.com
TEL: (410) 332-8600
FAX: (410) 332-8862

537012
STEMTECH'S ANSWER TO PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT