IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW PAUL LEONARD, | CASE No. 1-08-CV-67 |
| Plaintiff, | |
| v. | COMPLAINT FOR COPYRIGHT INFRINGEMENT |
| STEMTECH HEALTH SCIENCES, INC.<br>1011 Calle Amanecer<br>San Clemente, CA 92673 | JURY TRIAL DEMANDED |
| and | |
| JOHN DOES 1-100, Inclusive, | |
| Defendants. | |

## ENTRY OF APPEARANCE

Please enter the appearance of Candice Toll Aaron of Saul Ewing LLP as counsel for Plaintiff Andrew Paul Leonard. This notice and entry of appearance is without waiver of any procedural or substantive right.

SAUL EWING LLP

/s/ Candice Toll Aaron
Candice Toll Aaron (DE ID No. 4465)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421-6800 phone
(302) 421-6813 fax
caaron@saul.com
*Attorney for Plaintiff,*
*Andrew Paul Leonard*

## CERTIFICATE OF SERVICE

I, Candice Toll Aaron, Esquire, hereby certify that on this 28th day of March, 2008, I electronically filed a true and correct copy of the foregoing *ENTRY OF APPEARANCE* with the Clerk of the Court using CM/ECF, and further certify that I have mailed by United States Postal Service, the document to the following non-registered participants:

**VIA FIRST CLASS U.S. MAIL, POSTAGE PREPAID:**

Stemtech Health Services, Inc.
1011 Calle Amanecer
San Clemente, CA 92673

and c/o Corporate Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**VIA FIRST CLASS U.S. MAIL, POSTAGE PREPAID:**

Kathleen Mary Kushi Carter, Esquire
Michael C. Herzog, Esquire
Hollins Schechter
1851 East First Street, 6th Floor
Santa Ana, California 92705-4017

**SAUL EWING LLP**

/s/ Candice Toll Aaron
Candice Toll Aaron (DE ID No. 4465)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421-6800 phone
(302) 421-6813 fax
caaron@saul.com
*Attorney for Plaintiff,*
*Andrew Paul Leonard*

557699.1 3/28/08