IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW PAUL LEONARD, | CASE No. 1-08-CV-67 |
| Plaintiff, | |
| v. | COMPLAINT FOR COPYRIGHT INFRINGEMENT |
| STEMTECH HEALTH SCIENCES, INC.<br>1011 Calle Amanecer<br>San Clemente, CA 92673 | JURY TRIAL DEMANDED |
| and | |
| JOHN DOES 1-100, Inclusive, | |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF COUNSEL

Please take notice that Kimberly L. Gattuso, Esquire, formely of Saul Ewing, LLP, hereby withdraws her appearance as counsel to Plaintiff, Andrew Paul Leonard, in this case. Saul Ewing LLP will continue to serve as Counsel to Plaintiff. Please substitute Candice Toll Aaron, Esquire as new counsel to Plaintiff and revise your records accordingly. Service of all pleadings in this matter should hereinafter be made solely upon:

> Candice Toll Aaron (No. 4465)
> Saul Ewing LLP
> 222 Delaware Avenue, Suite 1200
> Wilmington, DE 19899-1266
> Telephone: (302) 421-6800
> Facsimile: (302) 421-6813
> caaron@saul.com

-2-

| POTTER ANDERSON & CORROON, LLP | SAUL EWING LLP |
|---|---|
| /s/ Kimberly L. Gattuso | /s/ Candice Toll Aaron |
| Kimberly L. Gattuso (No. 3733) | Candice Toll Aaron (No. 4465) |
| 1313 N. Market Street | 222 Delaware Avenue |
| P.O. Box 951 | P.O. Box 1266 |
| Wilmington, DE 19899-0951 | Wilmington, DE 19899-1266 |
| Telephone: (302) 984-6067 | Telephone: (302) 421-6800 |
| Facsimile: (302) 778-6067 | Facsimile: (302) 421-6813 |
| kgattuso@potteranderson.com | caaron@saul.com |

*Attorneys for Plaintiff,*
*Andrew Paul Leonard*

## CERTIFICATE OF SERVICE

I, Candice Toll Aaron, Esquire, hereby certify that on this 3rd day of April, 2008, I electronically filed a true and correct copy of the foregoing *NOTICE OF WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF COUNSEL* with the Clerk of the Court using CM/ECF, and further certify that I have mailed by United States Postal Service, the document to the following non-registered participants:

**VIA FIRST CLASS U.S. MAIL, POSTAGE PREPAID:**

Stemtech Health Services, Inc.
1011 Calle Amanecer
San Clemente, CA 92673

and c/o Corporate Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**VIA FIRST CLASS U.S. MAIL, POSTAGE PREPAID:**

Kathleen Mary Kushi Carter, Esquire
Michael C. Herzog, Esquire
Hollins Schechter
1851 East First Street, 6th Floor
Santa Ana, California 92705-4017

**SAUL EWING LLP**

/s/ Candice Toll Aaron
Candice Toll Aaron (DE ID No. 4465)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421-6800 phone
(302) 421-6813 fax
caaron@saul.com
*Attorney for Plaintiff,*
*Andrew Paul Leonard*

557832.1 4/3/08