

Candice Toll Aaron
Phone: (302) 421-6875
Fax: (302) 421-5884
caaron@saul.com
www.saul.com

April 10, 2008

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
United States Courthouse,
844 King Street
Wilmington, DE 19801

    Re:    **Leonard v. StemTech Health Services, Inc.**
             **C.A. No. 1:08-cv-67 JJF**

Dear Judge Farnan:

    I write on behalf of Andrew Paul Leonard ("Mr. Leonard"), plaintiff in the above-referenced action (the "Action"). The Action was commenced by Mr. Leonard on February 1, 2008, against defendant StemTech Health Services, Inc. ("StemTech") because of systematic, continuous, and ongoing copyright infringement by StemTech against Mr. Leonard. As set forth in the Complaint (D.I. 1), StemTech has knowingly and willfully infringed on Mr. Leonard's copyright with respect to two of his microscopic photographic images, and has continued to do so even since the filing of the Complaint in this Action.

    StemTech's California counsel, Hollins + Schechter ("Hollins") answered the Complaint in this Action on StemTech's behalf on February 25, 2008. *See* D.I. 6. Pursuant to Local Rule 83.5, and the Clerk of the Court's letters to Hollins (*see* D.I. 9, D.I. 10), StemTech was required to associate with local counsel no later than March 28, 2008. StemTech, in violation of Local Rule 83.5, failed to do so.

    Upon StemTech's default, we contacted the Court seeking guidance as to the imposition of sanctions for StemTech's failure to associate local counsel, as provided in Rule 83.5. We learned this week that StemTech contacted the Clerk's office via telephone *ex parte* on March 26, 2008 to request an extension of the Rule 83.5 deadline, and was granted one during that call until April 28, 2008. This extension of time was granted on an *ex parte* request and without opportunity for Mr. Leonard to be heard in opposition.

    Because the infringement by StemTech at the heart of the Action is ongoing and persistent, Mr. Leonard is harmed every day that this case languishes in the courts. Conversely,

P.O. Box 1266 • Wilmington, DE 19899-1266 • Phone: (302) 421-6800 • Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON

557972.1 4/10/08    A DELAWARE LIMITED LIABILITY PARTNERSHIP

The Honorable Joseph J. Farnan, Jr.
April 10, 2008
Page 2

because it continues to benefit from its unlawful use of Mr. Leonard's images, StemTech only gains by further delay. Thus, I write to respectfully express Mr. Leonard's strong objection to the extension of time granted to StemTech.

Mr. Leonard believes that StemTech's *ex parte* request for an extension (made just 48 hours before StemTech would have been in default of its obligations under Local Rule 83.5) is nothing more than litigation gamesmanship designed to further advantage StemTech to Mr. Leonard's great detriment. Thus, Mr. Leonard further objects to StemTech being granted any additional extensions of time to associate with local counsel. To the extent such an extension is requested, Mr. Leonard would like an opportunity to oppose it. Further, to the extent StemTech does not meet the extended April 28 deadline, Mr. Leonard wishes and intends to seek all appropriate sanctions against StemTech.

As always, I am available at the Court's convenience to discuss any of the foregoing.

Respectfully submitted,

Candice Toll Aaron (Del. Bar No. 4465)

cc:   Sherry H. Flax, Esq.
      Kathleen Mary Kushi Carter, Esq.
      Michael C. Herzog, Esq.
      Clerk of Court (By Hand Delivery)