IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW PAUL LEONARD, | CASE No. 1-08-CV-67 |
| Plaintiff, | |
| v. | COMPLAINT FOR COPYRIGHT INFRINGEMENT |
| STEMTECH HEALTH SCIENCES, INC.<br>1011 Calle Amanecer<br>San Clemente, CA 92673 | JURY TRIAL DEMANDED |
| and | |
| JOHN DOES 1-100, Inclusive, | |
| Defendants. | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Candice Toll Aaron, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves for the admission *pro hac vice* of Sherry H. Flax, Esquire, of the law firm Saul Ewing LLP, Lockwood Place, 500 East Pratt Street, Suite 900, Baltimore, Maryland 21202-3171, as counsel for Plaintiff Andrew Paul Leonard. Ms. Flax is admitted, practicing, and in good standing as a member of the Bar of the State of Maryland, and is admitted to practice in the courts of those jurisdictions, in the U.S. District Court of Maryland, and in the U.S. Fourth Circuit Court of Appeals. In accordance with Standing Order for District Court Fund Effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this Motion.

557932.1 4/11/08

SAUL EWING LLP

___/s/ Candice Toll Aaron___
Candice Toll Aaron (No. 4465)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6800 phone
(302) 421-6813 facsimile
caaron@saul.com

Counsel for Plaintiff Andrew Paul Leonard

Dated: April 11, 2008

**CERTIFICATION OF ATTORNEY BEING ADMITTED**

Pursuant to Local Rule 83.5, I, Sherry H. Flax, Esquire, hereby certify that I am eligible for admission *pro hac vice* to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland, and am admitted to practice in the courts of those jurisdictions, in the U.S. District Court of Maryland, and in the U.S. Fourth Circuit Court of Appeals. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action. I also certify I am generally familiar with this Court's Local Rules.

SAUL EWING LLP

_____
Sherry H. Flax, Esquire
Saul Ewing LLP
Lockwood Place
500 East Pratt Street, Suite 900
Baltimore, Maryland 21202-3171
sflax@saul.com

Counsel for Plaintiff Andrew Paul Leonard

Dated: April 8, 2008

557932.1 4/8/08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW PAUL LEONARD, | CASE No. 1-08-CV-67 |
| Plaintiff, | |
| v. | COMPLAINT FOR COPYRIGHT INFRINGEMENT |
| STEMTECH HEALTH SCIENCES, INC.<br>1011 Calle Amanecer<br>San Clemente, CA 92673 | JURY TRIAL DEMANDED |
| and | |
| JOHN DOES 1-100, Inclusive, | |
| Defendants. | |

## ORDER

IT IS HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Sherry H. Flax, Esquire is GRANTED.

DATED: _____, 2008

_____
UNITED STATES DISTRICT COURT JUDGE

557932.1 4/11/08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW PAUL LEONARD, | CASE No. 1-08-CV-67 |
| Plaintiff, | |
| v. | COMPLAINT FOR COPYRIGHT INFRINGEMENT |
| STEMTECH HEALTH SCIENCES, INC.<br>1011 Calle Amanecer<br>San Clemente, CA 92673 | JURY TRIAL DEMANDED |
| and | |
| JOHN DOES 1-100, Inclusive, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Candice Toll Aaron, Esquire, hereby certify that on April 11, 2008, I electronically filed the MOTION AND ORDER FOR ADMISSION PRO HAC VICE of Sherry H. Flax with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was served on the following counsel in the manner indicated:

**VIA FIRST CLASS U.S. MAIL, POSTAGE PREPAID:**

Stemtech Health Services, Inc.
1011 Calle Amanecer
San Clemente, CA 92673

and c/o Corporate Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**VIA FIRST CLASS U.S. MAIL, POSTAGE PREPAID:**

Kathleen Mary Kushi Carter, Esquire
Michael C. Herzog, Esquire
Hollins Schechter
1851 East First Street, 6th Floor
Santa Ana, California 92705-4017

-2-

**SAUL EWING LLP**

 /s/ Candice Toll Aaron 
Candice Toll Aaron (No. 4465)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899
(302) 421-6800 phone
(302) 421-6813 facsimile
caaron@saul.com

Counsel for Plaintiff Andrew Paul Leonard

Dated: April 11, 2008