IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANDREW PAUL LEONARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-67-JJF |
| | ) | |
| STEMTECH HEALTH SCIENCES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

Please enter the appearance of the undersigned as Delaware counsel for defendant StemTech Health Sciences, Inc. in the above action.

ASHBY & GEDDES

*/s/ John G. Day*

_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. # 4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
Telephone:  (302) 654-1888
Facsimile:  (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for DefendantStemTech Health Sciences, Inc.*

{00212733;v1}

*Of Counsel:*

Kathleen Mary Kushi Carter
Michael C. Herzog
Hollins·Schechter
1851 East First Street, Sixth Floor
Santa Ana, CA 92705-4017
(714) 558-9119


Dated:  April 28, 2008