IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANDREW PAUL LEONARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-67-JJF |
| | ) | |
| STEMTECH HEALTH SCIENCES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AMENDED MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Kathleen Mary Kushi Carter and Michael C. Herzog to represent StemTech Health Sciences, Inc. in this matter. This amended motion replaces the individual motions for admission *pro hac vice* previously submitted by Ms. Carter (D.I. 7) and Mr. Herzog (D.I. 8). Pursuant to this Court's Standing Order effective January 1, 2005, the annual fees for the attorneys listed above previously were paid in connection with the submission of D.I. 7 and 8.

ASHBY & GEDDES

*/s/ John G. Day*
_____
Steven J. Balick (I.D. # 2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. # 4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendant StemTech Health Sciences, Inc.*

{00213278;v1}

*Of Counsel:*

Kathleen Mary Kushi Carter
Michael C. Herzog
Hollins·Schechter
1851 East First Street, Sixth Floor
Santa Ana, CA 92705-4017
(714) 558-9119


Dated: April 30, 2008

Form for Motion for Admission *Proc Hac Vice*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ANDREW PAUL LEONARD, )
)      CASE NO. 08-67
PLAINTIFF, )
)
v. )
)
STEMTECH HEALTH SCIENCES, )
INC.; AND DOES 1-100, Inclusive, )
)
Defendants. )

### MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Kathleen Mary Kushi Carter to represent Defendant, STEMTECH HEALTH SCIENCES, INC. in this matter.

Signed: _____
Kathleen Mary Kushi Carter
1851 E. First Street, 6th Floor
Santa Ana, CA 92705
(714) 558-9119
Attorney for Defendant, STEMTECH HEALTH SCIENCES, INC.

Date: 2/25/08

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____      _____
United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

Date: 2/25/08   Signed: _____
Kathleen Mary Kushi Carter

Form for Motion for Admission *Proc Hac Vice*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW PAUL LEONARD, ) | |
| ) | CASE NO. 08-67 |
| PLAINTIFF, ) | |
| ) | |
| v. ) | |
| ) | |
| STEMTECH HEALTH SCIENCES, ) | |
| INC.; AND DOES 1-100, Inclusive, ) | |
| ) | |
| Defendants. ) | |

### MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael C. Herzog to represent Defendant, STEMTECH HEALTH SCIENCES, INC. in this matter.

Signed: _____
Michael C. Herzog
1851 E. First Street, 6th Floor
Santa Ana, CA 92705
(714) 558-9119
Date: 2/26/08
Attorney for Defendant, STEMTECH HEALTH SCIENCES, INC.

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____        _____
United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

Date: 2/26/08        Signed: _____
Michael C. Herzog

HOLLINS SCHECHTER ATTORNEYS AT LAW

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW PAUL LEONARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-67-JJF |
| | ) |
| STEMTECH HEALTH SCIENCES, | ) |
| INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This _____ day of _____, 2008, the Court having considered the motion for the admission *pro hac vice* of Kathleen Mary Kushi Carter and Michael C. Herzog to represent StemTech Health Sciences, Inc. in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
United States District Judge

{00213278;v1}