IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW PAUL LEONARD, | ) |
| | ) |
| Plaintiff, | )   C.A. No. 08-67-JJF |
| | ) |
| v. | ) |
| | ) |
| STEMTECH HEALTH SCIENCES, INC. | ) |
| and JOHN DOES 1-100, Inclusive, | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF MICHAEL C. HERZOG IN SUPPORT OF
STEMTECH'S MOTION FOR CHANGE OF VENUE**

I, MICHAEL C. HERZOG, declare:

1. I am an attorney at law admitted to practice before all Courts of the State of California and admitted Pro Hac Vice to practice in Delaware in the matter of Andrew Paul Leonard v. StemTech Health Sciences, and am an attorney with the law firm of HOLLINS•SCHECHTER, counsel of record for Defendant, STEMTECH HEALTH SCIENCES, INC. (hereinafter "DEFENDANT"), herein.

2. This declaration is made in support of the Defendant's Motion for Change of Venue and for no other purpose. I have personal knowledge of the facts stated herein, and if called upon as a witness, I could and would competently testify thereto.

3. Attached hereto as **Exhibit "A"** to Motion for Change of Venue is the U.S. District Court – Judicial Caseload Profile for the Delaware District Court that includes statistics and timelines for trials in the United States District Court, District of Delaware.

4. Attached hereto as **Exhibit "B"** to Motion for Change of Venue is the U.S. District Court – Judicial Caseload Profile for the California Central District Court that includes statistics and timelines for trials in the United States District Court, District of California, Central Division.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 13th day of May, 2008, at Santa Ana, California.

_____
MICHAEL C. HERZOG - Declarant

# EXHIBIT "A"

Case 1:08-cv-00067-JJF    Document 19-2    Filed 05/14/2008    Page 1 of 4

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **DELAWARE** | | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | Numerical Standing | |
| | | | | | | | | | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 1,065 | 1,077 | 1,190 | 1,797 | 1,362 | 2,028 | | |
| | Terminations | | 975 | 1,419 | 1,448 | 1,516 | 1,507 | 1,478 | | |
| | Pending | | 1,511 | 1,501 | 1,853 | 2,085 | 1,836 | 1,999 | | |
| | % Change in Total Filings | Over Last Year | | -1.1 | | | | — | 50 | 4 |
| | | Over Earlier Years | | | -10.5 | -40.7 | -21.8 | -47.5 | 90 | 6 |
| | Number of Judgeships | | 4 | 4 | 4 | 4 | 4 | 4 | | |
| | Vacant Judgeship Months** | | 9.5 | .0 | .0 | .0 | 1.9 | 3.1 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 267 | 270 | 298 | 449 | 340 | 507 | 80 | 5 |
| | | Civil | 218 | 233 | 264 | 414 | 306 | 462 | 72 | 5 |
| | | Criminal Felony | 38 | 30 | 28 | 29 | 25 | 38 | 81 | 5 |
| | | Supervised Release Hearings** | 11 | 7 | 6 | 6 | 9 | 7 | 82 | 3 |
| | Pending Cases | | 378 | 375 | 463 | 521 | 459 | 500 | 42 | 5 |
| | Weighted Filings** | | 379 | 367 | 422 | 534 | 424 | 516 | 61 | 3 |
| | Terminations | | 244 | 355 | 362 | 379 | 377 | 370 | 83 | 5 |
| | Trials Completed | | 21 | 15 | 20 | 19 | 23 | 18 | 43 | 3 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 8.5 | 9.3 | 9.4 | 9.1 | 8.3 | 9.8 | 43 | 2 |
| | | Civil** | 12.5 | 16.8 | 10.9 | 14.0 | 11.2 | 8.2 | 88 | 5 |
| | From Filing to Trial** (Civil Only) | | 27.0 | 26.0 | 23.5 | 26.0 | 24.0 | 22.5 | 54 | 3 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 108 | 142 | 156 | 65 | 66 | 99 | | |
| | | Percentage | 8.2 | 10.6 | 9.1 | 3.4 | 3.9 | 5.4 | 77 | 5 |
| | Average Number of Felony Defendants Filed Per Case | | 1.1 | 1.2 | 1.2 | 1.2 | 1.3 | 1.1 | | |
| | Jurors | Avg. Present for Jury Selection | 41.56 | 39.60 | 39.82 | 38.50 | 34.98 | 33.84 | | |
| | | Percent Not Selected or Challenged | 31.7 | 24.1 | 22.8 | 20.9 | 24.0 | 24.4 | | |

| 2007 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 870 | 28 | 4 | 229 | 9 | 3 | 32 | 68 | 39 | 176 | 103 | 14 | 165 |
| Criminal* | 150 | 1 | 26 | 25 | 46 | 20 | 2 | 17 | 5 | 2 | - | 1 | 5 |

* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
** See "Explanation of Selected Terms."

# EXHIBIT "B"

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| CALIFORNIA CENTRAL | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 14,154 | 12,909 | 14,630 | 16,938 | 14,720 | 15,440 | | |
| | Terminations | | 13,642 | 13,680 | 16,173 | 15,269 | 15,800 | 16,936 | | |
| | Pending | | 11,817 | 12,401 | 13,180 | 14,720 | 13,129 | 14,525 | | |
| | % Change in Total Filings | Over Last Year | 9.6 | | | | | --- | 11 | 3 |
| | | Over Earlier Years | | | -3.3 | -16.4 | -3.9 | -8.3 | 51 | 8 |
| | Number of Judgeships | | 28 | 28 | 28 | 28 | 28 | 27 | | |
| | Vacant Judgeship Months** | | 31.2 | 53.9 | 24.8 | 2.3 | 23.6 | 63.9 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 505 | 461 | 523 | 605 | 526 | 572 | 24 | 7 |
| | | Civil | 425 | 397 | 450 | 515 | 451 | 490 | 12 | 3 |
| | | Criminal Felony | 47 | 36 | 45 | 60 | 49 | 58 | 73 | 11 |
| | | Supervised Release Hearings** | 33 | 28 | 28 | 30 | 26 | 24 | 26 | 9 |
| | Pending Cases | | 422 | 443 | 471 | 526 | 469 | 538 | 28 | 6 |
| | Weighted Filings** | | 551 | 518 | 565 | 651 | 590 | 584 | 15 | 5 |
| | Terminations | | 487 | 489 | 578 | 545 | 564 | 627 | 29 | 6 |
| | Trials Completed | | 12 | 12 | 13 | 12 | 14 | 12 | 79 | 11 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 12.1 | 12.4 | 10.3 | 8.2 | 9.4 | 8.6 | 81 | 13 |
| | | Civil** | 6.8 | 7.2 | 7.4 | 7.3 | 7.5 | 7.9 | 12 | 3 |
| | From Filing to Trial** (Civil Only) | | 21.3 | 21.3 | 20.5 | 17.8 | 21.2 | 20.0 | 29 | 4 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 712 | 1,240 | 809 | 624 | 609 | 650 | | |
| | | Percentage | 7.2 | 11.6 | 7.2 | 5.0 | 5.4 | 5.2 | 72 | 12 |
| | Average Number of Felony Defendants Filed Per Case | | 1.3 | 1.6 | 1.5 | 1.4 | 1.4 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 60.57 | 64.08 | 47.33 | 49.01 | 49.49 | 54.63 | | |
| | | Percent Not Selected or Challenged | 56.5 | 55.7 | 48.3 | 49.4 | 51.6 | 55.5 | | |

| 2007 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 11904 | 1005 | 205 | 2735 | 263 | 52 | 927 | 1325 | 545 | 1566 | 1241 | 51 | 1989 |
| Criminal* | 1314 | 5 | 95 | 553 | 79 | 285 | 44 | 73 | 35 | 54 | 10 | 34 | 47 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

http://www.uscourts.gov/cgi-bin/cmsd2007.pl    3/27/2008