IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANDREW PAUL LEONARD, | : | C.A. NO. 08-67 JJF |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| STEMTECH HEALTH SCIENCES, INC. | : | |
| and John DOES 1-100, Inclusive, | : | |
| | : | |
| Defendants. | : | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF
TO RESPOND TO DEFENDANT'S MOTION FOR CHANGE OF VENUE**

COME NOW, the parties, by and through their undersigned attorneys, hereby stipulate and agree to an extension of time for Plaintiff Andrew Paul Leonard to file his response to Defendant Stemtech Health Sciences, Inc.'s Motion for Change of Venue to Friday, June 6, 2008.

| | |
|---|---|
| **SAUL EWING LLP** | **ASHBY & GEDDES** |
| __/s/ Candice Toll Aaron_____ | _____/s/ John G. Day_____ |
| Candice Toll Aaron (DE # 4465) | Steven J. Balick (DE ID #2114) |
| 222 Delaware Avenue, Suite 1200 | John G. Day (DE ID #2403) |
| Wilmington, DE 19801 | Lauren E. Maguire (DE ID #4261) |
| 302-421-6800 (phone) | 500 Delaware Avenue, 8th Floor |
| 302-421-6813 (facsimile) | P.O. Box 1150 |
| caaron@saul.com (e-mail) | Wilmington, Delaware 19899 |
| | 302-654-1888 (phone) |
| *Attorneys for Plaintiff* | sbalick@ashby-geddes.com (e-mail) |
| | |
| | *Attorneys for Defendant* |
| Dated: May 16, 2008 | Dated: May 16, 2008 |

SO ORDERED this ____ day of _____, 2008.

_____
J.