IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANDREW PAUL LEONARD, | : | CASE No. 1-08-CV-67 |
| Plaintiff, | : | |
| v. | : | COMPLAINT FOR COPYRIGHT INFRINGEMENT |
| STEMTECH HEALTH SCIENCES, INC.<br>1011 Calle Amanecer<br>San Clemente, CA 92673 | : | JURY TRIAL DEMANDED |
| and | : | |
| JOHN DOES 1-100, Inclusive, | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

I, Candice Toll Aaron, Esquire, hereby certify that on June 4, 2008, a true and correct copy of *Plaintiff Andrew Paul Leonard's Disclosures Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure* was served on the following counsel in the manner indicated:

**VIA FIRST CLASS U.S. MAIL, POSTAGE PREPAID:**

John G. Day, Esquire
Ashby & Geddes
500 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899

**VIA FIRST CLASS U.S. MAIL, POSTAGE PREPAID:**

Kathleen Mary Kushi Carter, Esquire
Michael C. Herzog, Esquire
Hollins Schechter
1851 East First Street, 6th Floor
Santa Ana, California 92705-4017

**SAUL EWING LLP**

_____/s/ Candice Toll Aaron_____
Candice Toll Aaron (No. 4465)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899
(302) 421-6800 phone
(302) 421-6813 facsimile
caaron@saul.com

Counsel for Plaintiff Andrew Paul Leonard

Dated:  June 4, 2008