## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ANDREW PAUL LEONARD,                    :        CASE No. 1-08-CV-67
                                        :
      Plaintiff,                       :
                                        :
      v.                               :        COMPLAINT FOR COPYRIGHT
                                        :        INFRINGEMENT
STEMTECH HEALTH SCIENCES, INC.          :
                                        :        JURY TRIAL DEMANDED
    and                                 :
                                        :
JOHN DOES 1-100, Inclusive,             :
                                        :
      Defendants.                      :
_____     :

## REQUEST FOR ORAL ARGUMENT ON DEFENDANT STEMTECH HEALTH SCIENCES, INC.'S MOTION FOR CHANGE OF VENUE

Pursuant to Local Rule 7.1.4, Plaintiff Andrew Paul Leonard, by and through his undersigned counsel, respectfully requests the opportunity for oral argument on Defendant Stemtech Health Sciences, Inc.'s *Motion for Change of Venue* which is currently scheduled to be presented to the Court on July 11, 2008 at 10:00 a.m.

                      **SAUL EWING LLP**

OF COUNSEL:

Sherry H. Flax
SAUL EWING, LLP
Lockwood Place
500 East Pratt Street, Suite 900
Baltimore, MD 21202-3171
Ph: (410) 332-8600
Fax: (410) 332-8862

Dated:  June 17, 2008

/s/ Candice Toll Aaron
Candice Toll Aaron (DE No. 4465)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421-6800
(302) 421-6813
caaron@saul.com

*Counsel for Plaintiff Andrew Paul Leonard*