# HOLLINS ⫟ SCHECHTER

## ATTORNEYS AT LAW

1851 EAST FIRST STREET
SIXTH FLOOR
SANTA ANA, CALIFORNIA 92705•4017

TELEPHONE 714•558•9119
FACSIMILE 714•558•9091
www.hollins-law.com

April 17, 2008

RECEIVED
APR 2 2 2008

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
Attention:    The Honorable Joseph J. Farnan, Jr.
              Lockbox 18
844 King Street - U.S. Courthouse
Wilmington, Delaware 19801

RE:   Leonard v. Stemtech
      Our File No.  :    DEH7300   08 cv 067 JJF

To Judge Farnan:

The purpose of this letter is to respond to the April 10, 2008 letter from Plaintiff's Counsel to the Court, in which Plaintiff's Counsel "strongly objected" to the continuance of the date by which Defendant's Counsel could retain local counsel. Plaintiff's Counsel alleges that this "ex parte" communication was improper, and nothing more than "litigation gamesmanship" with an intent to gain an advantage against Plaintiff.  Plaintiff's Counsel pleads no facts to support these baseless accusations, as Plaintiff's Counsel is apparently unaware of the circumstances surrounding the continuance.  The events are as detailed below.

On March 26, 2008, Defendant's Counsel contacted this Court in an effort to clarify as to the correct date by which Defendant's Counsel was to retain local defense counsel.  During that conversation, Defendant's Counsel was informed that the correct date was March 28, 2008.  Defendant's Counsel was further informed that it is standard procedure for this Court to send a letter informing out–of-state counsel of their requirement to find counsel within thirty (30) days, and further, to advise out-of-state counsel as to the exact date by which local counsel must be found.

*Fearless Uncompromising Trial Advocacy*

ORANGE COUNTY         •         LOS ANGELES         •         SAN DIEGO         •         INLAND EMPIRE

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
Attention:      The Honorable Joseph J. Farnan, Jr.
RE:     Leonard v. Stemtech
        Our File No.    :        DF/17300
Letter of April 17, 2008
Page 3


Upon being advised of this standard procedure, Defendant's Counsel informed the Court that it had not received this letter and requested a copy of it to be sent. Later on March 26, 2008, this Court sent Defendant's Counsel a copy of the letter via e-mail. (Attached as Exhibit "A").  After reviewing this emailed copy of this letter from this Court, Defendant's Counsel sent a responsive e-mail to this Court inquiring into an extension of the time by which Defendant's Counsel was to retain local counsel since the letter was not received until the afternoon of March 26, 2008.  (Attached as Exhibit "B").  This Court graciously granted an extension, and allowed for Defendant's Counsel to seek local defense counsel by April 28, 2008. (Attached as Exhibit "C").

Plaintiff's Counsel's argument that this was an attempt at "litigation gamesmanship" is both unwarranted, and without any factual support.  This was a situation of the court having a standard operating procedure that was delayed, and the court being gracious enough to allow for an extension as a result. Further, Defendant's Counsel has diligently been attempting to find local counsel, with two finalists being considered.  A decision is expected by next week.

As such, it is respectfully submitted that Plaintiff's Counsel's objection to the extension of time to seek local counsel should be denied.

Very truly yours,

HOLLINS • SCHECHTER


MICHAEL C. HERZOG
Associate Counsel
mherzog@hollins-law.com

MCH:smm/kkc

Enclosures (As indicated)

Cc:     Sherry H. Flax, Esq.
        Candice Toll Aaron, Esq.



550655

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
Attention:      The Honorable Joseph J. Farnan, Jr.
RE:     Leonard v. Stemtech
        Our File No.    :      DF/17300
Letter of April 17, 2008
Page 4



**Suzanne Marx**

**From:**    Elizabeth_Dinan@ded.uscourts.gov
**Sent:**    Wednesday, March 26, 2008 11:35 AM
**To:**      Suzanne Marx
**Subject:** Local Counsel Letter for CA 08-67


Hi Suzanne-

Per our discussion earlier, attached is the Local Counsel letter filed in CA 08-67. Please let me know if you have any difficulties opening the attachment.



Elizabeth Dinan
U.S. District Court
(302)573-4539


4/18/2008

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

February 27, 2008

Michael C. Herzog, Esq.
1851 East First Street, 6th Floor
Santa Ana, CA 92705

      RE:    Civil Action No.: 08-67-JJF

Dear Counsel:

      The above referenced action was filed in this district on February 1, 2008.

      Pursuant to Local Rule 83.5 (Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, effective June 30, 2007) it is required that all parties associate themselves with local counsel. Local Rule 83.5 (d) and (e) read as follows:

      (d) Association with Delaware Counsel required. Unless otherwise ordered, an attorney not admitted to practice by the Supreme Court of the State of Delaware may not be admitted *pro hac vice* in this Court unless associated with an attorney who is a member of the Bar of this Court and who maintains an office in the District of Delaware for the regular transaction of business ("Delaware counsel"). Consistent with CM/ECF Procedures, Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. Unless otherwise ordered, Delaware counsel shall attend proceedings before the Court.

      (e) Time to Obtain Delaware Counsel. A party not appearing *pro se* shall obtain representation by a member of the Bar of this Court or have its counsel associate with a member of the Bar of this Court in accordance with D.Del. LR 83.5(d) within 30 days after:

      (1) The filing of the first paper filed on its behalf; or

      (2) The filing of a case transferred or removed to this Court.

      Failure to timely obtain representation shall subject the defaulting party to appropriate sanctions under D.Del. LR 1.3(a).

      Please have your local counsel enter an appearance on or before **March 28, 2008**.

      Sincerely,

      Peter T. Dalleo
      Clerk of Court

By: /s/ *Nicole M. Selmyer*
    Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
Attention:      The Honorable Joseph J. Farnan, Jr.
RE:     Leonard v. Stemtech
        Our File No.      :        DF/17300
Letter of April 17, 2008
Page 8

# Exhibit "B"

**Suzanne Marx**

| | |
|---|---|
| **From:** | Suzanne Marx |
| **Sent:** | Wednesday, March 26, 2008 11:45 AM |
| **To:** | 'Elizabeth_Dinan@ded.uscourts.gov' |
| **Cc:** | Kathleen Carter; Michael Herzog; Taunya Henley |
| **Subject:** | RE: Local Counsel Letter for CA 08-67 |

*Dear Beth:*

*Thank you so much for forwarding this information to me.*

*I have one more question, however.  I note that on the attached letter, we need to seek local counsel by March 28th.  Since we have only received the letter today, are we able to get an extension of this date?  Please let me know at your earliest convenience.*

*I thank you for your prompt attention and your courtesy and cooperation in this regard - it is greatly appreciated.*

*Sincerely,*

*Suzanne Marx*
*Legal Assistant*
*HOLLINS * SCHECHTER*
*1851 East First Street, 6th Floor*
*Santa Ana, California 92705-4017*
*Telephone:  714.558.9119, Ext. 3122*
*Facsimile:  714.558.9091*

**From:** Elizabeth_Dinan@ded.uscourts.gov [mailto:Elizabeth_Dinan@ded.uscourts.gov]
**Sent:** Wednesday, March 26, 2008 11:35 AM
**To:** Suzanne Marx
**Subject:** Local Counsel Letter for CA 08-67

Hi Suzanne-

Per our discussion earlier, attached is the Local Counsel letter filed in CA 08-67. Please let me know if you have any difficulties opening the attachment.

Elizabeth Dinan
U.S. District Court
(302)573-4539

4/18/2008

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
Attention:     The Honorable Joseph J. Farnan, Jr.
RE:     Leonard v. Stemtech
       <u>Our File No.     :        DF/17300</u>
Letter of April 17, 2008
Page 10



**Suzanne Marx**

**From:** Elizabeth_Dinan@ded.uscourts.gov [mailto:Elizabeth_Dinan@ded.uscourts.gov]
**Sent:** Wednesday, March 26, 2008 12:06 PM
**To:** Suzanne Marx
**Subject:** RE: Local Counsel Letter for CA 08-67

The Notice of Compliance has been reset to 4/28/08 to reflect your receipt of the local counsel letter today.

Elizabeth Dinan
U.S. District Court
(302)573-4539

| | | |
|---|---|---|
| **"Suzanne Marx" <smarx@hollins-law.com>** | To | <Elizabeth_Dinan@ded.uscourts.gov> |
| | cc | "Kathleen Carter" <kcarter@hollins-law.com>, "Michael Herzog" <Mherzog@hollins-law.com>, "Taunya Henley" <thenley@hollins-law.com> |
| 03/26/2008 02:45 PM | Subject | RE: Local Counsel Letter for CA 08-67 |

4/18/2008