IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW PAUL LEONARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STEMTECH HEALTH SCIENCES, | ) C.A. No. 08-67-JJF |
| INC. and DOES 1-100, Inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**STIPULATION TO AMEND SCHEDULING ORDER DATES**

**THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, STIPULATE TO THE FOLLOWING:**

1. The Court issued its Rule 16 Scheduling Order on January 13, 2009.

2. The parties believe that extensions of the deadlines set forth in the Rule 16 Scheduling Order are necessary to allow the parties to adequately and fully investigate the matters at issue in this lawsuit and possibly facilitate an informal resolution of the case.

3. Based upon the foregoing, the parties, by and through their respective counsel of record, stipulate to the following extensions of the deadlines set forth in the Rule 16 Scheduling Order:

4. Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the party with the burden of proof on the issue the expert is offered by September 18, 2009.

5. Reports from retained rebuttal experts required by Fed. R. Civ. P. 26(a)(2) are due by October 2, 2009.

6. The deadline for fact discovery is August 17, 2009. All discovery requests must be served at a time that enables any related discovery motions to be fully briefed before the fact discovery deadline.

7. Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before December 1, 2009. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of Court. The parties shall follow the Court's procedures for summary judgment motions and file any such motions within twelve (12) weeks prior to trial.

| SAUL EWING, LLP | ASHBY & GEDDES |
|---|---|
| /s/ *Candice Toll Aaron* | /s/ *Tiffany Geyer Lydon* |
| Candice Toll Aaron (I.D. #4465)<br>222 Delaware Avenue, Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899<br>(302) 421-6800<br>caaron@saul.com | John G. Day (I.D. #2403)<br>Tiffany Geyer Lydon (I.D. #3950)<br>Andrew Cordo (I.D. #4534)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>acordo@ashby-geddes.com |
| *Attorneys for Plaintiff Andrew Paul Leonard* | *Attorneys for Defendant StemTech Health Sciences, Inc.* |
| *Of Counsel:* | *Of Counsel:* |
| Sherry H. Flax<br>SAUL EWING, LLP<br>500 East Pratt Street<br>Baltimore, MD 21202<br>(410) 332-8600<br>sflax@saul.com | Kathleen Mary Kushi Carter<br>HOLLINS SCHECHTER<br>1851 East First Street, 6th Floor<br>Santa Anna, CA 92705<br>(714) 558-9119<br>kcarter@hollins-law.com |

**IT IS SO ORDERED.**

DATED: _____    By:_____
                                                                United States District Judge