IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ANDREW PAUL LEONARD,                )
                                    )
           Plaintiff,               )    C.A. No. 08-67-JJF
                                    )
    v.                              )
                                    )
STEMTECH HEALTH SCIENCES, INC.      )
and JOHN DOES 1-100, Inclusive,     )
                                    )
           Defendants.              )

## [PROPOSED] AMENDED SCHEDULING ORDER

At Wilmington, Delaware, this 4th day of January, 2011, the Court hereby ORDERS that the following schedule shall govern the conduct of the above litigation:

1. The deadline for fact discovery is April 30, 2011.

2. Reports from retained experts required by Rule 26(a)(2) are due from the party with the burden of proof on the issue upon which the expert is offered by May 20, 2011.

3. Reports from retained rebuttal experts required by Rule 26(a)(2) are due by June 3, 2011.

4. Any case dispositive motions shall be served and filed with an opening brief on or before June 30, 2011.

**IT IS SO ORDERED.**

_____
United States District Judge

78816 v1