# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW PAUL LEONARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-067-LPS-CJB |
| | ) |
| STEMTECH HEALTH | ) |
| SCIENCES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this **4th** day of **October, 2011**.

WHEREAS, a Motion for Summary Judgment is currently pending (D.I. 101);

WHEREAS, the Court heard oral argument on the pending Motion on October 4, 2011;

WHEREAS, it has come to the Court's attention that, between the time the Motion was filed and the date of oral argument, the parties obtained additional evidence in discovery that may be relevant to the Motion but that is not currently a part of the record before the Court;

NOW THEREFORE, IT IS HEREBY ORDERED that the Court will accept supplemental briefing on the pending Motion. The sole purpose of the briefing is to permit the parties to submit any newly discovered evidence relevant to the Motion that is not currently a part of the record before the Court, and to explain how that evidence is so relevant. Briefing shall proceed as follows:

1. On or before **Tuesday, October 11, 2011**, either party may submit a supplemental brief, not to exceed ten (10) pages, exclusive of attached exhibits, in further support of, or in opposition to, the pending Motion; and

2.  On or before **Friday, October 14, 2011**, either party may submit a response to the other party's initial supplemental brief, not to exceed ten (10) pages, exclusive of attached exhibits.

_____
The Honorable Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE