IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANDREW PAUL LEONARD, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 08-67 LPS-CJB |
| | ) | Consolidated |
| v. | ) | |
| | ) | |
| STEMTECH HEALTH SCIENCES, INC. | ) | |
| and JOHN DOES 1-100, Inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER**

Plaintiff Andrew Paul Leonard ("Leonard") and Defendant Stemtech Health Sciences,

Inc. ("Stemtech") (collectively, the "Parties"), by their attorneys, respectfully request that the

Scheduling Order in the above-captioned case be modified as follows:

1.     The discovery cut-off deadline shall be extended to March 1, 2013, except the

depositions of George and Donna Antarr are to be extended until April 1, 2013;

and

2.     The document production deadline shall be extended to March 1, 2013; and

3.     The disclosure of expert testimony and expert reports deadlines shall be extended

to March 22, 2013; and

4.     The deadline to submit supplemental disclosure to contradict or rebut evidence

identified by another party shall be extended to April 8, 2013; and

5.     The deadline to submit reply expert reports shall be extended to April 22, 2013.

All other deadlines are to remain the same per the current scheduling order.

SEITZ, VAN OGTROP & GREEN, P.A.

*/s/ James S. Green, Sr.*

_____
JAMES S. GREEN, SR. (DE0481)
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE  19899
(302) 888-7603
jgreen@svglaw.com

JAN I. BERLAGE
GOHN, HANKEY & STICHEL, LLP
201 North Charles Street, Suite 2101
Baltimore, MD  21201
(41) 752-9300

    *Attorneys for Plaintiff*

CASARINO CHRISTMAN SHALK
    RANSOM & DOSS, P.A.

*/s/ Stephen P. Casarino*

_____
STEPHEN P. CASARINO (DE0174)
405 North King Street, Suite 300
P. O. Box 1276
Wilmington, DE  19899-1276
(302) 594-4500
scasarino@casarino.com

KATHLEEN MARY KUSHI CARTER
CHRISTINE R. ARNOLD
HOLLINS LAW
2601 Main Street, Penthouse Suite 1300
Irvine, CA  92614-4239
(714) 558-9119

    *Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated: _____        By: _____
                                    United States District Judge