## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW PAUL LEONARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No: 08-067-LPS-CJB |
| STEMTECH HEALTH SCIENCES, | ) Consolidated |
| INC. and DOES 1-100, Inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### DEFENDANT STEMTECH INTERNATIONAL, INC.'S
### OBJECTIONS TO PLAINTIFF'S EVIDENCE FILED IN OPPOSITION TO
### MOTION FOR SUMMARY JUDGMENT

CASARINO CHRISTMAN SHALK
RANSOM & DOSS, P.A.

Stephen P. Casarino (DE0174)
405 North King Street, Suite 300
P.O. Box 1276
Wilmington, DE 19899-1276
Telephone: (302) 594-4500
Email: scasarino@casarino.com

*Attorneys for Stemtech HealthSciences,
Inc./Stemtech International, Inc.*

*Associated Counsel:*

Kathleen Mary Kushi Carter
Christine R. Arnold
HOLLINS LAW
2601 Main Street, Penthouse Suite 1300
Irvine, California 92614-4239
Telephone: (714) 558-9119

Dated: June 27, 2013

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW PAUL LEONARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No: 08-067-LPS-CJB |
| STEMTECH HEALTH SCIENCES, | ) Consolidated |
| INC. and DOES 1-100, Inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANT STEMTECH INTERNATIONAL, INC.'S
OBJECTIONS TO PLAINTIFF'S EVIDENCE FILED IN OPPOSITION TO
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Defendant Stemtech International, Inc. hereby respectfully files the instant Objections to Plaintiff's Evidence Filed in Opposition to Motion for Summary Judgment.

| Exhibit No. | Document Description | Objection | Ruling |
|---|---|---|---|
| Ex. 2, Ex. 3 thereto (¶ 15) | Leonard's "Journal" | This exhibit: 1) lacks foundation; 2) constitutes inadmissible hearsay; 3) lacks authentication; 4) violates the best evidence rule; 5) assumes facts not in evidence; 6) constitutes improper opinion; 7) is argument not fact; 8) calls for a legal conclusion; 9) calls for speculation. | Sustained ___<br>Overruled ___ |
| Ex. 3 | Preliminary Expert Report and Disclosure of Professor Jeff Sedlik | This exhibit: 1) lacks foundation; 2) constitutes inadmissible hearsay; 3) lacks authentication; 4) assumes facts not in evidence; 5) constitutes improper opinion; 6) is argument not fact; 7) calls | Sustained ___<br>Overruled ___ |

1

| Exhibit No. | Document Description | Objection | Ruling |
|---|---|---|---|
| | | for a legal conclusion; 8) calls for speculation. | |
| Ex. 4 | Screenshot | This exhibit: 1) lacks foundation; 2) constitutes inadmissible hearsay; 3) lacks authentication; 4) assumes facts not in evidence; 5) constitutes improper opinion; 6) is argument not fact; 7) calls for a legal conclusion; 8) calls for speculation. | Sustained ___<br>Overruled ___ |
| Ex. 9 | Supplemental Expert Report and Disclosure of Professor Jeff Sedlik | This exhibit: 1) lacks foundation; 2) constitutes inadmissible hearsay; 3) lacks authentication; 4) assumes facts not in evidence; 5) constitutes improper opinion; 6) is argument not fact; 7) calls for a legal conclusion; 8) calls for speculation. | Sustained ___<br>Overruled ___ |

DATED: June 27, 2013

CASARINO CHRISTMAN SHALK
RANSOM & DOSS, P.A.

*Associated Counsel:*

Kathleen Mary Kushi Carter
Christine R. Arnold
HOLLINS LAW
2601 Main Street, Penthouse Suite 1300
Irvine, California 92614-4239
Telephone: (714) 558-9119

By: /s/ Stephen P. Casarino
Stephen P. Casarino (DE0174)
405 North King Street, Suite 300
P.O. Box 1276
Wilmington, DE 19899-1276
Telephone: (302) 594-4500
Email: scasarino@casarino.com

*Attorneys for Stemtech HealthSciences, Inc./Stemtech International, Inc.*