# SEITZ, VAN OGTROP & GREEN, P.A.
### ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE, SUITE 1500
POST OFFICE BOX 68
WILMINGTON, DELAWARE 19899

BERNARD A. VAN OGTROP
GEORGE H. SEITZ, III
JAMES S. GREEN
R. KARL HILL
KEVIN A. GUERKE
JARED T. GREEN

Writer's Direct Dial: (302) 888-7603
Writer's E-Mail Address: jgreen@svglaw.com
www.svglaw.com

(302) 888-0600
FAX: (302) 888-0606

August 1, 2013

**VIA CM/ECF & FIRST CLASS MAIL**

The Honorable Christopher J. Burke
United States Magistrate Judge
United States District Court
844 North King Street, Unit 28
Wilmington, DE 19801

      RE: **Leonard v. Stemtech**
             **Case No. 08-067-LPS-CJB**
             **Consolidated**

Dear Judge Burke:

      On June 27, 2013, Defendant filed a document entitled Defendant Stemtech International, Inc.'s Objections to Plaintiff's Evidence Filed in Opposition to Motion for Summary Judgment (D.I. 190).

      Plaintiff did not want his lack of response to suggest he agreed with any of Defendant's objections. However, because this document appears to be part of Defendant's Reply, we did not believe a response was permitted unless requested by the Court.

                                      Respectfully submitted,

                                      James S. Green, Sr.
                                      (DE0481)

JSG/sp
Enc.

cc: Clerk of the Court (via CM/ECF)
       Counsel of Record (via CM/ECF)