## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANDREW PAUL LEONARD, | ) | |
| | ) | |
| Plaintiff, | ) | 1:08-cv-00067-LPS-CJB |
| | ) | Consolidated |
| v. | ) | |
| | ) | |
| STEMTECH HEALTH SCIENCES, INC. | ) | |
| and JOHN DOES 1-100, Inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

### PROPOSED FINAL PRETRIAL ORDER

This matter comes before the Court at a final pretrial conference held pursuant to Rule 16

of the Federal Rules of Civil Procedure.

JAMES S. GREEN, SR. (DE0481)
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE  19899
(302) 888-7603
jgreen@svglaw.com


*OF COUNSEL:*

JAN I. BERLAGE
GOHN, HANKEY & STICHEL, LLP
201 North Charles Street, Suite 2101
Baltimore, MD  21201
(41) 752-9300


*Attorneys for Plaintiff*

STEPHEN P. CASARINO (DE0174)
CASARINO CHRISTMAN SHALK
        RANSOM & DOSS, P.A.
405 North King Street, Suite 300
P. O. Box 1276
Wilmington, DE  19899-1276
(302) 594-4500
scasarino@casarino.com


*OF COUNSEL:*

KATHLEEN MARY KUSHI CARTER
CHRISTINE R. ARNOLD
HOLLINS LAW
2601 Main Street, Penthouse Suite 1300
Irvine, CA  92614-4239
(714) 558-9119

*Attorneys for Defendant*

DM5275v1

## I.    Nature of Case

This case involves the alleged infringement of Andrew Leonard's copyright in two of his stem cell pictures, Images 3 and 4.  Mr. Leonard asserts that StemTech used his Images without his permission on its marketing materials, including its corporate websites, its distributors' websites, marketing DVDs, and other literature that it used to sell its products.  In response to this alleged infringement, Mr. Leonard filed his original lawsuit against StemTech, *Leonard v. StemTech Health Sciences, Inc., et al.*, C.A. No. 1:08-cv-00067-LPS-CJB ("Leonard I").  Mr. Leonard claims that, after he filed Leonard I, he learned that StemTech began infringing on a new variation of Image 3.  In response to this new alleged infringement, he filed a second lawsuit, *Leonard v. StemTech International, Inc.*, 12-cv-00086 ("Leonard II").  These two lawsuits have been joined and will be heard together.  StemTech denies Mr. Leonard's allegations in Leonard I and II, and claims that, even if it did infringe upon his Images, Mr. Leonard's damages are limited.

## II.    Jurisdiction

Federal jurisdiction exists pursuant to 28 U.S.C. §1338(a).

## III.    Facts

### A.    Uncontested Facts

The following facts are not disputed or have been stipulated to by the parties:

1.    Leonard is a photographer specializing in creating images of microscopic subject matter, using electron microscopes.

2.    Two images are at issue in this matter, both of which Leonard claims are images of stem cells: Image 3 and Image 4.

2

3. Leonard registered Images 3 and 4 on December 20, 2007, under Certificate of Registration Nos. VA-1-426-178 and VA-1-426-177, respectively.

4. Image 3 was first published on January 1, 2000, while Image 4 was first published on March 6, 2001.

5. Stemtech is a direct sales organization through which independent distributors sell its nutritional supplements.

6. Stemtech has in excess of forty thousand (40,000) independent distributors in its network.

7. Stemtech's policies require that its independent distributors use only its replicated website and marketing materials to market or sell its products.

8. In May 2006, individuals on behalf of Stemtech contacted Leonard regarding using his "Bone Marrow Stem Cell" image in Stemtech's HealthSpan publication and on Stemtech's internet website for a period of one (1) year.

9. On May 23, 2006, Leonard represented to Stemtech that the cost to use his Image 4 in Stemtech's HealthSpan publication for one (1) year would cost $500.00, while the web usage for the same one (1) year period would be less than $500.00.

10. On June 11, 2006, Leonard sent Stemtech Invoice No. 711, in which he quoted Stemtech $500.00 for the one (1) year usage of Image 4 (size 2.5 x 3") in Stemtech's HealthSpan publication; $450.00 for the one (1) year usage of Image 4 (size < 1") in Stemtech's HealthSpan publication; and $300.00 for the one (1) year usage of Image 4 on Stemtech's website.

11. Stemtech sent Leonard $500.00 in or about August 2006 for the use of Image 4 in Stemtech's HealthSpan publication for one (1) year.

12. Leonard refused to accept Stemtech's February 5, 2008 check in the amount of $750.00.

13. Leonard discovered the allegedly unauthorized use of Images 3 and 4 by Stemtech in October 2007.

**B.    Facts To Be Litigated**

**1.    By Plaintiff:**

a.    Did STEMTech infringe Mr. Leonard's copyrighted images 3 and/or 4?

b.    Is Mr. Leonard entitled to damages for STEMTech's infringement? If so, in what amount?

c.    Did STEMTech induce any of its licensed distributors to infringe Mr. Leonard's copyrighted images 3 and/or 4?

d.    If STEMTech did induce infringement of Mr. Leonard's images:

i.    Who are the distributors whom STEMTech induced to infringe Mr. Leonard's images?

ii.    What are the infringements that STEMTech induced?

iii.    When did the infringements occur?

iv.    Is Mr. Leonard entitled to an award of damages for any infringement induced by STEMTech?

v.    If Mr. Leonard is entitled to damages for infringement(s) induced by STEMTech, what is the amount of damages?

e.     Did STEMTech vicariously infringe Mr. Leonard's images 3
and/or 4?

f.     If STEMTech did vicariously infringe Mr. Leonard's images 3
and/or 4:

i.   In what instance or instances did STEMTech vicariously
infringe Mr. Leonard's images?

ii.  Is Mr. Leonard entitled to damages for STEMTech's vicarious
infringement of Mr. Leonard's images?

iii. If Mr. Leonard is entitled to damages for STEMTech's
vicarious infringement of Mr. Leonard's  images, what is the
amount of those damages?

**2.     By Defendant:**

a.     Whether Leonard's Images are sufficiently original and unique to
be copyrightable.

b.     Whether Stemtech had an implied license to use Leonard's Images
on its website and/or in its publications.

c.     Whether Leonard is barred from recovery under the fair use
doctrine.

d.     Whether Stemtech and/or its independent distributors directly
infringed upon Leonard's Images on the websites or in the
publications identified by Leonard in his pleadings and/or
discovery responses.

e.     Whether Stemtech had knowledge that its independent distributor(s) were directly infringing upon Leonard's Images on the websites or in the publications identified by Leonard in his pleadings and/or discovery responses.

f.     Whether Stemtech materially and substantially contributed to any of its independent distributors' alleged direct copyright infringement of Leonard's Images.

g.     Whether the websites identified by Leonard in his pleadings and/or discovery responses upon which he claims his Images appeared without his consent were from Stemtech's self-replicated website.

h.     Whether the content of the websites identified by Leonard in his pleadings and/or discovery responses upon which he claims his Images appeared without his consent were approved by Stemtech.

i.     Whether the publications identified by Leonard in his pleadings and/or discovery response in which he claims his Images appeared without his consent were Stemtech's approved marketing materials.

j.     Whether the publications identified by  Plaintiff in his pleadings and/or discovery responses in which he claims his Images appeared without his consent were approved by Stemtech.

k.     Whether Stemtech has the right and ability to control its independent distributors and failed to do so.

l.      Whether Stemtech has a direct financial interest in its independent distributors' alleged infringement of Leonard's Images.

m.     Whether Stemtech intentionally induced a third party to infringe or materially contributed to the infringement.

n.     The value of Leonard's actual damages.

## IV.   Issues of Law[1]

### A.   By Plaintiff:

1. Is Mr. Leonard entitled to an injunction against any future infringement, inducement of infringement and/or vicarious infringement by STEMTech?

2. Is Mr. Leonard entitled to disgorgement of profits for any infringement proven as alleged in 1:12CV-00086?

3. Is Mr. Leonard entitled to an award of Attorneys' Fees and Costs pursuant to 17 U.S.C. § 505, and, if so, in what amount?

4. Is Mr. Leonard entitled to punitive damages?

5. What is the measure of Mr. Leonard's damages?

### B.   By Defendant:

1. Whether Leonard proved that each of his Images is sufficiently original and unique to be copyrightable.

2. Whether Leonard proved that Stemtech or any of its independent distributors directly infringed upon Leonard's Images on the websites or in

---

[1] These issues may change as a result of the Court's rulings on Stemtech's pending Motion for Summary Judgment and Motion to Exclude Jeff Sedlik's Opinions and Stemtech reserves the right to revise this section should it be necessary.

the publications identified by Leonard in his pleadings and/or discovery responses.

3.     Whether Leonard proved that Stemtech had knowledge that its independent distributor(s) were directly infringing upon Leonard's Images on the websites or in the publications identified by Leonard in his pleadings and/or discovery responses.

4.     Whether Leonard proved that Stemtech materially and substantially contributed to any of its independent distributors' alleged direct copyright infringement of Leonard's Images.

5.     Whether Leonard proved that the websites identified by Leonard in his pleadings and/or discovery responses upon which he claims his Images appeared without his consent were from Stemtech's self-replicated website.

6.     Whether Leonard proved that the content of the websites identified by Leonard in his pleadings and/or his discovery responses upon which he claims his Images appeared without his consent were approved by Stemtech.

7.     Whether Leonard proved that the publications identified by Leonard in his pleadings and/or his discovery responses in which he claims his Images appeared without his consent were Stemtech's marketing materials.

8.     Whether Leonard proved that the publications identified by Leonard in his pleadings and/or his discovery responses in which he claims his Images appeared without his consent were approved by Stemtech.

9.      Whether Leonard proved that Stemtech has the right and ability to control its independent distributors and failed to do so.

10.     Whether Leonard proved that Stemtech has a direct financial interest in its independent distributors' alleged infringement of Leonard's Images.

11.     Whether Leonard proved that Stemtech intentionally induced a third party to infringe or materially contributed to the infringement.

12.     Whether Leonard is entitled to injunctive relief.

13.     Whether Leonard is entitled to any of Stemtech's profits in Leonard II.

14.     Whether Leonard is entitled to any statutory damages or attorney's fees in Leonard II.

## V.      Witnesses

### A.      List of Witnesses the Plaintiff Expects to Call

#### 1.      Expert Witness

Jeff Sedlik

#### 2.      Non-Expert Witnesses

Andrew Leonard
Steven Gerard
Plaintiff reserves the right to call any witness listed by Defendant.

### B.      List of Witnesses the Defendant Expects to Call[2]

#### 1.      Expert Witness

None

---

[2] Stemtech's list of witnesses it expects to call at trial my change depending upon the Court's ruling on the two pending motions identified above and Stemtech reserves the right to revise this list should it be necessary.  This list includes only those witnesses Stemtech currently expects to call in its case in chief and does not include witnesses that may need to be called in response to Leonard's evidence.

2. **Non-Expert Witnesses**

Bryan Noar
George Tashjian
Christian Drapeau
Stemtech reserves the right to call any witnesses listed by Leonard.

**C. List of Witnesses Third Parties Expect to Call**

N/A

**D. Testimony by Deposition**

1. **By Plaintiff:**

**Debbi Anders**

| PAGE/LINE | STEMTECH'S OBJECTIONS & COUNTER-DESIGNATIONS | LEONARD'S OBJECTIONS TO STEMTECH'S COUNTER-DESIGNATIONS |
|---|---|---|
| 25:2-26:14 | Relevance; 403. | |
| 37:16-39:25 | Incomplete; relevance; 403. If read, need to add 36:25-37:15 for completeness. | |
| 41:4-43:18 | Relevance; 403; vague; overbroad; incomplete hypothetical; colloquy. | |
| 45:23-46:4 | Relevance; 403; vague; overbroad; incomplete hypothetical. | |
| 50:7-53:15 | Relevance; 403; privacy; colloquy. | |
| 54:24-56:14 | Relevance; 403; privacy. | |
| 73:5-7 | Relevance; 403. | |
| 74:5-8 | Cumulative; relevance; 403. | |
| 77:6-17 | Relevance; 403; incomplete hypothetical; vague. | |

**Donna Antarr**

| PAGE/LINE | STEMTECH'S OBJECTIONS & COUNTER-DESIGNATIONS | LEONARD'S OBJECTIONS TO STEMTECH'S COUNTER-DESIGNATIONS |
|---|---|---|
| 9:4-6 | Incomplete; vague and ambiguous; relevance; 403; hearsay. | |
| 15:6-10 | Incomplete, must read 15:11-17 for completeness. | |
| 17:19-18:7 | Incomplete, must read 15:18-17:18 | |

| PAGE/LINE | STEMTECH'S OBJECTIONS & COUNTER-DESIGNATIONS | LEONARD'S OBJECTIONS TO STEMTECH'S COUNTER-DESIGNATIONS |
|---|---|---|
| | and 18:8-21 for completeness. | |
| 18:22-20:15 | Incomplete, must read 20:16-19 for completeness. | |
| 22:17-24:15 | 23:2-24:15: Assumes facts not in evidence; hearsay; lacks foundation; calls for speculation; vague; relevance; 403. | |
| 27:23-29:12 | Incomplete, must read 27:11-22 and 29:13-19 for completeness. | |
| 33:14-34:16 | 33:23-34:16: Lacks foundation; calls for speculation. | |

**George Antarr**

| PAGE/LINE | STEMTECH'S OBJECTIONS & COUNTER-DESIGNATIONS | LEONARD'S OBJECTIONS TO STEMTECH'S COUNTER-DESIGNATIONS |
|---|---|---|
| 12:15-18:4 | 15:15-17:17: Lacks foundation; calls for speculation; relevance; 403. | |
| 25:13-23 | None. | |
| 29:5-31:21 | None. | |
| 32:2-33:9 | Relevance; 403. | |
| 34:20-42:24 | 41:18-42:24: Relevance; 403; cumulative.<br><br>42:20-24: Incomplete hypothetical; overbroad; lacks foundation; calls for speculation; vague and ambiguous; relevance; 403. | |
| 43:4-44:1 | None. | |
| 45:4-50:10 | 47:23-49:12: Relevance; 403; lacks foundation; calls for speculation; colloquy; assumes facts not in evidence; overbroad.<br><br>49:13-50:10: Relevance; 403; overbroad. | |
| 50:25-54:11 | Incomplete, must read 54:12-55:25 for completeness. | |
| 58:9-14 | Relevance; 403. | |
| 61:2-70:11 | 61:2-62:21: Lacks foundation; calls for speculation; overbroad; vague and ambiguous; calls for a legal | |

| PAGE/LINE | STEMTECH'S OBJECTIONS & COUNTER-DESIGNATIONS | LEONARD'S OBJECTIONS TO STEMTECH'S COUNTER-DESIGNATIONS |
|---|---|---|
| | conclusion; relevance; 403; non-responsive; colloquy.<br><br>62:22-63:16: Overbroad; vague and ambiguous; lacks foundation; calls for speculation; relevance; 403; cumulative.<br><br>63:17-69:16: Relevance; 403; cumulative; incomplete hypothetical; assumes facts not in evidence; overbroad; vague and ambiguous.<br><br>69:17-70:11: Relevance; 403. | |
| 70:19-76:16 | 70:19-71:4: Assumes facts not in evidence; overbroad; vague and ambiguous.<br><br>71:13-72:20: Calls for a legal conclusion; lacks foundation; calls for speculation; overbroad; vague and ambiguous; assumes facts not in evidence.<br><br>74:2-75:12: Relevance; 403; cumulative.<br><br>75:13-76:16: Relevance; 403; lacks foundation; calls for speculation; improper lay opinion; hearsay. | |
| 76:21-77:19 | 76:21-77:19: Relevance; 403; overbroad; assumes facts not in evidence. | |
| 77:24-80:7 | 78:25-79:15: Assumes facts not in evidence; lacks foundation; calls for speculation; hearsay.<br><br>80:5-7: Misstates testimony; assumes facts not in evidence. | |
| 80:19-81:1 | Lacks foundation; calls for speculation. | |
| 81:10-83:2 | Relevance; 403; lacks foundation; calls for speculation; non-responsive; | |

| PAGE/LINE | STEMTECH'S OBJECTIONS & COUNTER-DESIGNATIONS | LEONARD'S OBJECTIONS TO STEMTECH'S COUNTER-DESIGNATIONS |
|---|---|---|
|  | incomplete.  If read, must read 83:4-10 for completeness. |  |
| 83:12-84:5 | 83:12-84:5: Relevance; 403; lacks foundation; calls for speculation; assumes facts not in evidence. |  |
| 84:7-20 | None. |  |
| 85:6-87:11 | 85:6-86:15: Relevance; 403; lacks foundation; calls for speculation.<br><br>86:16-24: Relevance; 403. |  |
| 88:22-92:14 | 88:22-89:4: Relevance; 403; lacks foundation; calls for speculation.<br><br>90:21-92:14: Relevance; 403. |  |
| 93:2-4 | Relevance; 403. |  |
| 100:18-104:20 | 102:6-103:3: Relevance; 403; lacks foundation; calls for speculation; hearsay; colloquy.<br><br>103:20-104:20: Lacks foundation; calls for speculation; cumulative; assumes facts not in evidence; overbroad; relevance; 403. |  |
| 113:18-115:25 | Relevance; 403; lacks foundation; calls for speculation; incomplete; vague and ambiguous; incomplete hypothetical. |  |
| 116:20-118:24 | 116:20-22: Incomplete, must read 116:2-12 for completeness.<br><br>116:23-118:24: Lacks foundation; calls for speculation; improper lay opinion; relevance; 403. |  |
| 121:19-124:1 | Vague and ambiguous; relevance; 403; lacks foundation; calls for speculation. |  |
| 124:12-125:1 | 124:12-13: Relevance; 403; incomplete.  If read, must read 124:10-11 for completeness.<br><br>124:14-125:1: Lacks foundation; calls for speculation; improper lay opinion; overbroad; vague as to time; |  |

| PAGE/LINE | STEMTECH'S OBJECTIONS & COUNTER-DESIGNATIONS | LEONARD'S OBJECTIONS TO STEMTECH'S COUNTER-DESIGNATIONS |
|---|---|---|
| | incomplete. If read, must read 125:4-10 for completeness. | |
| 125:11-127:15 | Lacks foundation; calls for speculation; relevance; 403; overbroad; vague as to time. | |
| 129:3-130:2 | Incomplete, must add 130:3-21 for completeness. | |
| 138:4-22 | None. | |
| 145:14-146:1 | Incomplete, must read 145:11-13 and 146:2-15 for completeness. | |
| 159:23-162:13 | 159:23-160:1: Relevance; 403; incomplete, must read 158:11-159:22 for completeness.<br><br>160:2-13: Lacks foundation; calls for speculation; relevance; 403; assumes facts not in evidence; misstates testimony.<br><br>162:3-13: Lacks foundation; calls for speculation; calls for an expert opinion; assumes facts not in evidence. | |
| 162:19-164:1 | 162:5-163:20: Relevance; 403; lacks foundation; calls for speculation.<br><br>163:21-164:1: Cumulative; asked and answered; 403. | |

**Jay Boyer**

| PAGE/LINE | STEMTECH'S OBJECTIONS & COUNTER-DESIGNATIONS | LEONARD'S OBJECTIONS TO STEMTECH'S COUNTER-DESIGNATIONS |
|---|---|---|
| 8:22-9:15 | Incomplete, must read 6:16-8:14 and 9:16-10:5 for completeness. | |
| 24:6-34:17 | Incomplete, must read 22:25-23:8, 24:1-2, 24:5 and 34:18-35:6 for completeness. | |
| 35:22-36:21 | None. | |
| 37:24-38:16 | 38:9-16: Assumes facts not in evidence; calls for speculation; lacks foundation; improper opinion. | |

| PAGE/LINE | STEMTECH'S OBJECTIONS & COUNTER-DESIGNATIONS | LEONARD'S OBJECTIONS TO STEMTECH'S COUNTER-DESIGNATIONS |
|---|---|---|
| 38:21-39:4 | None. | |
| 39:15-43:11 | 40:10-23: Lacks foundation; calls for speculation; vague. | |
| 45:2-18 | 45:11-18: Lacks foundation; calls for speculation; relevance; 403; non-responsive; vague as to time; overbroad. | |
| 47:5-49:6 | Lacks foundation; calls for speculation; improper opinion; overbroad. | |
| 49:22-50:18 | 49:22-50:14: Lacks foundation; calls for speculation; improper opinion. | |
| 52:22-53:5 | Vague and ambiguous; incomplete hypothetical; vague as to time; overbroad. | |
| 54:17-55:7 | Vague and ambiguous; overbroad; incomplete hypothetical. | |
| 55:17-21 | Incomplete; lacks foundation; calls for speculation; relevance; 403. If read, 55:10-56:3 must be read for completeness. | |
| 59:11-62:1 | Lacks foundation; calls for speculation; assumes facts not in evidence; relevance; 403; vague as to time; overbroad. | |
| 64:22-65:1 | None. | |
| 69:4-22 | None. | |
| 73:21-75:21 | Incomplete, must read 72:7-73:20 for completeness. | |
| 89:24-90:8 | None. | |
| 91:17-92:3 | None. | |
| 96:5-15 | None. | |
| 104:25-105:25 | Vague; lacks foundation; calls for speculation; relevance; 403; overbroad. | |
| 110:19-112:19 | Relevance; 403; lacks foundation; calls for speculation; vague; overbroad. | |

**Ray Carter**

15

| PAGE/LINE | STEMTECH'S OBJECTIONS & COUNTER-DESIGNATIONS | LEONARD'S OBJECTIONS TO STEMTECH'S COUNTER-DESIGNATIONS |
|---|---|---|
| 30:1-41:7 | 30:1-38:38:14: Relevance; 403.<br><br>39:5-40:10: Relevance; 403. | |
| 44:5-46:17 | 44:5-45:22: Relevance; 403; lacks foundation; calls for speculation; vague and ambiguous; overbroad. | |
| 52:17-57:12 | 55:9-57:1: Relevance; 403; privacy. | |
| 61:12-88:7 | 61:12-15: Relevance; 403.<br><br>61:16-63:15: Relevance; 403.<br><br>63:16-88:7: Relevance; 403; colloquy; overbroad; lacks foundation; privacy; calls for speculation. | |
| 89:3-110:3 | 89:3-97:12: Relevance; 403; colloquy; overbroad; lacks foundation; privacy; calls for speculation.<br><br>98:7-99:25: Relevance; 403.<br><br>100:1-101:7: Relevance; 403; privacy.<br><br>101:8-106:1: Relevance; 403.<br><br>106:15-107:6: Relevance; 403.<br><br>107:7-: Relevance; 403. | |
| 111:7-113:22 | 113:15-22: Relevance; 403. | |
| 114:10-185:9 | 114:10-131:5: Relevance; 403.<br><br>131:6-133:17: Calls for speculation; lacks foundation; overbroad; vague and ambiguous.<br><br>135:11-17: Colloquy.<br><br>145:14-24: Cumulative.<br><br>147:22-148:10: Assumes facts not in evidence; misstates testimony.<br><br>148:12-14: Question without an answer. | |

16

| PAGE/LINE | STEMTECH'S OBJECTIONS & COUNTER-DESIGNATIONS | LEONARD'S OBJECTIONS TO STEMTECH'S COUNTER-DESIGNATIONS |
|---|---|---|
| | 149:4-13: Lacks foundation; calls for speculation; relevance; 403. | |
| | 150:18-20: Vague and ambiguous; overbroad. | |
| | 151:1-25: Relevance; 403. | |
| | 170:19-171:3: Assumes facts not in evidence. | |
| | 173:9-20: Vague and ambiguous; lacks foundation; calls for speculation; calls for an expert opinion; improper lay opinion; relevance; 403. | |
| | 179:11-19: Lacks foundation; calls for speculation; assumes facts not in evidence; question without an answer. | |
| | 180:2-17: Colloquy; question without an answer. | |
| | 181:25-183:10: Colloquy. | |
| | 184:17-185:9: Lacks foundation; calls for speculation. | |
| 186:11-192:10 | None. | |
| 194:13-201:22 | 197:7-14: Relevance; 403; colloquy. | |
| 205:18-24 | 205:18-21: Asked and answered; cumulative. | |
| 207:21-209:20 | None. | |
| 213:12-214:9 | Relevance; 403; lacks foundation; calls for speculation. | |
| 214:25-224:7 | 215:19-217:3: Relevance; 403. 217:16-218:20: Relevance; 403; cumulative. | |
| 233:7-247:15 | 237:6-238:2: Relevance; 403; cumulative. 241:10-16: 25: Questions without | |

| PAGE/LINE | STEMTECH'S OBJECTIONS & COUNTER-DESIGNATIONS | LEONARD'S OBJECTIONS TO STEMTECH'S COUNTER-DESIGNATIONS |
|---|---|---|
| | answers; colloquy.<br><br>242:12-19: Question without an answer; colloquy.<br><br>244:5-13: Relevance; 403; cumulative; colloquy.<br><br>247:6-15: Relevance; 403. | |
| 249:17-252:20 | 249:17-250:8: Cumulative.<br><br>251:13-20: Incomplete hypothetical; overbroad; vague and ambiguous.<br><br>251:22-24: Relevance; 403. | |

**Heather Livingston**

| PAGE/LINE | STEMTECH'S OBJECTIONS & COUNTER-DESIGNATIONS | LEONARD'S OBJECTIONS TO STEMTECH'S COUNTER-DESIGNATIONS |
|---|---|---|
| 13:22-15:20 | Incomplete, must read 10:16-12:23 for completeness. | |
| 15:24-16:7 | Relevance; 403; overbroad; improper lay opinion; lacks foundation; calls for speculation; incomplete.<br><br>If read, 16:8-17 must be read for completeness. | |

**John Meyer**

| PAGE/LINE | STEMTECH'S OBJECTIONS & COUNTER-DESIGNATIONS | LEONARD'S OBJECTIONS TO STEMTECH'S COUNTER-DESIGNATIONS |
|---|---|---|
| 23:2-19 | None. | |
| 26:22-27:11 | None. | |
| 29:10-36:17 | 30:11-22: Incomplete hypothetical; overbroad; vague and ambiguous.<br><br>32:7-17: Lacks foundation; calls for speculation; assumes facts not in evidence; relevance; 403. | |

18

| PAGE/LINE | STEMTECH'S OBJECTIONS & COUNTER-DESIGNATIONS | LEONARD'S OBJECTIONS TO STEMTECH'S COUNTER-DESIGNATIONS |
|---|---|---|
|  | 33:1-34:24: Relevance; 403; vague and ambiguous; colloquy.<br><br>35:6-17: Relevance; 403; colloquy; vague and ambiguous.<br><br>36:11-17: Relevance; 403; vague and ambiguous. |  |
| 45:21-46:23 | Relevance; 403; lacks foundation; calls for speculation; incomplete; colloquy. |  |
| 48:13-50:19 | Incomplete, must read 48:5-9 and 48:12 for completeness. |  |
| 52:18-53:11 | Relevance; 403; lacks foundation; calls for speculation. |  |
| 58:12-20 | Relevance; 403. |  |
| 62:14-65:13 | Relevance; 403; overbroad; vague and ambiguous. |  |
| 65:24-66:22 | Relevance; 403; overbroad; incomplete document; vague and ambiguous |  |
| 67:15-68:4 | Relevance; 403. |  |
| 69:13-70:4 | Relevance; 403; lacks foundation; calls for speculation. |  |
| 70:13-72:4 | None. |  |
| 74:6-16 | Assumes facts not in evidence; lacks foundation; calls for speculation; relevance; 403. |  |

**Rivka Rachel**

| PAGE/LINE | STEMTECH'S OBJECTIONS & COUNTER-DESIGNATIONS | LEONARD'S OBJECTIONS TO STEMTECH'S COUNTER-DESIGNATIONS |
|---|---|---|
| 10:5-13:3 | 10:5-10: Incomplete. If read, must read 8:8-9:15 and 13:4-14:4 for completeness.<br><br>12:20-13:3: Vague and ambiguous. |  |
| 15:9-17:19 | Relevance; 403; hearsay. |  |
| 24:12-17 | None. |  |
| 25:21-26:8 | None. |  |

| PAGE/LINE | STEMTECH'S OBJECTIONS & COUNTER-DESIGNATIONS | LEONARD'S OBJECTIONS TO STEMTECH'S COUNTER-DESIGNATIONS |
|---|---|---|
| 28:4-10 | None. | |
| 28:21-29:4 | Relevance; 403. | |
| 30:5-8 | Relevance; 403; cumulative. | |
| 32:3-16 | None. | |
| 42:21-51:15 | 43:7-44:3: Lacks foundation; calls for speculation.<br><br>46:1-48:1: Relevance; 403; privacy.<br><br>48:11-15: Question without an answer; colloquy; lacks foundation; calls for speculation. | |
| 53:8-62:12 | 53:8-56:7: Relevance; 403; lacks foundation; calls for speculation; privacy.<br><br>56:8-57:17: Relevance; 403; privacy.<br><br>61:8-62:12: Incomplete hypothetical; relevance; 403; calls for a legal conclusion; overbroad. | |
| 67:5-68:6 | Incomplete, but must read 62:15-64:14 for completeness. | |
| 71:13-75:18 | 75:12-15: Misstates the testimony; assumes facts not in evidence. | |
| 79:10-81:7 | 81:207: Relevance; 403; lacks foundation; calls for speculation. | |
| 84:16-86:11 | Relevance; 403; hearsay. | |
| 108:13-17 | None. | |
| 109:12-110:6 | Incomplete, must read 108:18-109:11 and 110:7-20 for completeness. | |
| 111:4-112:18 | Incomplete, must read 112:19-113:3 for completeness. | |
| 113:9-114:17 | None. | |

**Donna Serritella**

| PAGE/LINE | STEMTECH'S OBJECTIONS & COUNTER-DESIGNATIONS | LEONARD'S OBJECTIONS TO STEMTECH'S COUNTER-DESIGNATIONS |
|---|---|---|
| 5:13-20 | Relevance; 403. | |
| 6:13-17 | Relevance; 403; colloquy; not testimony. | |

| PAGE/LINE | STEMTECH'S OBJECTIONS & COUNTER-DESIGNATIONS | LEONARD'S OBJECTIONS TO STEMTECH'S COUNTER-DESIGNATIONS |
|---|---|---|
| 10:17-11:23 | Relevance; 403. | |
| 12:19-13:3 | None. | |
| 14:10-13 | Relevance; incomplete; vague and ambiguous.  If read, must read 14:4-9 and 14:14 for completeness. | |
| 14:22-15:4 | Relevance; 403. | |
| 17:8-20:23 | 17:8-20: Relevance; 403; vague and ambiguous; incomplete.<br><br>19:12-20:23: Relevance; 403. | |
| 21:3-22:11 | 21:3-19: Relevance; 403. | |
| 22:17-25:8 | 24:10-17: Lacks foundation; calls for speculation.<br><br>24:18-25:8: Relevance; 403. | |
| 26:8-35:25 | 27:1-3: Cumulative; asked and answered; 403.<br><br>27:13-28:12: Relevance; 403; lacks foundation; calls for speculation.<br><br>32:4-35:25: Incomplete, must read 36:1-6 for completeness. | |
| 36:10-52:9 | 36:10-21: Misstates the evidence and complaints; relevance; 403.<br><br>37:2-21: Relevance; 403.<br><br>41:12-15: Relevance; 403.<br><br>42:5-7: Relevance; 403.<br><br>45:23-46:19: Relevance; 403<br><br>46:20-47:7: Colloquy; not testimony; relevance; 403. | |
| 52:13-104:19 | 52:13-54:10: Lacks foundation; calls for speculation; misstates testimony; assumes facts not in evidence; asked and answered; cumulative; 403; hearsay.<br><br>54:11-55:9: Incomplete; questions | |

21

| PAGE/LINE | STEMTECH'S OBJECTIONS & COUNTER-DESIGNATIONS | LEONARD'S OBJECTIONS TO STEMTECH'S COUNTER-DESIGNATIONS |
|-----------|------------------------------------------------|--------------------------------------------------------|
| | without answers; colloquy; 403; assumes facts not in evidence. 55:25-56:13: Assumes facts not in evidence; lacks foundation; question without an answer; colloquy; 403. | |
| | 58:1-59:15: Lacks foundation; calls for speculation; relevance; 403; asked and answered; cumulative. | |
| | 61:13-23: Colloquy; question without an answer; incomplete; relevance; 403. | |
| | 62:9-13: Assumes facts not in evidence; misstates testimony; cumulative. | |
| | 68:8-18: Relevance; 403; lacks foundation; calls for speculation; misstates the document. | |
| | 71:1-4: Lacks foundation; calls for speculation; vague and ambiguous; relevance; 403. | |
| | 71:6-13: Relevance; 403; cumulative; asked and answered; 403. | |
| | 71:20-72:19: Relevance; 403; cumulative. | |
| | 79:1-80:2: Lacks foundation; calls for speculation; relevance; 403. 85:4-17: Relevance; 403. 95:16-18: Lacks foundation; calls for speculation; relevance; 403. | |
| | 101:1-6: Colloquy. | |
| | 101:17-103:7: Relevance; 403. | |
| | 103:16-21: Question without an | |

| PAGE/LINE | STEMTECH'S OBJECTIONS & COUNTER-DESIGNATIONS | LEONARD'S OBJECTIONS TO STEMTECH'S COUNTER-DESIGNATIONS |
|---|---|---|
| | answer; incomplete; 403.<br><br>104:1-4: Colloquy. | |

**Paul Stramer**

| PAGE/LINE | STEMTECH'S OBJECTIONS & COUNTER-DESIGNATIONS | LEONARD'S OBJECTIONS TO STEMTECH'S COUNTER-DESIGNATIONS |
|---|---|---|
| 12:21-15:15 | None. | |
| 17:23-22:12 | Incomplete, must read 16:18-17:4 and 17:11-21 for completeness. | |
| 24:4-26:21 | 24:4-10: Incomplete; misstates the testimony. If read, need to add 22:17-25 and 23:12-19 for completeness.<br><br>26:16-21: Assumes facts not in evidence; lacks foundation; calls for speculation. | |
| 27:2-28:12 | Lacks foundation; calls for speculation; relevance; 403; assumes facts not in evidence. | |
| 30:24-32:1 | None. | |
| 32:19-34:3 | 32:19-33:7: Lacks foundation; calls for speculation; improper lay opinion; assumes facts not in evidence. | |
| 35:1-37:17 | 37:4-17: Lacks foundation; calls for speculation; assumes facts not in evidence; improper lay opinion. | |
| 40:6-41:6 | None. | |
| 47:13-60:12 | 48:1-12, 48:16-49:16: Lacks foundation; calls for speculation; assumes facts not in evidence; improper lay opinion; vague and ambiguous.<br><br>49:17-51:3: Relevance; 403; lacks foundation; calls for speculation; assumes facts not in evidence.<br><br>54:8-56:23: Assumes facts not in evidence; lacks foundation; calls for speculation; calls for an expert | |

| PAGE/LINE | STEMTECH'S OBJECTIONS & COUNTER-DESIGNATIONS | LEONARD'S OBJECTIONS TO STEMTECH'S COUNTER-DESIGNATIONS |
|---|---|---|
| | opinion; improper lay opinion. 57:13-58:3: Assumes facts not in evidence; lacks foundation; calls for speculation; hearsay. 58:4-59:23: Vague and ambiguous; colloquy; relevance; 403. 59:24-12: Incomplete; misleading. Must read 60:13-17 for completeness. | |
| 62:4-13 | None. | |
| 64:9-65:3 | None. | |
| 67:23-68:13 | Incomplete, must read 67:16-22 for completeness. | |
| 70:3-71:23 | Relevance; 403; overbroad; vague as to time; incomplete. If read, must read 71:24-72:2 for completeness. | |
| 75:11-77:12 | Relevance; 403; assumes facts not in evidence; overbroad; misstates testimony. | |
| 81:5-98:2 | 85:11-87:23: Relevance; 403. 90:11-23: Lacks foundation; calls for speculation; overbroad. | |
| 99:18-21 | Cumulative. | |
| 101:11-102:13 | 101:20-102:1: Misstates the testimony. | |
| 106:16-107:6 | Incomplete, must read 107:7-10 for completeness. | |
| 119:23-120:3 | Incomplete, must read 119:9-22 for completeness. | |

**Tony Terborg**

| PAGE/LINE | STEMTECH'S OBJECTIONS & COUNTER-DESIGNATIONS | LEONARD'S OBJECTIONS TO STEMTECH'S COUNTER-DESIGNATIONS |
|---|---|---|
| 9:4-15:14 | None. | |
| 19:2-21:3 | None. | |
| 22:18-25:5 | 22:18-22: Incomplete, must read | |

| PAGE/LINE | STEMTECH'S OBJECTIONS & COUNTER-DESIGNATIONS | LEONARD'S OBJECTIONS TO STEMTECH'S COUNTER-DESIGNATIONS |
|---|---|---|
|  | 22:15-17 for completeness.<br><br>23:18-24:14: Vague and ambiguous. |  |
| 25:15-26:15 | None. |  |
| 26:25-28:2 | 27:21-28:2: Lacks foundation; calls for speculation. |  |
| 29:12-33:2 | 31:2-7: Lacks foundation; calls for speculation; vague as to time.<br><br>31:23-32:20: Assumes facts not in evidence; lacks foundation; calls for speculation. |  |
| 33:21-25 | Relevance; 403. |  |
| 34:12-36:3 | 34:12-19: Relevance; 403; incomplete. If read, must read 34:1-11 for completeness. |  |
| 43:7-45:25 | 43:7-19: Incomplete hypothetical; vague; assumes facts not in evidence; lacks foundation; calls for speculation; calls for a legal conclusion; incomplete.  If read, must read 39:17-40:18 and 42:19-43:6 for completeness.<br><br>44:17-45:2: Question without an answer; incomplete hypothetical; lacks foundation; assumes facts not in evidence; calls for speculation; calls for a legal conclusion. |  |
| 47:11-48:22 | Relevance; 403. |  |
| 51:18-55:3 | 51:18-52:1: Vague and ambiguous; lacks foundation; calls for speculation; assumes facts not in evidence; calls for a legal conclusion.<br><br>52:3-55:3: Calls for a legal conclusion; calls for expert testimony; improper lay opinion; relevance; 403; lacks foundation; calls for speculation. |  |
| 55:14-59:24 | 55:14-56:17: Relevance; 403; colloquy; assumes facts not in evidence. |  |

| PAGE/LINE | STEMTECH'S OBJECTIONS & COUNTER-DESIGNATIONS | LEONARD'S OBJECTIONS TO STEMTECH'S COUNTER-DESIGNATIONS |
|---|---|---|
| | 58:14-59:24: Relevance; 403; lacks foundation; calls for speculation; improper lay opinion; calls for an expert opinion; incomplete.  If read, must read 60:2-61:4 for completeness. | |
| 61:5-18 | Lacks foundation; calls for speculation. | |
| 61:24-69:21 | Relevance; 403; lacks foundation; calls for speculation; hearsay; vague; assumes facts not in evidence. | |
| 76:1-6 | Assumes facts not in evidence; misstates the testimony; incomplete.  If read, must read 76:7-8 for completeness. | |
| 80:3-82:21 | 80:3-81:11: Lacks foundation; calls for speculation; assumes facts not in evidence; relevance; 403.  81:12-82:1: Relevance; 403.  82:2-21: Lacks foundation; calls for speculation; assumes facts not in evidence; relevance; 403; incomplete; hearsay.  If read, must read 84:9-17 for completeness. | |
| 83:2-18 | Lacks foundation; calls for speculation; assumes facts not in evidence; relevance; 403; hearsay; incomplete.  If read, must read 84:9-17 for completeness. | |

2.      **By Defendant:**

**<u>Debbi Anders</u>**

| PAGE/LINE | LEONARD'S OBJECTIONS & COUNTER-DESIGNATIONS | STEMTECH'S OBJECTIONS TO LEONARD'S COUNTER-DESIGNATIONS |
|---|---|---|
| 8:11-9:10 | | |
| 20:5-12 | | |
| 21:14-19 | | |
| 56:15-60:13 | | |
| 62:22-64:2 | | |

26

| PAGE/LINE | LEONARD'S OBJECTIONS & COUNTER-DESIGNATIONS | STEMTECH'S OBJECTIONS TO LEONARD'S COUNTER-DESIGNATIONS |
|---|---|---|
| 66:15-67:23 | | |

**Donna Antarr**

| PAGE/LINE | LEONARD'S OBJECTIONS & COUNTER-DESIGNATIONS | STEMTECH'S OBJECTIONS TO LEONARD'S COUNTER-DESIGNATIONS |
|---|---|---|
| 4:16-19 | | |
| 6:11-7:12 | | |
| 9:25-10:9 | | |
| 10:12-11:14 | | |
| 11:22-14:25 | | |
| 20:21-21:11 | | |
| 22:8-12 | | |
| 31:15-33:9 | | |

**George Antarr**

| PAGE/LINE | LEONARD'S OBJECTIONS & COUNTER-DESIGNATIONS | STEMTECH'S OBJECTIONS TO LEONARD'S COUNTER-DESIGNATIONS |
|---|---|---|
| 19:25-20:13 | | |
| 23:6-8 | | |
| 94:22-95:13 | | |
| 95:15-96:8 | | |
| 96:16-18 | | |
| 97:12-16 | | |
| 99:16-18 | | |
| 99:20 | | |
| 108:19-23 | | |
| 131:12-132:11 | | |
| 139:4-140:17 | | |
| 140:24-141:4 | | |
| 141:7-15 | | |
| 143:6-144:10 | | |
| 144:17-145:8 | | |
| 146:23-151:25 | | |
| 153:2-154:8 | | |
| 154:16-18 | | |
| 154:21-155:21 | | |
| 156:6-8 | | |
| 156:11-20 | | |

///

///

**Jay Boyer**

| PAGE/LINE | LEONARD'S OBJECTIONS & COUNTER-DESIGNATIONS | STEMTECH'S OBJECTIONS TO LEONARD'S COUNTER-DESIGNATIONS |
|---|---|---|
| 82:10-21 | | |
| 95:4-21 | | |
| 106:17-25 | | |
| 107:16-110:5 | | |
| 117:11-14 | | |

**Ray Carter**

| PAGE/LINE | LEONARD'S OBJECTIONS & COUNTER-DESIGNATIONS | STEMTECH'S OBJECTIONS TO LEONARD'S COUNTER-DESIGNATIONS |
|---|---|---|
| 18:5-19:7 | | |
| 57:15-21 | | |
| 192:11-193:8 | | |
| 193:20-194:7 | | |
| 201:23-202:22 | | |
| 212:18-213:2 | | |
| 224:15-225:1 | | |
| 227:22-228:15 | | |
| 229:24-230:8 | | |

**Heather Livingston**

| PAGE/LINE | LEONARD'S OBJECTIONS & COUNTER-DESIGNATIONS | STEMTECH'S OBJECTIONS TO LEONARD'S COUNTER-DESIGNATIONS |
|---|---|---|
| 6:1-22 | | |

**John Meyer**

| PAGE/LINE | LEONARD'S OBJECTIONS & COUNTER-DESIGNATIONS | STEMTECH'S OBJECTIONS TO LEONARD'S COUNTER-DESIGNATIONS |
|---|---|---|
| 8:18-10:11 | | |
| 37:14-22 | | |
| 50:20-23 | | |

28

| PAGE/LINE | LEONARD'S OBJECTIONS & COUNTER-DESIGNATIONS | STEMTECH'S OBJECTIONS TO LEONARD'S COUNTER-DESIGNATIONS |
|---|---|---|
| 53:14-54:2 | | |
| 54:16-18 | | |
| 54:22-55:5 | | |
| 58:7-8 | | |

**Rivka Rachel**

| PAGE/LINE | LEONARD'S OBJECTIONS & COUNTER-DESIGNATIONS | STEMTECH'S OBJECTIONS TO LEONARD'S COUNTER-DESIGNATIONS |
|---|---|---|
| 18:13-19:13 | | |
| 19:21-21:17 | | |
| 32:17-19 | | |
| 33:12-20 | | |
| 34:12-37:21 | | |
| 41:3-13 | | |
| 88:8-89:9 | | |
| 91:1-16 | | |
| 106:5-107:3 | | |
| 107:6-108:8 | | |

**Donna Serritella**

| PAGE/LINE | LEONARD'S OBJECTIONS & COUNTER-DESIGNATIONS | STEMTECH'S OBJECTIONS TO LEONARD'S COUNTER-DESIGNATIONS |
|---|---|---|
| 15:10-14 | | |

**Paul Stramer**

| PAGE/LINE | LEONARD'S OBJECTIONS & COUNTER-DESIGNATIONS | STEMTECH'S OBJECTIONS TO LEONARD'S COUNTER-DESIGNATIONS |
|---|---|---|
| 12:1-20 | | |
| 42:23-45:2 | | |
| 46:21-47:13 | | |
| 60:20-61:16 | | |
| 62:17-64:6 | | |
| 65:7-17 | | |
| 66:22-67:5 | | |
| 80:2-81:4 | | |
| 103:5-17 | | |
| 105:24-106:15 | | |

| PAGE/LINE | LEONARD'S OBJECTIONS & COUNTER-DESIGNATIONS | STEMTECH'S OBJECTIONS TO LEONARD'S COUNTER-DESIGNATIONS |
|---|---|---|
| 107:15-108:1 | | |
| 108:8-110:15 | | |
| 111:3-13 | | |
| 111:16-20 | | |
| 114:22-24 | | |
| 115:9-116:22 | | |
| 117:4-118:10 | | |
| 118:11-119:6 | | |

**Tony Terborg**

| PAGE/LINE | LEONARD'S OBJECTIONS & COUNTER-DESIGNATIONS | STEMTECH'S OBJECTIONS TO LEONARD'S COUNTER-DESIGNATIONS |
|---|---|---|
| 15:15-16:2 | | |
| 17:2-9 | | |
| 17:17-19:1 | | |
| 28:15-29:11 | | |
| 37:6-38:21 | | |
| 69:22-70:7 | | |
| 71:22-24 | | |

## VI.    Exhibits

### A.    Exhibits

#### 1.    By Plaintiff:

See Exhibit "A" attached hereto.  Note Plaintiff reserves the right to supplement this list up to time of trial, as Plaintiff is continuing to discover new infringements of his images by Stemtech independent distributors.  Plaintiff also reserves the right to rely upon any exhibits identified by Defendant and to interpose appropriate objections.

#### 2.    By Defendant:

See Exhibit "B" attached hereto.  Stemtech reserves the right to revise and/or supplement this list up to the time of trial.  Stemtech also reserves the right to rely upon any exhibits identified by Leonard and to interpose appropriate objections thereto.

30

B.     **Demonstrative Exhibits**

1.     **By Plaintiff:**

| Ex. No. | Description | Objection |
|---|---|---|
| PDX1. | Sedlik Montage of Infringements (Sedlik Preliminary Report, pp. 20-21) | |
| PDX2. | List of Known Infringements (Sedlik Preliminary Report, Exhibit C) | |
| PDX3. | Visual Index to Known Infringements (Sedlik Preliminary Report, Exhibit D) | |
| PDX4. | License Based Upon Known Infringing Usages (Sedlik Preliminary Report, Exhibit E) | |
| PDX5. | Calculated Damages for Licenses Based Upon Known Infringing Uses (Sedlik Preliminary Report, Exhibit F) | |
| PDX6. | References Quotes from Getty Images 2011 (Sedlik Preliminary Report, Exhibit G) | |
| PDX7. | Reference Quotes from Photolibrary 2011 (Sedlik Preliminary Report, Exhibit H) | |
| PDX8. | Reference Quotes from Corbis 2011 (Sedlik Preliminary Report, Exhibit I) | |
| PDX9. | Reference Quotes from Medical Stock Photo 2011 (Sedlik Preliminary Report, Exhibit J) | |
| PDX10. | Alleged Stock Agency License Fees (Sedlik Preliminary Report, Exhibit K) | |
| PDX11. | 2006 Comparison Quotes (Sedlik Preliminary Report, Exhibit L) | |
| PDX12. | 2006 Pricing Applied to Agency Averages (Sedlik Preliminary Report, Exhibit M) | |
| PDX13. | Comparison 2006 v. 2011 Pricing (Sedlik Preliminary Report, Exhibit N) | |
| PDX14. | Adjustment for eBrochure vs. Printed (Sedlik Preliminary Report, Exhibit O) | |
| PDX15. | Percentage Adjustment for eBrochure (Sedlik Preliminary Report, Exhibit P) | |
| PDX16. | Stemtech Domain Names (Bates ST000545-549) | |
| PDX17. | Table of Known Usages of Leonard Image No. 3 (Sedlik Supplementary Report, Exhibit C) | |
| PDX18. | Calculated License Fees Based Upon Known Usages (Sedlik Supplementary Report, Exhibit D) | |
| PDX19. | Average Stock Agency License Fees (Sedlik Supplementary Report, Exhibit E) | |

| PDX20. | Reference Quotes from Stock Agencies (Sedlik Supplementary Report, Exhibit F) | |
| PDX21. | Domain Ownership Records for Domains Listed in Table of Known Usages (Sedlik Supplementary Report, Exhibit G) | |
| PDX22. | Screen Shots of Alleged Infringements of Leonard Images (Sedlik Supplementary Report, Exhibit H) | |
| PDX23. | Chart showing names and Stemtech ID numbers of Stemtech independent representatives correlated to alleged infringing uses | |

### 2.    By Defendant:

Chart of Leonard's licensing fees.

Counsel will pre-mark all exhibits that can be admitted without objection as Joint Exhibits.

## VII.    Damages

Plaintiff will seek damages as outlined in Professor Jeff Sedlik's Preliminary Expert Report at pages 26-27 and Exhibits C-P of that Report, and in Professor Sedlik's Supplementary Report at pages 13 and 14 and Exhibits D, C, E, F, and H to that Report.

Plaintiff will also seek an upward adjustment of damages due to the scarcity of images of human stemcells, damages for Stemtech's extensive use of Leonard's Images, in the nature of an exclusive license.  As to Stemtech's infringement as outlined in C.A. 1:12-cv-00086-LPS-CJB, Leonard also seeks a disgorgement of Stemtech's profits.

Mr. Leonard also seeks an award of Attorneys' Fees and Costs.

## VIII.    Bifurcated Trial

### A.    By Plaintiff:

Plaintiff does not seek a bifurcated trial.

### B.    By Defendant:

Stemtech does not seek a bifurcated trial.

**IX.**    **Motions *in Limine***

        **A.**    **By Plaintiff:  Plaintiff opposes Defendant's Motions *in Limine*.**

        **B.**    **By Defendant:**

        See Exhibits "C," "D" and "E" attached hereto.

**X.**    **Discovery**

Each party has completed discovery.

**XI.**    **Number of Jurors**

There shall be eight jurors.  The Court will conduct jury selection through the "struck juror" method, beginning with the Court reading voir dire to the jury panel in the courtroom, continuing by meeting with jurors individually in chambers and there addressing any challenges for cause, and concluding back in the courtroom with preemptory strikes.

**XII.**

The trial will be timed.  The plaintiff requests ___ hours for his trial presentation.  The defendant requests _____ hours for its trial presentation.  Time will be charged to a party for its opening statement, direct and redirect examination of witnesses it calls, cross-examination of witnesses called by any other party, and closing argument.  The Courtroom Deputy will keep a running total of trial time used by counsel.

**XIII.**   **Amendments of Pleadings**

None.

**XIV.**   **Additional Matters**

None.

**XV.**    **Settlement**

The parties have engaged in a good faith effort to explore the resolution of the controversy by settlement, including through informal negotiations and three mediation sessions before a judge or magistrate judge of this Court.

**IT IS HEREBY ORDERED** that this Final Pretrial Order shall control the subsequent course of the action, unless modified by the Court to prevent manifest injustice.

DATED:_____

_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND
SUBSTANCE:

SEITZ, VAN OGTROP & GREEN, P.A.

CASARINO CHRISTMAN SHALK
    RANSOM & DOSS, P.A.

/s/ James S. Green, Sr.

/s/ Stephen P. Casarino

_____

_____

JAMES S. GREEN, SR. (DE0481)
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE  19899
(302) 888-7603
jgreen@svglaw.com

STEPHEN P. CASARINO (DE0174)
405 North King Street, Suite 300
P. O. Box 1276
Wilmington, DE  19899-1276
(302) 594-4500
scasarino@casarino.com

OF COUNSEL:

OF COUNSEL:

JAN I. BERLAGE
GOHN, HANKEY & STICHEL, LLP
201 North Charles Street, Suite 2101
Baltimore, MD  21201
(41) 752-9300

KATHLEEN MARY KUSHI CARTER
CHRISTINE R. ARNOLD
HOLLINS LAW
2601 Main Street, Penthouse Suite 1300
Irvine, CA  92614-4239
(714) 558-9119

    *Attorneys for Plaintiff*

    *Attorneys for Defendant*