| EXHIBIT "A" PLAINTIFF'S EXHIBITS | | |
|---|---|---|
| Ex. No. | Description | Objection |
| PX1. | Leonard Image No. 3 Bone Marrow Stem Cells (Leonard Dep. Ex. 2) | |
| PX2. | US Copyright Certificate of Registration #UA1-426-178 (APL00119) | |
| PX3. | Leonard Image No. 4 Bone Marrow Stem Cell (Leonard Dep. Ex. 3) | |
| PX4. | US Copyright Certificate of Registration #UA1-426-177 (APL00123) | |
| PX5. | Cover of Time Magazine, August 7, 2006 (APL117) | |
| PX6. | Microscopy Today article regarding Andrew Leonard, November 2006 (APLSUP000072-73) | |
| PX7. | APL Microscopic Flyer 2007 | |
| PX8. | APL Microscopic Flyer 2009 | |
| PX9. | May 1 – June 1, 2006 E-mails between Al Crane and Andrew Leonard (Leonard Dep. Ex. 5-6) | |
| PX10. | Invoice No. 711 from Andrew Leonard to Stemtech dated June 11, 2006 (Leonard Dep. Ex. 7) | |
| PX11. | July 17, 2006 E-mail from Andrew Leonard to Bonnie Goldfein with attached invoice (Leonard Dep. Ex. 9) | |
| PX12. | APL Microscopic Invoice No. 711 to Stemtech for $450.00 | |
| PX13. | August 7, 2006 E-mail from Andrew Leonard to Bonnie Goldfein (Leonard Dep. Ex. 13) | |
| PX14. | August 21, 2006 E-mail from Andrew Leonard to Bonnie Goldfein (Leonard Dep. Ex. 14) | |
| PX15. | January 17, 2007 Letter from Andrew Leonard to Ray Carter (APL00056) | |
| PX16. | Stemtech Link Newsletter p. 8 | |
| PX17. | The Stemtech Story Video (with cover) (ST20-21) (APL0002) | |
| PX18. | Stem cells and StemEnhance with Christian Drapeau video (with cover) (APL0001) | |
| PX19. | Still shot(s) of Leonard Image(s) on "The Stemtech Story" video (APL0003-10) | |
| PX20. | Still shot(s) of Leonard Image(s) on "StemEnhance with Christian Drapeau" video | |
| PX21. | Hampshire College Examples of Alumni Excellence (APL Sup 00068-70) | |

| PX22. | The Unlimited World Revealed (APL00132-133) | |
|---|---|---|
| PX23. | Invoice 754 to University of Houston (APL Sup 00067) | |
| PX24. | Carl Zeiss Raffle Poster and Display (APL Sup 000100-101) | |
| PX25. | Wellness Video (STEMTech Wealthbuilders sites) | |
| PX26. | Product Video (STEMTech Wealthbuilders sites) (ST24-29) | |
| PX27. | Emails between Ray Carter and Science Photo Library | |
| PX28. | Emails between Andrew Leonard and Jon Krasselt | |
| PX29. | The STEMTech Story in Spanish (ST22-23) | |
| PX30. | Video – El Naciariento de Una Industria | |
| PX31. | Email chains re STEMTech use of Leonard image (ST0001-00018) | |
| PX32. | STEMTech Business Development System Training Manual (ST00030-104) | |
| PX33. | STEMTech Independent Distributor Application and Agreement (ST000110-000111) | |
| PX34. | STEMTech "Welcome Aboard" brochure and pamphlets (ST000112-000139) | |
| PX35. | Healthspan Magazine June 2006 (ST000140 – 000156) | |
| PX36. | Healthspan Magazine Winter 2006/2007 (ST000157-000172) | |
| PX37. | Healthspan Magazine Winter 2007/2008 (ST000173-000190) | |
| PX38. | Cover "The Stem Cell Theory of Renewal" by Christian Drapeau (ST000203) | |
| PX39. | Cover "Your Business Magazine" (ST000234) | |
| PX40. | Microsoft Power Point "Birth of New Industry" (ST000394) (ST000406) | |
| PX41. | Microsoft Power Point "Opportunity" (ST000396, 398) (ST000409, 410) | |
| PX42. | Email 8/26/2009 George Tashjian to Bryan Noar (ST000428) | |
| PX43. | Terborg Media Invoice 2/14/2008, letter and edit list (ST000431-443) | |
| PX44. | STEMTech emails re STEMTech Distributors' Usage of Leonard Images (ST000444-460) | |
| PX45. | Email from Alana lea to Christian Drapeau and Ray Carter to "All" 2/06/08 (ST000501-02) | |
| PX46. | STEMTech Licensed Distributors (Ex. B to Defendant's Supplemental Responses to Plaintiff's First Set of Interrogatories) | |
| PX47. | Leonard Invoice to STEMTech (Leonard Dep. Ex. 42, ST000337) | |
| PX48. | Various invoices from APL Microscopic (Leonard Dep. Exs. 60-64, 66) | |
| **PRELIMINARY EXPERT REPORT AND DISCLOSURE OF PROFESSOR JEFF SEDLIK DATED 9/19/11 EXHIBIT C – TABLE OF KNOWN USAGES** | | |
| PX49. | Curriculum Vitae of Professor Jeff Sedlik | |

| PX50. | Leonard Image at http://img.exigo.com http://img.exigo.com/public/1595/websites/76/images/2006/winter 2006HSv1i3.pdf | |
| PX51. | Leonard Image at yourstems.com http://yourstems.com/ | |
| PX52. | Leonard Image at yourstems.com http://yourstems.com/stemcellebook.pdf | |
| PX53. | Leonard Image at yourstems.com http://yourstems.com/stemcellebook.pdf | |
| PX54. | Leonard Image at www.astrologyzine.com www.astrologyzine.com/stemtech-stemenhance-stem-cell-enhancer.shtml | |
| PX55. | Leonard Image at stemtechgroup.com stemtechgroup.com | |
| PX56. | Leonard Image at naturalstemcellhealth.biz naturalstemcellhealth.biz | |
| PX57. | Leonard Image at naturalstemcellhealth.biz http://naturalstemcellhealth.biz/ | |
| PX58. | Leonard Image at teamstemtech.com www.teamstemtech.com/public/product.swf | |
| PX59. | Leonard Image at adultstemcellscience.com adultstemcellscience.com/slideshow.html | |
| PX60. | Leonard Image at adultstemcellinformation.com adultstemcellinformation.com/slideshow.html | |
| PX61. | Leonard Image at adultstemcellscience.com adultstemcellscience.com/slideshow.html | |
| PX62. | Leonard Image at stemcelladvantage.blogspot.com stemcelladvantage.blogspot.com | |
| PX63. | Leonard Image at wanesweb.com wanesweb.com/Stem_cell_nutrition/Stemcellproduct1order.html | |
| PX64. | Leonard Image at stemtechgroup.com/ www.enhancestemcellsnaturally.com/media/STEMTECHWINb.wmv | |
| PX65. | Leonard Image at www.stemenhancemedia.com stemenhancemedia.com/movie.html | |
| PX66. | Leonard Image at www.stemcellnaturally.com www.stemcellnaturally.com | |
| PX67. | Leonard Image at healthlight.stemtechbiz.com healthlight.stemte | |
| PX68. | Leonard Image at healthfire.biz healthfire.biz/site/index.asp | |
| PX69. | Leonard Image at stemtechalliance.com/ stemtechalliance.com/index.htm | |
| PX70. | Leonard Image at stemenhanceinfo.com stemenhanceinfo.com/# | |
| PX71. | Leonard Image at www.stemcellfacts.net | |

| | stemcellfacts.net/stemcells.html | |
|---|---|---|
| PX72. | Leonard Image at www.stemcellfacts.net stemcellfacts.net/StemEnhance_Free_Report.pdf | |
| PX73. | Leonard Image at EssentialVitamins.com EssentialVitamins.com | |
| PX74. | Leonard Image at EssentialVitamins.com EssentialVitamins.com | |
| PX75. | Leonard Image at myspace.com "http://vids.myspace.com/index.cfm?fuseaction=vids.individual&v ideoid=40389535&searchid= b75c9ca1-6b0f-4109-8fbf-cd4948065d7d" | |
| PX76. | Leonard Image at myspace.com stemtechbiz.com stemtechbiz.com/bus_opp_sub.aspx | |
| PX77. | Leonard Image at stemtechalliance.com http://www.stemtechalliance.com/video-drapeau.htm | |
| PX78. | Leonard Image at enhancestemcellsnaturally.com www.enhancestemcellsnaturally.com/thankyou.htm | |
| PX79. | Leonard Image at video.google.com http://video.google.com/googleplayer.swf?docId=- 1356612531204863030&hl=en | |
| PX80. | Leonard Image at http://www.thebyteshow.com www.thebyteshow.com/StemEnhance.html | |
| PX81. | Leonard Image at pstramer.ktostemtech.com pstramer.ktostemtech.com/good_better_best.php | |
| PX82. | Leonard Image at foundationforhealth.com foundationforhealth.com/stemcell | |
| PX83. | Leonard Image at www.stemcellcaps. com stemcellupdate.com "www.stemcellcaps. com/calls/stemcellstories.htm" | |
| PX84. | Leonard Image at yourstems.com http://yourstems.com/ | |
| PX85. | Leonard Image at video.aol.com video.aol.com/video-detail/the-stemtech-story/2414051397 | |
| PX86. | Leonard Image at video.google.com video.google.com/googleplayer.swf?docId=- 1356612531204863030&hl=en | |
| PX87. | Leonard Image at video.yahoo.com video.yahoo.com/watch/3218548/9093010 | |
| PX88. | Leonard Image at espanol.video.yahoo.com http://espanol.video.yahoo.com/watch/618462/2935410&source=v ideo&vgc=rss&usg=AFQjCNFJwo8iFYoaeh770qpx_JeZBfgfhAe | |
| PX89. | Leonard Image at comonfort.mobi comonfort.mobi/index_archivos/StemEnhance.html | |
| PX90. | Leonard Image at about-stem-cells.com/ about-stem-cells.com/ | |
| PX91. | Leonard Image at http://www.comonfort.mobi | |

| | | |
|---|---|---|
| | http://www.comonfort.mobi/index_archivos/StemEnhance.html | |
| PX92. | Leonard Image at thebiggestmyth.com<br>thebiggestmyth.com/cgi-bin/d.cgi/renew/movie1.html | |
| PX93. | Leonard Image at www.cures.stemtechhealth.com<br>www.cures.stemtechhealth.com | |
| PX94. | Leonard Image at adult-stem-cells.info/<br>http://adult-stem-cells.info/ | |
| PX95. | Leonard Image at adult-stem-cells.info/<br>http://adult-stem-cells.info/ | |
| PX96. | Leonard Image at adult-stem-cells.info<br>adult-stem-cells.info/videos.html | |
| PX97. | Leonard Image at morris.ktostemtech.com<br>morris.ktostemtech.com/files/StemEnhance_FreeReport_KTO.pdf | |
| PX98. | Leonard Image at http://adfare03.adfare.com<br>"http://adfare03.adfare.com/ads/brian/bmi45.htm<br>That is connected with http://stemcellupdate.net/<br>2009 BMI Marketing Inc. All Rights Reserved.<br>ST1005R22AN" | |
| PX99. | Leonard Image at teamkeerthi.com<br>teamkeerthi.com/video/bigpicture.wmv | |
| PX100. | Leonard Image at stemcellupdateblog.com<br>stemcellupdateblog.com | |
| PX101. | Leonard Image at<br>stemenhancebenefitshealth.improvebodyhealth.com/<br>stemenhancebenefitshealth.improvebodyhealth.com/ | |
| PX102. | Leonard Image at www.missymoran.com/<br>missymoran.com/AdultStemCell/ST_Rebirth.html | |
| PX103. | Leonard Image at Championsinmotion.com<br>championsinmotion.com/images/Mrstemcell.gif | |
| PX104. | Leonard Image at wanesweb.com<br>wanesweb.com/Stem_cell_nutrition/stemtech_story__stemenhance<br>_team.htm | |
| PX105. | Leonard Image at stemcellfx.com/Index.html<br>stemcellfx.com/Index.html | |
| PX106. | Leonard Image at www.paulstramer.com<br>www.paulstramer.com | |
| PX107. | Leonard Image at ebooksnw.com<br>ebooksnw.com | |
| PX108. | Leonard Image at myebookdownload.com/<br>myebookdownload.com/ | |
| PX109. | Leonard Image at http://www.adultstemcellenhancers.com/<br>http://www.adultstemcellenhancers.com/ | |
| PX110. | Leonard Image at www.bac2health.com/index.htm<br>www.bac2health.com/index.htm | |
| PX111. | Leonard Image at stemcell-enhance.biz<br>http://www.stemcell-enhance.biz/movie.html | |

| | | |
|---|---|---|
| PX112. | Leonard Image at stemcellrelease.com http://www.stemcellrelease.com/movie.html | |
| PX113. | Leonard Image at http://www.stemcellreplenish.us http://www.stemcellreplenish.us/movie.html | |
| PX114. | Leonard Image at www.getstemenhance.biz/Index.html www.getstemenhance.biz/Index.html | |
| PX115. | Leonard Image at www.makemorestemcells.com www.makemorestemcells.com | |
| PX116. | Leonard Image at http://www.renew-energy.info/site/Index.html http://www.renew-energy.info/site/Index.html | |
| PX117. | Leonard Image at http://img.exigo.com/public/1595/websites/2/images/sthsbizbrfg-v4.pps http://img.exigo.com/public/1595/websites/2/images/sthsbizbrfg-v4.pps | |
| PX118. | Leonard Image at supportyourstemcells.com supportyourstemcells.com/movie.html | |
| PX119. | Leonard Image at coevolv.com coevolv.com | |
| PX120. | Leonard Image at www.jaykruse.com http://www.jaykruse.com/Home/RP.html | |
| PX121. | Leonard Image at http://missymoran.blogspot.com missymoran.blogspot.com/2009/06/stem-cell-technology-and-beauty.html | |
| PX122. | Leonard Image at http://www.health-report.co.uk/ http://www.health-report.co.uk/new_mlm_opportunity_app.htm | |
| PX123. | Leonard Image at thepowerlinesupport.com www.thepowerlinesupport.com/documents/stemcellreport.pdf | |
| PX124. | Leonard Image at eccles.stemtechbiz.com/ eccles.stemtechbiz.com/OpportunityOverview.aspx | |
| PX125. | Leonard Image at www.stemtechbiz.com http://www.stemtechbiz.com/OpportunityOverview.aspx | |
| PX126. | Leonard Image at http://www.essential-vitamins.com/ www.essential-vitamins.com/biz/infoRequest.html | |
| PX127. | Leonard Image at http://www.essential-vitamins.com/ www.essential-vitamins.com/biz/infoRequest.html | |
| PX128. | Leonard Image at http://www.stemcellpromote.com http://www.stemcellpromote.com/movie.html | |
| PX129. | Leonard Image at www.enhancestemcellsnaturally.com/index.htm www.enhancestemcellsnaturally.com/index.htm | |
| PX130. | Leonard Image at www.enhancestemcellsnaturally.com/index.htm www.enhancestemcellsnaturally.com/index.htm | |
| PX131. | Leonard Image at www.lcrstemcells.com www.lcrstemcells.com | |
| PX132. | Leonard Image at /lcrstemcells.com /lcrstemcells.com/Documents/LCR-StemEnhance- | |

| | | |
|---|---|---|
| | FREE_Report.pdf | |
| PX133. | Leonard Image at health2wealthchoice.com<br>health2wealthchoice.com/site/Index.html | |
| PX134. | Leonard Image at health2wealthchoice.com<br>health2wealthchoice.com | |
| PX135. | Leonard Image at http://www.adultstemcellnews.com<br>http://www.adultstemcellnews.com/slideshow | |
| PX136. | Leonard Image at www.findstemenhance.com<br>www.findstemenhance.com/site/Index.html | |
| PX137. | Leonard Image at foundationforhealth.com<br>foundationforhealth.com | |
| PX138. | Leonard Image at http://www.youtube.com<br>http://www.youtube.com/watch?v=mLX_NPTRFV4&feature=related | |
| PX139. | Leonard Image at adult-stem-cells.info<br>adult-stem-cells.info | |
| PX140. | Leonard Image at http://www.jaykruse.com<br>http://www.jaykruse.com/Home/RP_files/SCEbook_TheOpenSecret_pdf_1.pdf | |
| PX141. | Leonard Image at http://www.missymoran.com<br>http://www.missymoran.com/AdultStemCell/ST_Ebook_Dwnld_files/SCEbook_TheOpenSecret_pdf_1.pdf | |
| PX142. | Leonard Image at www.missymoran.com<br>http://www.missymoran.com/AdultStemCell/ST_Rebirth.html | |
| PX143. | Leonard Image at www.missymoran.com<br>http://www.missymoran.com/AdultStemCell/ST_Rebirth.html | |
| **SUPPLEMENTARY EXPERT REPORT AND DISCLOSURE OF PROFESSOR JEFF SEDLIK DATED 3/22/13 EXHIBIT C – TABLE OF KNOWN USAGES** | | |
| PX144. | Leonard Image at www.stemtechbiz.co.uk<br>http://whatarestemcells.stemtechbiz.co.uk/home.aspx<br>(APLSUP000001) | |
| PX145. | Leonard Image at www.stemtechbiz.co.uk<br>http://whatarestemcells.stemtechbiz.co.uk/Contact.aspx<br>(APLSUP000002) | |
| PX146. | Leonard Image at www.stemtechbiz.co.uk<br>http://whatarestemcells.stemtechbiz.co.uk/MyStory.aspx<br>(APLSUP000003) | |
| PX147. | Leonard Image at www.stemtechbiz.com.mx<br>http://regeneracionvital.stemtechbiz.com.mx/home.aspx<br>(APLSUP000004) | |
| PX148. | Leonard Image at www.stemtechbiz.com.mx<br>http://regeneracionvital.stemtechbiz.com.mx/Contact.aspx<br>(APLSUP000005) | |
| PX149. | Leonard Image at www.stemtechbiz.com.mx<br>http://regeneracionvital.stemtechbiz.com.mx/MyStory.aspx | |

| | | |
|---|---|---|
| | (APLSUP000006) | |
| PX150. | Leonard Image at www.stemtechbiz.com http://Leonard Image at www.stemtechbiz.com/home.aspx?SessionID=&ID=regeneracionvital (APLSUP000007) | |
| PX151. | Leonard Image at www.stemtechbiz.com http://regeneracionvital.stemtechbiz.com/home.aspx (APLSUP000008) | |
| PX152. | Leonard Image at www.stemtechbiz.com http://regeneracionvital.stemtechbiz.com/Contact.aspx (APLSUP000009) | |
| PX153. | Leonard Image at www.stemtechbiz.com http://regeneracionvital.stemtechbiz.com/MyStory.aspx (APLSUP0000010) | |
| PX154. | Leonard Image at www.stemtechbiz.co.uk http://regeneracionvital.stemtechbiz.co.uk/home.aspx (APLSUP000011) | |
| PX155. | Leonard Image at www.stemtechbiz.co.uk http://regeneracionvital.stemtechbiz.co.uk/Contact.aspx (APLSUP000012) | |
| PX156. | Leonard Image at www.stemtechbiz.co.uk http://regeneracionvital.stemtechbiz.co.uk/MyStory.aspx (APLSUP000013) | |
| PX157. | Leonard Image at www.Leonard Image at www.stemtechbiz.ca http://Leonard Image at www.stemtechbiz.ca/MyStory.aspx?ID=regeneracionvital (APLSUP000014) | |
| PX158. | Leonard Image at www.stemtechbiz.com.my http://regeneracionvital.stemtechbiz.com.my/home.aspx (APLSUP000015) | |
| PX159. | Leonard Image at www.stemtechbiz.com.my http://regeneracionvital.stemtechbiz.com.my/Contact.aspx (APLSUP000016) | |
| PX160. | Leonard Image at www.stemtechbiz.com.my http://regeneracionvital.stemtechbiz.com.my/MyStory.aspx (APLSUP000017) | |
| PX161. | Leonard Image at www.stemtechbiz.com.my http://regeneracionvital.stemtechbiz.com.my/malay/default_MY_MA.aspx (APLSUP000050) | |
| PX162. | Leonard Image at www.stemtechbiz.com http://regeneracionvital.stemtechbiz.com/es/home.aspx?lang=es-PR (APLSUP000018) | |
| PX163. | Leonard Image at www.stemtechbiz.com | |

| | | |
|---|---|---|
| | http://regeneracionvital.stemtechbiz.com/es/Contact.aspx (APLSUP000019) | |
| PX164. | Leonard Image at www.stemtechbiz.com http://regeneracionvital.stemtechbiz.com/es/mystory.aspx (APLSUP000020) | |
| PX165. | Leonard Image at www.stemtechbiz.com.au http://regeneracionvital.stemtechbiz.com.au/home.aspx (APLSUP000021) | |
| PX166. | Leonard Image at www.stemtechbiz.com.au http://regeneracionvital.stemtechbiz.com.au/Contact.aspx (APLSUP000022) | |
| PX167. | Leonard Image at www.stemtechbiz.com.au http://regeneracionvital.stemtechbiz.com.au/MyStory.aspx (APLSUP000023) | |
| PX168. | Leonard Image at www.stemtech.bg http://regeneracionvital.stemtech.bg/Home.aspx (APLSUP000024) | |
| PX169. | Leonard Image at www.stemtech.bg http://regeneracionvital.stemtech.bg/Contact.aspx (APLSUP000025) | |
| PX170. | Leonard Image at www.stemtech.bg http://regeneracionvital.stemtech.bg/MyStory.aspx (APLSUP000026) | |
| PX171. | Leonard Image at www.stemtechbiz.com.co http://regeneracionvital.stemtechbiz.com.co/home.aspx (APLSUP000027) | |
| PX172. | Leonard Image at www.stemtechbiz.com.co http://regeneracionvital.stemtechbiz.com.co/Contact.aspx (APLSUP000028) | |
| PX173. | Leonard Image at stemtech.com.ec http://regeneracionvital.stemtech.com.ec/home.aspx (APLSUP000029) | |
| PX174. | Leonard Image at www.stemtech.com.ec http://regeneracionvital.stemtech.com.ec/Contact.aspx (APLSUP000030) | |
| PX175. | Leonard Image at www.stemtechbiz.fr http://regeneracionvital.stemtechbiz.fr/home.aspx (APLSUP000031) | |
| PX176. | Leonard Image at www.stemtechbiz.fr http://regeneracionvital.stemtechbiz.fr/Contact.aspx (APLSUP000032) | |
| PX177. | Leonard Image at www.stemtechbiz.fr http://regeneracionvital.stemtechbiz.fr/MyStory.aspx (APLSUP000033) | |
| PX178. | Leonard Image at www.stemtechbiz.de http://regeneracionvital.stemtechbiz.de/home.aspx | |

| | | |
|---|---|---|
| | (APLSUP000034) | |
| PX179. | Leonard Image at www.stemtechbiz.de http://regeneracionvital.stemtechbiz.de/ContactUs.aspx (APLSUP000035) | |
| PX180. | Leonard Image at www.stemtechbiz.de http://regeneracionvital.stemtechbiz.de/mystory.aspx (APLSUP000036) | |
| PX181. | Leonard Image at www.stemtech.com.gh http://regeneracionvital.stemtech.com.gh/home.aspx (APLSUP000038) | |
| PX182. | Leonard Image at www.stemtech.com.gh http://regeneracionvital.stemtech.com.gh/Contact.aspx (APLSUP000039) | |
| PX183. | Leonard Image at www.stemtech.com.gh http://regeneracionvital.stemtech.com.gh/MyStory.aspx (APLSUP000040) | |
| PX184. | Leonard Image at www.stemtech.jp http://regeneracionvital.stemtech.jp/Home.aspx (APLSUP000042) | |
| PX185. | Leonard Image at www.stemtech.jp http://regeneracionvital.stemtech.jp/contact.aspx (APLSUP000043) | |
| PX186. | Leonard Image at www.stemtech.jp http://regeneracionvital.stemtech.jp/MyStory.aspx (APLSUP000044) | |
| PX187. | Leonard Image at stemtech.co.ke http://regeneracionvital.stemtech.co.ke/home.aspx (APLSUP000045) | |
| PX188. | Leonard Image at stemtech.co.ke http://regeneracionvital.stemtech.co.ke/Contact.aspx (APLSUP000046) | |
| PX189. | Leonard Image at stemtech.co.ke http://regeneracionvital.stemtech.co.ke/MyStory.aspx (APLSUP000047) | |
| PX190. | Leonard Image at www.stemtechbiz.com.na http://regeneracionvital.stemtechbiz.com.na/ (APLSUP000052) | |
| PX191. | Leonard Image at www.stemtech.co.ke http://regeneracionvital.stemtech.co.ke/contact_sub.aspx | |
| PX192. | Leonard Image at www.stemtechbiz.com.ph http://regeneracionvital.stemtechbiz.com.ph/default_PH_EN.aspx (APLSUP000054) | |
| PX193. | Leonard Image at www.stemtechbiz.com.ph http://regeneracionvital.stemtechbiz.com.ph/contact_sub.aspx (APLSUP000055) | |
| PX194. | Leonard Image at www.stemtechbiz.co.za | |

| | | |
|---|---|---|
| | http://regeneracionvital.stemtechbiz.co.za/home.aspx (APLSUP000056) | |
| PX195. | Leonard Image at www.stemtechbiz.co.za http://regeneracionvital.stemtechbiz.co.za/contact.aspx (APLSUP000057) | |
| PX196. | Leonard Image at www.stemtechbiz.co.za http://regeneracionvital.stemtechbiz.co.za/MyStory.aspx (APLSUP000058) | |
| PX197. | Leonard Image at www.stemtechbiz.es http://regeneracionvital.stemtechbiz.es/home.aspx (APLSUP000059) | |
| PX198. | Leonard Image at www.stemtechbiz.es http://regeneracionvital.stemtechbiz.es/MyStory.aspx (APLSUP000060) | |
| PX199. | Leonard Image at www.stemtechbiz.com.tw http://regeneracionvital.stemtechbiz.com.tw/ (APLSUP000061) | |
| **DEPOSITION OF RIVKA RACHEL, M.D., PH.D., JANUARY 21, 2010 DEPOSITION EXHIBITS** | | |
| PX200. | Ex. No. 1 – Subpoena and Notice of Deposition | |
| PX201. | Ex. No. 2 – Letter to Dr. Rivka from Ms. Flax dated 7/13/2009 | |
| PX202. | Ex. No. 4 – LinkedIn profile of Dr. Rivka | |
| PX203. | Ex. No. 5 – Document Entitled "STEMTech Fast Start Options" | |
| PX204. | Ex. No. 6 – Document Entitled "Stem Cell Science and Your Health" | |
| PX205. | Ex. No. 7 – Document Entitled "Ask the Doctor: StemEnhance Questions and Answers" | |
| PX206. | Ex. No. 8 – Frequently Asked Question page from STEMTech Health Sciences, Inc. | |
| PX207. | Ex. No. 9 – Training Manual | |
| PX208. | Ex. No. 10 – Document Entitled "Rising Stars" | |
| PX209. | Ex. No. 14 E-mails Between Mr. Noar and Dr. Rachel | |
| **DEPOSITION OF DONNA MARIE SERRITELLA, APRIL 13, 2011 DEPOSITION EXHIBITS** | | |
| PX210. | Ex. No. 2 - STEMTech Progress Notes | |
| PX211. | Ex. No. 3 – Serritella CV | |
| PX212. | Ex. No. 4 – Three Images | |
| PX213. | Ex. No. 5 - Two E-Mails dated November 2007 | |
| PX214. | Ex. No. 6 - E-Mail to Andrew Leonard dated November 30, 2007 | |
| PX215. | Ex. No. 7 - E-Mail to Andrew Leonard dated December 14, 2007 | |
| PX216. | Ex. No. 8 – Time Magazine cover | |
| PX217. | Ex. No. 9 - E-Mail String, top one from George Tashjian dated August 26, 2009 | |
| PX218. | Ex. No. 10 - Compliance Update, February 8, 2008 | |
| PX219. | Ex. No. 11 - Compliance Update, March 7, 2008 | |

| | | |
|---|---|---|
| PX220. | Ex. No. 12 - Compliance Update, August 4, 2008 | |
| PX221. | Ex. No. 13 - Compliance Update, May 2, 2008 | |
| PX222. | Ex. No. 14 - Compliance Update, June 24, 2008 | |
| PX223. | Ex. No. 15 - Screen Shot of STEMTechmedia.com | |
| PX224. | Ex. No. 16 - Handwritten Notes of Contacts with the Serranos | |
| PX225. | Ex. No. 17 – E-Mail from Matt Canham dated January 28, 2008 | |
| PX226. | Ex. No. 18 - Handwritten Notes about Conversation with Olympia and Rob | |
| PX227. | Ex. No. 19 - E-Mail from Lexie Lynch dated January 28, 2008 | |
| PX228. | Ex. No. 20 - E-Mail String, top one from Donna Maria dated January 30, 2008 | |
| PX229. | Ex. No. 21 - E-Mail from Mitch Fields dated February 18, 2008 | |
| PX230. | Ex. No. 22 - STEMTech Health Services Progress Notes | |
| PX231. | Ex. No. 23 - STEMTech Progress Notes | |
| PX232. | Ex. No. 24 - STEMTech Health Sciences, Progress Notes | |
| PX233. | Ex. No. 25 - STEMTech Health Sciences, Progress Notes | |
| PX234. | Ex. No. 26 - STEMTech Health Sciences, Progress Notes | |
| PX235. | Ex. No. 27 - STEMTech Health Sciences, Progress Notes | |
| PX236. | Ex. No. 28 - STEMTech Health Sciences, Progress Notes | |
| PX237. | Ex. No. 29 - E-Mail String, top one from Bryan Noar dated July 16, 2009 | |
| **DEPOSITION OF STEVEN GERARD, MARCH 31, 2010 DEPOSITION EXHIBITS** | | |
| PX238. | Ex. C Photo Researchers Invoice | |
| PX239. | Ex. E Photo Researchers Invoice | |
| PX240. | Ex. F Page from Photo Researchers' website | |
| PX241. | Ex. G Printout from website of Photo  Researchers | |
| **TONY TERBORG/TERBORG MEDIA INNER VISION DESIGN GROUP DOCUMENTS** | | |
| PX242. | April 21, 2011 letter to J. Berlage (Def Supp 90000003-4) | |
| PX243. | Terborg Media Group Invoices to STEMTech Health Sciences (Def Supp 9000005-9000023) | |
| **DEPOSITION OF GEORGE ANTARR DEPOSITION EXHIBITS** | | |
| PX244. | Ex. No. 1 – Webpage from www.healthfire.biz | |
| PX245. | Ex. No. 2 – Webpage from STEMTech's Wealth Builders System | |
| PX246. | Ex. No. 3 – Screen shots from The STEMTech Story | |
| PX247. | Ex. No. 4 – DVD cover from Stem Cells and StemEnhance with Christian Drapeau | |
| PX248. | Ex. No. 5 – Stem Cell Science and Your Health report from KTO Stem Tech | |
| PX249. | Ex. No. 7 – Screen shots from "Big Picture" video | |
| PX250. | Ex. No. 9 – Email from Donna Antarr to Andrew Leonard 11/30/2007 | |
| PX251. | Ex. No. 10 – Mr. Stem Cell screen Shot | |

| | | |
|---|---|---|
| PX252. | Ex. No. 11 – Screen shot from Team Stemtech webpage | |
| PX253. | Ex. No. 12 – Screen shot from http://stemtechgroup.com | |
| PX254. | Ex. No. 14 – Screen shot of Sta.rtup.biz website | |
| PX255. | Ex. No. 15 – Screen shot from Flash Slide Presentation | |
| PX256. | Ex. No. 17 – Screen shot from www.better-whois.com of wealthbuildersystem.com | |
| **DEPOSITION OF JAY BOYER**<br>**DEPOSITION EXHIBITS** | | |
| PX257. | Ex. No. 1 – STEMTech website screen shot | |
| PX258. | Ex. No. 2 – STEMTech website screen shot | |
| PX259. | Ex. No. 3 – STEMTech website screen shot | |
| PX260. | Ex. No. 4 – STEMTech website screen shot | |
| PX261. | Ex. No. 5 – List of URLs relating to STEMTech | |
| PX262. | Ex. No. 6 – List of three URLs for stemtechbiz.co.uk | |
| PX263. | Ex. No. 7 – STEMTech webside screen shot | |
| PX264. | Ex. No. 8 – STEMTech website screen shot | |
| **DEPOSITION OF DEBBI ANDERS**<br>**DEPOSITION EXHIBITS** | | |
| PX265. | Ex. No. 51 – Income Statement | |
| PX266. | Ex. No. 52 – STEMTech Family Tree | |
| PX267. | Ex. No. 53 – STEMTech Organizational Chart | |
| PX268. | Ex. No. 54 – Amounts Paid to Distributors | |
| **DEPOSITION OF STEVEN GERARD**<br>**DEPOSITION EXHIBITS** | | |
| PX269. | Ex. D – Copies of Images 2, 3, 4 and 5 | |
| PX270. | Ex. E – Copy of Invoice | |
| PX271. | Ex. F – Page from Photo Researchers' Website | |
| PX272. | Ex. G – Printout from website of Photo Researchers | |
| **DEPOSITION OF RAY CARTER**<br>**DEPOSITION EXHIBITS** | | |
| PX273. | Ex. No. 1 – STEMTech Story Printout | |
| PX274. | Ex. No. 2 – Cell Nutrition Product Printout | |
| PX275. | Ex. No. 3 – Summary of Revenue | |
| PX276. | Ex. No. 5 – Stem Cell Science and Your Health | |
| PX277. | Ex. No. 6 – STEMTech Free E-book | |
| PX278. | Ex. No. 9 – Stem Cells and StemEnhance DVD | |
| PX279. | Ex. No. 10 – The STEMTech Story DVD | |
| PX280. | Ex. No. 11 – CD/DVD Marked Leonard | |
| PX281. | Ex. No. 12 – Health Span Magazine Article | |
| PX282. | Ex. No. 13 – Health Link Newsletter | |
| PX283. | Ex. No. 14 – yourstems.com | |
| PX284. | Ex. No. 15 – Adult Stem Cells Enhancement | |
| PX285. | Ex. No. 16 – myvits.com | |
| PX286. | Ex. No. 17 – Email chain between Serritella and Leonard ending | |

| | | |
|---|---|---|
| | 11/4/2007 | |
| PX287. | Ex. No. 18 – LCR Stems Article Printout | |
| PX288. | Ex. No. 19 – STEMTech's Wealth Builders System Printout | |
| PX289. | Ex. No. 20 – Images Printed from Video | |
| PX290. | Ex. No. 21 – What are Stem Cells? | |
| PX291. | Ex. No. 22 – wanesweb.com | |
| PX292. | Ex. No. 23 – stemcellnaturally.com | |
| PX293. | Ex. No. 24 – stemtechcellhealth.com | |
| PX294. | Ex. No. 25 – stemtechalliance.com | |
| PX295. | Ex. No. 26 – stemenhancemedia.com | |
| PX296. | Ex. No. 27 – The Stem Cell Theory of Renewal | |
| PX297. | Ex. No. 28 – Your Business Magazine Cover | |
| PX298. | Ex. No. 29 – Stemtech Policies and Procedures | |
| PX299. | Ex. No. 30 – Ask the Doctor | |
| PX300. | Ex. No. 31 – Helping the Body Help Itself | |
| PX301. | Ex. No. 32 – Email to Leonard from Serritella | |
| PX302. | Ex. No. 33 – Email chain between Burnett and Leonard | |
| PX303. | Ex. No. 34 – Email chain between Burnett and Leonard | |
| PX304. | Ex. No. 35 – APL Invoice dated 6/11/2006 | |
| PX305. | Ex. No. 36 – APL Invoice dated 6/11/2006 | |
| PX306. | Ex. No. 37 – Email Leonard to Goldfein 8/21/2006 | |
| PX307. | Ex. No. 38 – Letter from Leonard to Carter dated 1/17/2007 | |
| PX308. | Ex. No. 39 – Invoice and check receipt | |
| PX309. | Ex. No. 40 – STEMTech Fast Start Options | |
| PX310. | Ex. No. 41 – Health Span Magazine Vol. 1, No. 3 | |
| PX311. | Ex. No. 42 – Health Span Magazine Vol. 3, No. 3 | |
| PX312. | Ex. No. 43 – Email chain between Noar and Rachel ending 7/27/2009 | |
| PX313. | Ex. No. 44 – Email chain between Flax and Carter dated 1/2008 | |
| PX314. | Ex. No. 45 – Email chain between Serrano and Flax | |
| **DEPOSITION OF PAUL STRAMER** **DEPOSITION EXHIBITS** | | |
| PX315. | Ex. No. 2 – Healthspan Magazine Screen Shots | |
| PX316. | Ex. No. 3 – Healthspan publication Volume 1, Issue 3 | |
| PX317. | Ex. No. 4 – Screen shots from The STEMTech Storey DVD | |
| PX318. | Ex. No. 5 – Screen shots from Wellness video | |
| PX319. | Ex. No. 6 – Screen shots from Stem Cells and StemEnhance DVD | |
| PX320. | Ex. No. 7 – Screen shot of cartoon Stem Cells | |
| PX321. | Ex. No. 8 – StemTech Power Point Presentation | |
| PX322. | Ex. No. 10 – Still images | |
| PX323. | Ex. No. 11 – StemEnhance Reports | |
| PX324. | Ex. No. 12 – Screen shots from http://stemtechgroup.com | |
| PX325. | Ex. No. 13 – Screen shots from www.adultstemcellenhancers.com | |
| PX326. | Ex. No. 26 – Terms and conditions | |
| PX327. | Ex. No. 31 – Payment record | |

| | | |
|---|---|---|
| PX328. | Ex. No. 32 – Policies and Procedures | |
| **DEPOSITION OF GEORGE TASHJIAN** **DEPOSITION EXHIBITS** | | |
| PX329. | Ex. No. 1 – Domain Ownership Registry for STEMTech.com | |
| PX330. | Ex. No. 2 – Domain Ownership Registry for Stemtechbiz.com | |
| PX331. | Ex. No. 3 – Screen shot http://regeneracionvital.stemtech.biz.com | |
| PX332. | Ex. No. 4 – Screen shot TeamBuilder Manager Pack @ morris.stemtech.biz | |
| PX333. | Ex. No. 5 – Screen shot TeamBuilder Manager Pack @ regeneracion.stemtech.biz | |
| PX334. | Ex. No. 8 – Screen shot of http://5664953.stemtech.biz | |
| PX335. | Ex. No. 16 – Defendant's Response to Plaintiff's First Request for Admissions | |
| **DEPOSITION OF TONY TERBORG** **DEPOSITION EXHIBITS** | | |
| PX336. | Ex. No. 3 – Complete Order history of STEMTech Story DVD | |
| PX337. | Ex. No. 4 – Complete Order hisotyr of Stem Cells and StemEnhance DVD | |
| PX338. | Ex. No. 5 – Terborgmediagroup Invoice | |
| PX339. | Ex. No. 6 – The Power Line Stem Cell and Your Health Report | |

**EXHIBIT "B"**
**DEFENDANT'S EXHIBIT LIST**

| EX NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 500. | Business Certificate for APL Microscopic | |
| 501. | Letter from M. Berrios to A. Leonard re Microscopy facility | |
| 502. | Photo Researchers Exclusive Agency Agreement signed by A. Leonard | |
| 503. | Invoice #078858 from Photo Researchers Inc. | |
| 504. | Photographers Invoice #36017 from Photo Researchers, Inc. | |
| 505. | Invoice #080522 from Photo Researchers, Inc | |
| 506. | Photographers Invoice #36848 from Photo Researchers, Inc | |
| 507. | Invoice #083647 from Photo Researchers, Inc | |
| 508. | Photographers Statement #39526 from Photo Researchers, Inc. | |
| 509. | Invoice #086037 from Photo Researchers, Inc | |
| 510. | Photographers Statement #40519 from Photo Researchers, Inc. | |
| 511. | Invoice #087151 from Photo Researchers, Inc | |
| 512. | Invoice #087232 from Photo Researchers, Inc | |
| 513. | Photographers Statement #40959 from Photo Researchers, Inc. | |
| 514. | Invoice #087948 from Photo Researchers, Inc | |
| 515. | Invoice #088524 from Photo Researchers, Inc | |
| 516. | Photographers Statement #41499 from Photo Researchers Inc. | |
| 517. | Invoice #089363 from Photo Researcher | |
| 518. | Invoice #089663 from Photo Researchers, Inc | |
| 519. | Photographers Statement #42321 from Photo Researchers, Inc. | |
| 520. | Invoice #089808 from Photo Researchers, Inc | |
| 521. | Invoice #089816 from Photo Researchers, Inc | |
| 522. | Invoice #090072 from Photo Researchers, Inc | |
| 523. | Invoice #090099 from Photo Researchers, Inc | |
| 524. | Photographers Statement #42931 from Photo Researchers, Inc | |
| 525. | Invoice #092823 from Photo Researchers, Inc | |
| 526. | Photographers Statement #44341 from Photo Researchers, Inc. | |
| 527. | Invoice #093696 from Photo Researchers, Inc. | |
| 528. | Invoice #094012 from Photo Researchers, Inc | |
| 529. | Invoice #094051 from Photo Researchers, Inc | |
| 530. | Invoice #094388 from Photo Researchers, Inc | |
| 531. | Photographers Statement #45009 from Photo Researchers, Inc. | |
| 532. | Invoice #094469 from Photo Researchers, Inc. | |
| 533. | Invoice #094696 from Photo Researchers, Inc. | |
| 534. | Invoice #094979 from Photo Researchers, Inc | |
| 535. | Invoice #095212 from Photo Researchers, Inc to Jo Miller with Dennis Publishing, Inc | |
| 536. | Photographers Statement #45604 from Photo Researchers, Inc. | |
| 537. | Invoice #095729 from Photo Researchers, Inc | |
| 538. | Invoice #095771 from Photo Researchers, Inc | |
| 539. | Invoice #096528 from Photo Researchers, Inc | |

**EXHIBIT "B"**
**DEFENDANT'S EXHIBIT LIST**

| EX NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 540. | Invoice #096685 from Photo Researchers, Inc | |
| 541. | Photographers Statement #46229 from Photo Researchers, Inc. | |
| 542. | Invoice #096772 from Photo Researchers, Inc | |
| 543. | Invoice #096923 from Photo Researchers, Inc | |
| 544. | Invoice #096942 from Photo Researchers, Inc | |
| 545. | Invoice #097020 from Photo Researchers, Inc | |
| 546. | Invoice #097158 from Photo Researchers, Inc | |
| 547. | Invoice #097348 from Photo Researchers, Inc | |
| 548. | Invoice #097396 from Photo Researchers, Inc | |
| 549. | Invoice #097861 from Photo Researchers, Inc | |
| 550. | Photographers Statement #46885 from Photo Researchers, Inc. | |
| 551. | Invoice #097914 from Photo Researchers, Inc | |
| 552. | Invoice #097990 from Photo Researchers, Inc | |
| 553. | Invoice #098143 from Photo Researchers, Inc | |
| 554. | Invoice #098285 from Photo Researchers, Inc | |
| 555. | Invoice #098330 from Photo Researchers, Inc | |
| 556. | Invoice #098568 from Photo Researchers, Inc | |
| 557. | Invoice #098626 from Photo Researchers, Inc | |
| 558. | Invoice #098678 from Photo Researchers, Inc | |
| 559. | Invoice #098760 from Photo Researchers, Inc | |
| 560. | Photographers Statement #47653 from Photo Researchers, Inc. | |
| 561. | Invoice #099025 from Photo Researchers, Inc | |
| 562. | Invoice #099041 from Photo Researchers, Inc | |
| 563. | Invoice #099273 from Photo Researchers, Inc | |
| 564. | Invoice #099298 from Photo Researchers, Inc | |
| 565. | Invoice #099316 from Photo Researchers Inc. | |
| 566. | Invoice #099627 from Photo Researchers, Inc | |
| 567. | Invoice #099932 from Photo Researchers, Inc | |
| 568. | Photographers Statement #48287 from Photo Researchers, Inc | |
| 569. | Invoice #100088 from Photo Researchers, Inc | |
| 570. | Invoice #100282 from Photo Researchers, Inc | |
| 571. | Invoice #100338 from Photo Researchers, Inc | |
| 572. | Invoice #100346 from Photo Researchers, Inc | |
| 573. | Invoice #100429 from Photo Researchers, Inc | |
| 574. | Invoice #100632 from Photo Researchers, Inc. | |
| 575. | Invoice #100632 from Photo Researchers, Inc | |
| 576. | Invoice #100693 from Photo Researchers, Inc | |
| 577. | Invoice #100757 from Photo Researchers, Inc | |
| 578. | Invoice #100842 from Photo Researchers, Inc | |
| 579. | Invoice #100871 from Photo Researchers, Inc | |
| 580. | Invoice #100949 from Photo Researchers, Inc | |
| 581. | Photographers Statement #48913 from Photo Researchers, Inc. | |

**EXHIBIT "B"**
**DEFENDANT'S EXHIBIT LIST**

| EX NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 582. | Invoice #101294 from Photo Researchers, Inc | |
| 583. | Invoice #101336 from Photo Researchers, Inc | |
| 584. | Invoice #101556 from Photo Researchers, Inc | |
| 585. | Invoice #101557 from Photo Researchers, Inc | |
| 586. | Invoice #101561 from Photo Researchers, Inc | |
| 587. | Invoice #101630 from Photo Researchers, Inc | |
| 588. | Invoice #101733 from Photo Researchers, Inc | |
| 589. | Invoice #102000 from Photo Researchers, Inc. | |
| 590. | Invoice #102136 from Photo Researchers, Inc | |
| 591. | Invoice #102154 from Photo Researchers, Inc | |
| 592. | Invoice #102280 from Photo Researchers, Inc | |
| 593. | Photographers Statement #49526 from Photo Researchers, Inc. | |
| 594. | Invoice #102601 from Photo Researchers, Inc. | |
| 595. | Invoice #102707 from Photo Researchers, Inc | |
| 596. | Invoice #102741 from Photo Researchers, Inc | |
| 597. | Invoice #102775 from Photo Researchers, Inc | |
| 598. | Invoice #103024 from Photo Researchers, Inc | |
| 599. | Invoice #103113 from Photo researchers, Inc | |
| 600. | Invoice #103134 from Photo Researchers, Inc | |
| 601. | Invoice #103283 from Photo Researchers, Inc | |
| 602. | Photographer Statement #50294 from Photo Researchers, Inc. | |
| 603. | Invoice #103765 from Photo Researchers, Inc | |
| 604. | Invoice #104048 from Photo Researchers, Inc | |
| 605. | Invoice #104101 from Photo Researchers, Inc | |
| 606. | Photographers Statement #50899 from Photo Researchers, Inc. | |
| 607. | Invoice #104601 from Photo Researchers. Inc | |
| 608. | Invoice #105095 from Photo Researchers, Inc | |
| 609. | Invoice #105095 from Photo Researchers, Inc | |
| 610. | Invoice #105394 from Photo Researchers, Inc | |
| 611. | Invoice #105516 from Photo Researchers, Inc | |
| 612. | Photographers Statement #51482 from Photo Researchers, Inc. | |
| 613. | Invoice #105586 from Photo Researchers, Inc | |
| 614. | Invoice #106187 from Photo Researchers, Inc | |
| 615. | Invoice #104601 from Photo Researchers, Inc. | |
| 616. | Invoice #106469 from Photo Researchers, Inc | |
| 617. | Invoice #106503 from Photo Researchers, Inc | |
| 618. | Photographer Statement #52079 from Photo Researchers, Inc | |
| 619. | Invoice #106543 from Photo Researchers, Inc | |
| 620. | Invoice #106571 from Photo Researchers, Inc | |
| 621. | Invoice #106597 from Photo Researchers, Inc | |
| 622. | Invoice #106664 from Photo Researchers, Inc | |
| 623. | Invoice #106757 from Photo Researchers, Inc | |

**EXHIBIT "B"**
**DEFENDANT'S EXHIBIT LIST**

| EX NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 624. | Invoice #106758 from Photo Researchers, Inc | |
| 625. | Invoice #106850 from Photo Researchers, Inc | |
| 626. | Invoice #106999 from Photo Researchers, Inc | |
| 627. | Invoice #107230 from Photo Researchers, Inc | |
| 628. | Invoice #107340 from Photo Researchers, Inc | |
| 629. | Photographer Statement #52798 from Photo Researchers, Inc. | |
| 630. | Invoice #108104 from Photo Researchers, Inc | |
| 631. | Invoice #108278 from Photo Researchers, Inc | |
| 632. | Invoice #108335 from Photo Researchers, Inc | |
| 633. | Invoice #108397 from Photo Researchers, Inc | |
| 634. | Invoice #108622 from Photo Researchers, Inc | |
| 635. | Invoice #108624 from Photo Researchers, Inc | |
| 636. | Invoice #108687 from Photo Researchers, Inc | |
| 637. | Photographer Statement #53376 from Photo Researchers, Inc. | |
| 638. | Invoice #108847 from Photo Researchers, Inc | |
| 639. | Invoice #108879 from Photo Researchers, Inc | |
| 640. | Invoice #109363 from Photo Researchers, Inc. | |
| 641. | Invoice #109363 from Photo Researchers, Inc | |
| 642. | Invoice #109459 from Photo Researchers, Inc | |
| 643. | Invoice #109545 from Photo Researchers, Inc | |
| 644. | Photographer Statement #53941 from Photo Researchers, Inc. | |
| 645. | Invoice #109802 from Photo Researchers, Inc | |
| 646. | Invoice #109803 from Photo Researchers, Inc | |
| 647. | Invoice #110159 from Photo Researchers, Inc | |
| 648. | Invoice #110195 from Photo Researchers, Inc | |
| 649. | Invoice #110274 from Photo Researchers, Inc | |
| 650. | Invoice #110801 from Photo Researchers, Inc | |
| 651. | Invoice #110802 from Photo Researchers, Inc | |
| 652. | Photographer Statement #54523 from Photo Researchers, Inc. | |
| 653. | Invoice #110860 from Photo researchers, Inc | |
| 654. | Invoice #111056 from Photo Researchers, Inc | |
| 655. | Invoice #111247 from Photo researchers, Inc | |
| 656. | Invoice #111523 from Photo Researchers, Inc | |
| 657. | Invoice #111561 from Photo Researchers, Inc | |
| 658. | Invoice #111616 from Photo Researchers, Inc | |
| 659. | Invoice #111701 from Photo Researchers, Inc | |
| 660. | Invoice #111942 from Photo Researchers, Inc) | |
| 661. | Photographer Statement #55195 from Photo Researchers, Inc. | |
| 662. | Invoice #112638 from Photo Researchers, Inc | |
| 663. | Invoice #112663 from Photo researchers, Inc | |
| 664. | Invoice #112768 from Photo Researchers, Inc | |
| 665. | Invoice #112825 from Photo Researchers, Inc | |
| 666. | Invoice #112951 from Photo Researchers, Inc | |

**EXHIBIT "B"**
**DEFENDANT'S EXHIBIT LIST**

| EX NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 667. | Invoice #112958 from Photo Researchers, Inc | |
| 668. | Invoice #112976 from Photo Researchers, Inc | |
| 669. | Photographer Statement #55792 from Photo Researchers, Inc. | |
| 670. | Invoice #113108 from Photo Researchers, Inc | |
| 671. | Invoice #113189 from Photo Researchers, Inc | |
| 672. | Invoice #113368 from Photo Researchers, Inc | |
| 673. | Invoice #113379 from Photo Researchers, Inc | |
| 674. | Invoice #113430 from Photo Researchers, Inc | |
| 675. | Invoice #113531 from Photo Researchers, Inc | |
| 676. | Invoice #113549 from Photo Researchers, Inc | |
| 677. | Invoice #113827 from Photo Researchers, Inc | |
| 678. | Photographer Statement #56287 from Photo Researchers, Inc. | |
| 679. | Invoice #114178 from Photo Researchers, Inc | |
| 680. | Invoice #114702 from Photo Researchers, Inc | |
| 681. | Invoice #114782 from Photo Researchers, Inc | |
| 682. | Invoice #114820 from Photo Researchers, Inc | |
| 683. | Invoice #114961 from Photo Researchers, Inc | |
| 684. | Invoice #114972 from Photo Researchers, Inc | |
| 685. | Invoice #115002 from Photo Researchers, Inc | |
| 686. | Invoice #115031 from Photo Researchers, Inc | |
| 687. | Invoice #115033 from Photo Researchers, Inc | |
| 688. | Invoice #115109 from Photo Researchers, Inc) | |
| 689. | Invoice #115416 from Photo Researchers, Inc | |
| 690. | Photographer Statement #56793 from Photo Researchers, Inc. | |
| 691. | Invoice #115570 from Photo Researchers, Inc | |
| 692. | Invoice #707 from A. Leonard to Finance Department | |
| 693. | Invoice #115590 from Photo Researchers, Inc | |
| 694. | Invoice #115723 from Photo Researchers, Inc | |
| 695. | Invoice #115767 from Photo Researchers, Inc | |
| 696. | Invoice #115885 from Photo Researchers, Inc | |
| 697. | Invoice #115923 from Photo Researchers, Inc | |
| 698. | Invoice #116043 from Photo Researchers, Inc | |
| 699. | Invoice #116044 from Photo Researchers, Inc | |
| 700. | Payments to independent distributors from 11/2005-05/2010 | |
| 701. | Invoice #116448 from Photo Researchers, Inc | |
| 702. | Invoice #116535 from Photo Researchers, Inc | |
| 703. | Invoice #116576 from Photo Researchers, Inc | |
| 704. | Invoice #116590 from Photo Researchers, Inc | |
| 705. | Photographer Statement #57490 from Photo Researchers, Inc. | |
| 706. | Invoice #116790 from Photo Researchers, Inc | |
| 707. | Invoice #116802 from Photo Researchers, Inc | |
| 708. | Time – Best Photos of 2006 – Human Embryonic Stem Cells from A. Leonard | |

**EXHIBIT "B"**
**DEFENDANT'S EXHIBIT LIST**

| EX NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 709. | Article "Cell Decisions" from the Fall 2006 Rochester Review Featuring Leonard's Photo of a stem cell | |
| 710. | Invoice #116851 from Photo Researchers, Inc | |
| 711. | Invoice #116910 from Photo Researchers, Inc | |
| 712. | Document Properties for the Story of StemTech | |
| 713. | Invoice #117094 from Photo Researchers, Inc | |
| 714. | Invoice #117197 from Photo Researchers, Inc | |
| 715. | Invoice #117345 from Photo Researchers, Inc | |
| 716. | Invoice #117367 from Photo Researchers, Inc | |
| 717. | Invoice #117424 from Photo Researchers, Inc t) | |
| 718. | Invoice #117516 from Photo Researchers, Inc | |
| 719. | Invoice #117718 from Photo Researchers, Inc | |
| 720. | Invoice #117730 from Photo Researchers, Inc | |
| 721. | Photographer Statement #58056 from Photo Researchers, Inc | |
| 722. | Invoice #117972 from Photo Researchers, Inc | |
| 723. | Invoice #118135 from Photo Researchers, Inc | |
| 724. | Invoice #118188 from Photo Researchers, Inc | |
| 725. | Invoice #118317 from Photo Researchers, Inc | |
| 726. | "Stem Cell Science and Your Health" Article from The Power Line | |
| 727. | Document Properties for "What is A Stem Cell" Document from The Power Line | |
| 728. | Invoice #118366 from Photo Researchers, Inc | |
| 729. | Invoice #118439 from Photo Researchers, Inc | |
| 730. | Invoice #118441 from Photo Researchers, Inc | |
| 731. | Invoice #118515 from Photo Researchers, Inc | |
| 732. | Invoice #118601 from Photo Researchers, Inc | |
| 733. | Invoice #1283 from Terborg Media Group for DVD replication and creation  Total - $8,343.02 | |
| 734. | Email from R. Carter to B. Goldfein re would be willing to purchase the image from the source if the cost is reasonable | |
| 735. | Email from K. Burnett to B. Goldfein re talked to A. Leonard, would let us use image, but requested specifications on usage | |
| 736. | Email from K. Burnett to A. Leonard re terms of usage for his photo | |
| 737. | Email from A. Leonard to K. Burnett re will send image, will provide specific cost information for web usage, and requesting phone number | |
| 738. | Email from K. Burnett to A. Leonard re forwarding final sizes and usage and discussing coloring | |
| 739. | Email from B. Goldfein to K. Burnett requesting that invoice of stem cell be sent to the attention of R. Carter | |
| 740. | "The Story of Adult Stem Cells" by C. Drapeau from HealthSpan magazine | |

**EXHIBIT "B"**
**DEFENDANT'S EXHIBIT LIST**

| EX NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 741. | Email from K. Burnett to A. Leonard requesting for bill for use of Leonard's image to be sent to R. Carter | |
| 742. | Email from K. Burnett to A. Leonard requesting for bill to be itemized as shown and confirming the usage billed | |
| 743. | Health Span Magazine Launch Celebration Issue | |
| 744. | Photographer Statement #58551 from Photo Researchers, Inc. | |
| 745. | Invoice #711 from Andrew Paul Leonard Microscopic with notes | |
| 746. | Invoice #711 from APL Microscopic to StemTech (Revised) | |
| 747. | Invoice #711 from A. Leonard Microscopic | |
| 748. | Invoice #119043 from Photo Researchers, Inc | |
| 749. | Invoice #119110 from Photo Researchers, Inc | |
| 750. | Invoice #1300 from Terborg Media Group | |
| 751. | Invoice 119137 from Photo Researchers, Inc | |
| 752. | Invoice #119293 from Photo Researchers, Inc | |
| 753. | Invoice #119409 from Photo Researchers, Inc | |
| 754. | Invoice #119442 from Photo Researchers, Inc | |
| 755. | Email from A. Leonard to B. Goldfein forwarding invoice for use of the image | |
| 756. | Invoice #1325 from Terborg Media Group | |
| 757. | Invoice #119683 from Photo Researchers, Inc | |
| 758. | Email from A. Leonard to B. Goldfein asking if invoice has been received | |
| 759. | Invoice #119727 from Photo Researchers, Inc | |
| 760. | Email from B. Goldfein to A. Leonard re J. Meyer says he never received an invoice from you | |
| 761. | Email from A. Leonard to B. Goldfein forwarding PDF Version of Invoice | |
| 762. | Invoice #119733 from Photo Researchers, Inc | |
| 763. | Front Page of Time Magazine With Photo of Stem Cells | |
| 764. | Invoice #119744 from Photo Researchers, Inc | |
| 765. | Invoice #119832 from Photo Researchers, Inc | |
| 766. | Invoice #119888 from Photo Researchers, Inc | |
| 767. | Check Information for Payment to Leonard from StemTech for Invoice 711 | |
| 768. | Email from A. Leonard to B. Goldfien and J. Meyer re outstanding balance for use of images. | |
| 769. | Invoice #120174 from Photo Researchers, Inc | |
| 770. | Invoice #120235 from Photo Researchers, Inc | |
| 771. | Invoice #120231 from Photo Researchers, Inc | |
| 772. | Photographer Statement #59068 from Photo Researchers, Inc. | |
| 773. | Invoice #120276 from Photo Researchers, Inc | |
| 774. | Invoice #120295 from Photo Researchers, Inc | |

**EXHIBIT "B"**
**DEFENDANT'S EXHIBIT LIST**

| EX NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 775. | Invoice #120552 from Photo Researchers, Inc | |
| 776. | Invoice #120814 from Photo Researchers, Inc | |
| 777. | Invoice #121278 from Photo Researchers, Inc | |
| 778. | Photographer Statement #59795 from Photo Researchers, Inc | |
| 779. | Invoice #121383 from Photo Researchers, Inc | |
| 780. | Invoice #716 from APL Microscopic to Time Magazine | |
| 781. | Invoice #121564 from Photo Researchers, Inc | |
| 782. | Information and Instructions for STEMTech Global Virtual Signup | |
| 783. | Winter 2006/2007 Copy of HealthSpan Magazine with Information about its First Annual Convention | |
| 784. | Invoice #121656 from Photo Researchers, Inc | |
| 785. | Invoice #121692 from Photo Researchers, Inc | |
| 786. | Invoice #121730 from Photo Researchers, Inc | |
| 787. | Invoice #1427 from Terborg Media Group | |
| 788. | Letter from A. Leonard to R. Carter forwarding invoice with outstanding balance for image use for publication in HealthSpan | |
| 789. | Invoice #718 from APL Microscopic to CBS Evening News | |
| 790. | Letter from A. Leonard to R. Carter forwarding invoice for outstanding balance and copy of W-9 form | |
| 791. | Invoice #121842 from Photo Researchers, Inc | |
| 792. | Invoice #122103 from Photo Researchers, Inc | |
| 793. | Invoice #719 from APL Microscopic to Albert Einstein College of Medicine for Image use and Digital Processing | |
| 794. | Invoice #122152 from Photo Researchers, Inc | |
| 795. | Invoice #122162 from Photo Researchers, Inc | |
| 796. | Invoice #122197 from Photo Researchers, Inc | |
| 797. | Invoice #1461 from Terborg Media Group | |
| 798. | STEMTech Health Sciences Policies and Procedures | |
| 799. | Document Properties for Stem Cell Science and Your Health | |
| 800. | Photographer Statement #60377 from Photo Researchers, Inc | |
| 801. | Invoice #122421 from Photo Researchers, Inc | |
| 802. | Document Properties for StemEnhance Free Report | |
| 803. | Invoice #720 from APL Microscopic to Scientific American | |
| 804. | Invoice #122583 from Photo Researchers Inc. | |
| 805. | Invoice #122760 from Photo Researchers, Inc | |
| 806. | Invoice from Serbin Communications to T. Weber for Medical Illustration Source Book 20 | |
| 807. | Email from A. Leonard to T. Weber re will let M. Day use images if they can get $500 | |
| 808. | Invoice #122805 from Photo Researchers, Inc | |
| 809. | Invoice #122826 from Photo Researchers Inc. | |
| 810. | Invoice #122822 from Photo Researchers, Inc | |
| 811. | Invoice #122856 from Photo Researchers, Inc | |

**EXHIBIT "B"**
**DEFENDANT'S EXHIBIT LIST**

| EX NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 812. | Invoice #122915 from Photo Researchers, Inc | |
| 813. | Invoice #122931 from Photo Researchers, Inc | |
| 814. | Invoice #721 from APL Microscopic to Albert Einstein College of Medicine | |
| 815. | Invoice #123058 from Photo Researchers, Inc | |
| 816. | Letter from C. Drapeau to Foundation for Health re distribution of a publication that indirectly makes a health care claim | |
| 817. | StemTech Profit and Loss for Year Ending 12/31/06 | |
| 818. | StemTech Balance Sheet as of 12/31/05 | |
| 819. | Invoice #123229 from Photo Researchers, Inc | |
| 820. | Invoice #1524 from Terborg Media Group | |
| 821. | Invoice #123351 from Photo Researchers, Inc | |
| 822. | Invoice #1530 from Terborg Media Group | |
| 823. | Invoice #724 from APL Microscopic to CBS Evening News | |
| 824. | Invoice #123915 from Photo Researchers, Inc | |
| 825. | Photographer Statement #60863 from Photo Researchers Inc. | |
| 826. | Photographer Statement #60862 from Photo Researchers, Inc. | |
| 827. | Invoice #124161 from Photo Researchers, Inc to BSIP | |
| 828. | Invoice #124267 from Photo Researchers, Inc | |
| 829. | Invoice #124381 from Photo Researchers, Inc | |
| 830. | Invoice #1570 from Terborg Media Group | |
| 831. | Invoice #726 from APL Microscopic to A Christian Home .org | |
| 832. | Article from Inplainsite.org discussing embryonic stem cell research with picture of stem cell on left | |
| 833. | Email from C. Brooks to A. Leonard re picture were not stolen from you, but from another source, there is no organization to get money from | |
| 834. | Screenshots from inplainsite.org with Leonard's Image of a stem cell | |
| 835. | Invoice #124642 from Photo Researchers, Inc | |
| 836. | Invoice #124917 from Photo Researchers, Inc | |
| 837. | Invoice #124933 from Photo Researchers, Inc | |
| 838. | Invoice #124995 from Photo Researchers, Inc to Science Photo Library | |
| 839. | Photographer Statement #61389 from Photo Researchers, Inc. | |
| 840. | Invoice #1613 from Terborg Media Group | |
| 841. | Email chain between T. Davis and T. Weber | |
| 842. | StemTech Policies and Procedures | |
| 843. | Invoice #125370 from Photo Researchers, Inc | |
| 844. | Invoice #125415 from Photo Researchers, Inc | |
| 845. | Invoice #125557 from Photo Researchers, Inc to Mauritius Images | |
| 846. | Invoice #1646 from Terborg Media group for "StemEnhance" DVD with Sleeve Assembly<br><br>Total - $15,288.00 | |
| 847. | Invoice #733 from APL Microscopic to Harvest Technologies | |

**EXHIBIT "B"**
**DEFENDANT'S EXHIBIT LIST**

| EX NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| | Corporation | |
| 848. | Invoice #125650 from Photo Researchers, Inc to Leslie Blizard | |
| 849. | Invoice #125651 from Photo Researchers, Inc to Beth Mostello | |
| 850. | Invoice #125664 from Photo Researchers, Inc to Jeff Gherman | |
| 851. | Email from A. Leonard to D. Marie forwarding PDF Warning Letter to F. Serrano | |
| 852. | Invoice #125702 from Photo Researchers, Inc to Laura Shapiro | |
| 853. | Emails from Yourstems.com to A. Leonard re images have been removed and refusal to provide information requested | |
| 854. | Invoice #125750 from Photo Researchers, Inc to Stock Photos | |
| 855. | StemTech healthsciences, inc. Compensation plan. | |
| 856. | Invoice #125761 from Photo Researchers, Inc to A.G.E. Fotostock | |
| 857. | Email from D. Marie to A. Leonard re would like to see copyrighted image on M. Star's website before contacting him | |
| 858. | Email from A. Leonard forwarding conversation with yourstems.com in which information to generate an invoice for copyrighted images was requested with highlighted sections | |
| 859. | Invoice #125806 from Photo Researchers, Inc to Matthew J. Dudley | |
| 860. | Invoice #125853 from Photo Researchers, Inc to Scott Hauser with University of Rochester for Stem Cell – Web Archive (Reuse) totaling $125.00 (Photographer Andrew Leonard) | |
| 861. | Invoice #743 from APL Microscopic to CBS Evening News | |
| 862. | Invoice #125902 from Photo Researchers, Inc to Caren Maben | |
| 863. | Invoice #125947 from Photo Researchers, Inc to Mary O' Connor | |
| 864. | Invoice #126149 from Photo Researchers, Inc to Latin Stock De Mexico | |
| 865. | Invoice #1679 from Terborg Media Group | |
| 866. | Invoice #738 from APL Microscopic to Albert Einstein College of Medicine for use of two images<br><br>Total - $510.00 | |
| 867. | Email from D. Serritella to A. Leonard stating Dr. Antarr is interested in discussing some of his pictures and the potential use by StemTech Health Sciences (From deposition of G. Antarr) | |
| 868. | Photographer Statement #62086 from Photo Researchers, Inc. | |
| 869. | Invoice #126332 from Photo Researchers, Inc. | |
| 870. | Email from D. Marie to A. Leonard asking if two photos belong to him | |
| 871. | Copyright Certificate of Registration for Images 4 & 5 of Scanning Electron Microscopy of Human Bone Marrow Stem Cells | |
| 872. | Copyright Certificate of Registration for Images 2 & 3 of Scanning Electron Microscopy of Human Bone Marrow Stem Cells | |
| 873. | Invoice #126531 from Photo Researchers, Inc to Peter Seltzer | |
| 874. | Invoice #126613 from Photo Researchers, Inc to Jeff Gherman | |
| 875. | Invoice #126580 from Photo Researchers, Inc to Frank Darmstadt | |

**EXHIBIT "B"**
**DEFENDANT'S EXHIBIT LIST**

| EX NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 876. | Volume 3, Number 3 of HealthSpan Magazine for Winter 2007-2008 | |
| 877. | Invoice #126796 from Photo Researchers, Inc to Karen Ang | |
| 878. | Letter from S. Flax to F. Serrano re violation of copyright on stem cell images | |
| 879. | Letter from S. Flax to R. Carter re copyright infringement on several websites | |
| 880. | Email from S. Flax to R. Carter re paid for one time use in magazine, infringed on two images by distributing for third party use | |
| 881. | Email to D. & G. Antarr requesting verification of Serrano's website for possible violations | |
| 882. | Invoice #126847 from Photo Researchers, Inc to Mauritius Images | |
| 883. | Email to M. Camham re take down 45 minute video from website and all smaller clips with redacted email addresses | |
| 884. | Letter from D. Serritella to F. Serrano re Warning Letter for STEMTech Policy Infraction and demanding removal of STEMTech Video from website | |
| 885. | Invoice #126938 from Photo Researchers, Inc to Dana Giles | |
| 886. | Email from D. Marie forwarded re distributors unable to market their name on search engines | |
| 887. | Handwritten Notes re picture removal by R. Cranstan with redacted phone numbers | |
| 888. | Handwritten Notes re picture removal by R. Cranstan | |
| 889. | Check from StemTech to A. Leonard | |
| 890. | Invoice #1724 from Terborg Media Group | |
| 891. | STEMTech Health Sciences Compliance Update from D. Serritella | |
| 892. | Handwritten Notes about enchancestemcellsnatrually.com | |
| 893. | Email from D. Serritella to Lotus Pond Press re removal of "Stemtech" name from URL's of websites and removal of copyrighted images | |
| 894. | Invoice #127176 from Photo Researchers, Inc to Science Photo Library | |
| 895. | Invoice #1728 from Terborg Media Group | |
| 896. | Email from A. Leonard to D. Meldung thanking him and informing he will get back to him tomorrow regarding usage rights | |
| 897. | Invoice #127269 from Photo Researchers, Inc to Brianne Hurley | |
| 898. | Email chain between A. Leonard and D. Meldung regarding a price quote | |
| 899. | Email from M. Fields to D. Serritella asking if a video is approved by the company with handwritten notes about actions taken and redacted contact information | |
| 900. | Letter from S. Flax to R. Carter returning 2/5/08 check because it does not satisfy damages | |
| 901. | Invoice #127314 from Photo Researchers, Inc to Brianne Hurley | |
| 902. | Invoice #127367 from Photo Researchers, Inc | |
| 903. | Invoice #127428 from Photo Researchers, Inc to Jackie Jones | |

**EXHIBIT "B"**
**DEFENDANT'S EXHIBIT LIST**

| EX NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 904. | Invoice #744 from APL Microscopic to A. Monte | |
| 905. | STEMTech Health Sciences Compliance Update from D. Serritella | |
| 906. | Invoice #127554 from Photo Researchers, Inc to Science Photo Library | |
| 907. | Photographer Statement #62677 from Photo Researchers, Inc. | |
| 908. | Invoice #1757 from Terborg Media Group | |
| 909. | Invoice from T. Weber to A. Leonard | |
| 910. | Handwritten notes from Discussion with S. Oravsky re removal of pictures | |
| 911. | Handwritten Notes from Discussion with J. Yanuck re removal of pictures with redacted contact information | |
| 912. | Handwritten notes from Discussion with C. McKernan and S. Hyman with redacted contact information | |
| 913. | Handwritten Notes from Discussion with J. Yanuck re removal of pictures | |
| 914. | Handwritten notes from Discussion with C. McKernan and S. Hyman | |
| 915. | Invoice from Serbin Communications to T. Weber | |
| 916. | Email from D. Serritella to G. Antarr re websites that still have not removed the pictures | |
| 917. | Handwritten progress notes re discussions with S. Oravsky with redacted phone number | |
| 918. | Handwritten progress notes re discussions with S. Oravsky | |
| 919. | Email from D. Serritella to G. Antarr and R. Carter re All four issues of remaining pictures have been removed | |
| 920. | Handwritten notes re removal of pictures from website with redacted phone number | |
| 921. | Invoice from T. Weber to A. Leonard | |
| 922. | Compliance Update StemTech Health Sciences letter from D. Serritella regarding an unauthorized picture appearing on multiple websites and the websites removing them. | |
| 923. | Handwritten Notes re yourstemcelladvantage.com and ezleadiapture.com picture removal with redacted contact information | |
| 924. | Handwritten Notes re yourstemcelladvantage.com and ezleadiapture.com picture removal | |
| 925. | Invoice #128056 from Photo Researchers, Inc | |
| 926. | StemTech web page displaying blue background with a blue photo of bacteria in the center (From deposition of A. Leonard) | |
| 927. | Invoice #128249 from Photo Researchers, Inc to Visual Hellas S. A. | |
| 928. | STEMTech Health Sciences Compliance Update from D. Serritella | |
| 929. | Invoice #128380 from Photo Researchers, Inc to Dan Woychick | |
| 930. | Invoice #1824 from Terborg Media Group | |
| 931. | Invoice #128409 from Photo Researchers, inc to Joanna Grimes | |
| 932. | Invoice #128426 from Photo Researchers, Inc to Science Photo Library | |
| 933. | Invoice #128507 from Photo Researchers, Inc to Publiphoto | |

**EXHIBIT "B"**
**DEFENDANT'S EXHIBIT LIST**

| EX NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 934. | Handwritten notes re removal of pictures from website | |
| 935. | Invoice #1837 from Terborg Media Group | |
| 936. | Invoice #128780 from Photo Researchers, Inc to Stock Photos | |
| 937. | Invoice #128792 from Photo Researchers, Inc to Science Photo Library | |
| 938. | Photographer Statement #63186 from Photo Researchers, Inc. | |
| 939. | Invoice #1002 from InnerVision Design Group | |
| 940. | Progress Notes on Leonard v. J. Krassett | |
| 941. | Email from D. Serritella to G. Antarr and R. Carter re individuals who removed the pictures from their websites | |
| 942. | Invoice #128898 from Photo Researchers, Inc to Kari Young | |
| 943. | STEMTech Health Sciences Compliance Update from D. Serritella | |
| 944. | Invoice #129174 from Photo Researchers, Inc to Darcy Feralio | |
| 945. | Invoice #1319 from Terborg Media Group | |
| 946. | Invoice #129363 from Photo Researchers, Inc to Mauritius Images | |
| 947. | Invoice #1026 from Inner Vision Design Group | |
| 948. | 2007 Consolidated Financial Statements for StemTech | |
| 949. | Handwritten Notes re removal of photos and videos from adultstemcellbiz.biz with redacted phone number | |
| 950. | Handwritten Notes re removal of photos and videos from adultstemcellbiz.biz | |
| 951. | Invoice #129460 from Photo Researchers, Inc to Stock Photos Arquivo Fotograf | |
| 952. | Invoice #129479 from Photo Researchers, Inc to First Light | |
| 953. | Invoice #129530 from Photo Researchers, Inc to Darrell Perry | |
| 954. | Invoice #129578 from Photo Researchers, Inc to Kristine Lamanna | |
| 955. | Invoice #129615 from Photo Researchers, Inc to Science Photo Library | |
| 956. | Invoice #745 from APL Microscopic to VSA Partners for 2 year use of images<br><br>Total - $2,050.00 | |
| 957. | Invoice #129888 from Photo Researchers, Inc to Trish Marx/ K. Mitchell | |
| 958. | Photographer Statement #63700 from Photo Researchers, Inc | |
| 959. | Invoice #130185 from Photo Researchers, Inc to Science Photo Library | |
| 960. | Invoice #130192 from Photo Researchers, Inc to Karen Maze | |
| 961. | Invoice #130194 from Photo Researchers, Inc | |
| 962. | Invoice #130372 from Photo Researchers, Inc to Debbie Latronica | |
| 963. | Invoice #130373 from Photo Researchers, Inc to Debbie Latronica | |
| 964. | Invoice #1082 from InnerVision Design Group | |
| 965. | Invoice #130459 from Photo Researchers, Inc to Sarah Williams | |
| 966. | Invoice #130534 from Photo Researchers, Inc to Tierbilder Okapia KG | |
| 967. | Invoice #130600 from Photo Researchers, Inc to Mauritius Images | |
| 968. | Invoice #747 from APL Microscopic to Matrix | |
| 969. | Invoice #130889 from Photo Researchers, Inc to Greg Parsons | |

**EXHIBIT "B"**
**DEFENDANT'S EXHIBIT LIST**

| EX NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 970. | Invoice #131115 from Photo Researchers, Inc to Van Parys Media | |
| 971. | Invoice #131198 from Photo Researchers, Inc to Manjit Goldberg | |
| 972. | Photographer Statement #64488 from Photo Researchers, Inc. | |
| 973. | Letter from A. Leonard to M. Canham re unauthorized image use and demanding $150,000 payment for infringing uses | |
| 974. | Domain Information on Adult-Stem-Cells.Info from whois  IP Address / Domain Name Lookup | |
| 975. | StemTech Health Sciences and Subsidiaries Consolidated Balance Sheet | |
| 976. | Notice of Accountants' Review Report for StemTech Consolidated Balance Sheet | |
| 977. | StemTech Health Sciences and Subsidiaries Consolidated Balance Sheet – Assets and Liabilities | |
| 978. | StemTech Health Sciences and Subsidiaries notes to Consolidated Balance Sheet | |
| 979. | StemTech Health Sciences and Subsidiaries Consolidated Balance Sheet for January through December | |
| 980. | Invoice #131610 from Photo Researchers, Inc to Manjit Goldberg | |
| 981. | Invoice #131618 from Photo Researchers, Inc to BSIP | |
| 982. | Invoice #131712 from Photo Researchers, Inc to Mauritius Images | |
| 983. | Invoice #131781 from Photo Researchers, Inc to Michele Riley | |
| 984. | Invoice #131878 from Photo Researchers, Inc to Allen Levinson | |
| 985. | Invoice #132065 from Photo Researchers, Inc to IBL Bildbyra | |
| 986. | Invoice #132204 from Photo Researchers, Inc to Emily Stetser | |
| 987. | Invoice #132234 from Photo Researchers, Inc to Harper Collins | |
| 988. | Invoice #132281 from Photo Researchers, Inc to Science Photo Library | |
| 989. | Photographer Statement #65088 from Photo Researchers, Inc. | |
| 990. | Invoice #132494 from Photo Researchers, Inc to Ellen Scordato | |
| 991. | Invoice #132607 from Photo Researchers, Inc to Oculogic PTY LTD | |
| 992. | Page Cannot be Found Notice from lcrstemcells.com | |
| 993. | Invoice #132715 from Photo Researchers, Inc to Science Photo Library | |
| 994. | Invoice #132762 from Photo Researchers, Inc to BSIP | |
| 995. | Invoice #132919 from Photo Researchers, Inc to Stock Photos | |
| 996. | Invoice #132937 from Photo Researchers, Inc to Heather Cooper | |
| 997. | Invoice #132991 from Photo Researchers, Inc to Rick Raber | |
| 998. | Invoice #133000 from Photo Researchers, Inc to Kathleen Samiy | |
| 999. | Invoice #133008 from Photo Researchers Inc. | |
| 1000. | Invoice #133073 from Photo Researchers, Inc to Science Photo Library | |
| 1001. | Domain purchase information for stemcellfacts.net | |
| 1002. | Email from L. Berklavs to M. Johnson re it is urgent that a graphic in blog is replaced with attached image | |
| 1003. | Email from B. Noar to D. Voss re pink and green image on stemcellmobilizer.com website is a derivative of a copyrighted image | |

**EXHIBIT "B"**
**DEFENDANT'S EXHIBIT LIST**

| EX NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| | and have received a legal complaint | |
| 1004. | Email from B. Noar to L. Berklavs thanking for changed graphics | |
| 1005. | Email from B. Noar to T. Curtis re cease and desist from using copyrighted image in ebook | |
| 1006. | "Page Not Found" Warning from trying to access bac2health.com/stem_media.htm | |
| 1007. | Links to Information about StemEnhance from stemcellnaturally.com | |
| 1008. | Search Portal Information for Stemtechalliance.com | |
| 1009. | Webpage directed to when adultstemcellnews.com is searched | |
| 1010. | Invoice #133382 from Photo Researchers, Inc to Walter Mladina | |
| 1011. | Email from B. Noar to M. Gaines re let me know when image change to ebook has been made | |
| 1012. | Invoice #133420 from Photo Researchers, Inc to Science Photo Library | |
| 1013. | Photographer Statement #65607 from Photo Researchers, Inc. | |
| 1014. | Invoice #133472 from Photo Researchers, Inc to Van Parys Media | |
| 1015. | "Page Could Not be Found" Notice from the University of Rochester | |
| 1016. | Screenshot of a video that no longer has content | |
| 1017. | "Page Not Found" Warning from trying to access bac2health.com/stem_media.htm | |
| 1018. | Photographer Statement #65689 from Photo Researchers Inc | |
| 1019. | Invoice #133585 from Photo Researchers, Inc to Jeff Ecks | |
| 1020. | Letter from S. Flax to F. & S. Serrano re demand for image removal and payment of $100,000.00 for infringing activity | |
| 1021. | Invoice #133801 from Photo Researchers, Inc to Science Photo Library | |
| 1022. | Invoice #133851 from Photo Researchers, Inc to Gerald Saavedra | |
| 1023. | Invoice #133857 from Photo Researchers, Inc for BSIP | |
| 1024. | Letter from S. Flax to R. Rivka re unlawful display of images in brochure | |
| 1025. | Invoice #133861 from Photo Researchers, Inc to Mauritius Images | |
| 1026. | Email chain between R. Rivka and C. Drapeau regarding a hard copy in the mail she received suing her for copyright infringement related to use of a stem cell image (From deposition of R. Carter) | |
| 1027. | Email from B. Noar to Francis re no record of conversation where Seritella indicated it would be okay to continue using image | |
| 1028. | Notice of Blocked Access to stemcellfacts.net | |
| 1029. | Email from A. Leonard to C. Wilson re will negotiate a fee for past usage of unlicensed image | |
| 1030. | Notice of Domain No Longer Live from stemcellfacts.net | |
| 1031. | Email from E. Morris to A. Leonard forwarding free report about stem cells containing image infringements | |
| 1032. | Invoice #133952 from Photo Researchers, Inc to Foci Image Library | |
| 1033. | Invoice #751 from APL Microscopic to Mount Sinai School of Medicine | |
| 1034. | Email from B. Noar to R. Rivka re thank you for removing links and attached statement looks fine | |

**EXHIBIT "B"**
**DEFENDANT'S EXHIBIT LIST**

| EX NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 1035. | Invoice #134118 from Photo Researchers, Inc to Jeff Tully | |
| 1036. | Invoice #134126 from Photo Researchers, Inc to Debbie Latronica | |
| 1037. | Notice of Suspended Account from Morris.ktostemtech.com | |
| 1038. | Invoice #134250 from Photo Researchers, Inc to Visual Israel | |
| 1039. | Invoice #134252 from Photo Researchers, Inc to Dinodia Photo Library | |
| 1040. | Email from A. Leonard to Rose forwarding a list of URLs infringing on George's stem cell image | |
| 1041. | Science photo library photos. Photo 1- stem cells from juergen berger photo 2-coloured sem of human embryo at 8-cell stage | |
| 1042. | Email from R. Carter to A. Goodwin re check inventory for old DVD's with copyrighted image on sleeve | |
| 1043. | Email from R. Carter to G. Evans re DVD and sleeve with Leonard's image has been discontinued | |
| 1044. | Photographer Statement #66114 from Photo Researchers, Inc | |
| 1045. | Invoice #134579 from Photo Researchers, Inc to Lori Hancock | |
| 1046. | Email from G. Evans to A. Leonard re unwise to litigate directly in the USA | |
| 1047. | Invoice #134954 from Photo Researchers, Inc to Stock Photos | |
| 1048. | Invoice #135032 from Photo Researchers, Inc to BSIP | |
| 1049. | Invoice #135037 from Photo Researchers, Inc to Tierbilder Okapia KG | |
| 1050. | Invoice #135039 from Photo Researchers, Inc to Foci Image Library | |
| 1051. | Invoice #135180 from Photo Researchers, Inc to  AGE Fotostock Spain S.L. | |
| 1052. | Notice to Stemtech Distributors re removal of unapproved websites that promote Stemtech Products or Opportunity | |
| 1053. | Photographer Statement #66786 from Photo Researchers Inc. | |
| 1054. | 2005 through 2009 Income Statement for STEMTech Health Sciences and Subsidiaries | |
| 1055. | StemTech Consolidated Financial Statements | |
| 1056. | StemTech Consolidated Balance Sheet – Assets and Liabilities | |
| 1057. | StemTech Consolidated Statement of Operations | |
| 1058. | StemTech Consolidated Statement of Stockholder's Equity | |
| 1059. | StemTech Consolidated Statement of Cash Flows | |
| 1060. | StemTech notes to Consolidated Financial Statements | |
| 1061. | StemTech HealthSciences Inc Income Statement for 01/01-12/31 for 2009, 2008, 2007, 2006, and 2005 | |
| 1062. | 2010 Financial Information from StemTech Health Sciences | |
| 1063. | Invoice #136429 to Science Photo Library | |
| 1064. | Invoice #136670 from Photo Researchers, Inc to Roberta Smith | |
| 1065. | Invoice #136823 to Science Photo Library | |
| 1066. | Information about Photo Researchers, Inc | |
| 1067. | Invoice #137278 to BSIP | |
| 1068. | Invoice #137640 to Facts on File/Chelsea | |

**EXHIBIT "B"**
**DEFENDANT'S EXHIBIT LIST**

| EX NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 1069. | Invoice #137748 to Nemours Center for Children's Health Media | |
| 1070. | Invoice #137991 to Tierbilder Okapia KG | |
| 1071. | Invoice #138251 to Houghton Mifflin Harcourt | |
| 1072. | Invoice #138426 to BSIP | |
| 1073. | Invoice #754 from APL Microscopic to S. Long | |
| 1074. | Invoice #139291 to Oculogic PTY LTD | |
| 1075. | Invoice #139374 to BSIP | |
| 1076. | Terms and Conditions Document Properties | |
| 1077. | Pages from the Los Angeles Times Health and Wellness Section with Pictures of Cells | |
| 1078. | Invoice #141160 to Pearson ED. College Div. Image Resource Center | |
| 1079. | 2010 STEMTech Balance Sheet – Assets | |
| 1080. | 2010 STEMTech Balance Sheet – Liabilities and Equity | |
| 1081. | 2009 Income Statement for STEMTech | |
| 1082. | 2009 STEMTech Balance Sheet – Assets | |
| 1083. | 2009 STEMTech Balance Sheet – Liabilities and Equity | |
| 1084. | 2010 Income Statement for STEMTech | |
| 1085. | Invoice #141666 to BSIP | |
| 1086. | Letter from T. Terborg to J. Berlage re Order History for "StemTech Story" | |
| 1087. | Invoice #142285 to East News Poland | |
| 1088. | Invoice #144119 to Imageclick | |
| 1089. | Invoice #144131 to Tierbilder Okapia KG | |
| 1090. | Invoice #144220 to BSIP for a photograph taken by A. Leonard totaling $15.27 | |
| 1091. | Invoice #144904 to Pearson | |
| 1092. | Invoice #145119 to John Wiley & Sons Inc | |
| 1093. | Invoice #145395 to Pearson Education Canada | |
| 1094. | Invoice #145508 to BSIP | |
| 1095. | Invoice #145719 to The Teaching Company | |
| 1096. | Invoice #147311 to McGraw Hill Higher Education | |
| 1097. | Invoice #149827 to WGBH Educational Foundation | |
| 1098. | Invoice #150172 to Kids Discover Magazine | |
| 1099. | List of StemTech's Domain names | |
| 1100. | StemTech Gross Revenue from 10/2005 through 05/2010 | |
| 1101. | StemTech Amount Paid from 11/2005 through 05/2010 | |
| 1102. | Article "Stem Cell Science and Your Health" from Yourstems.com | |
| 1103. | STEMTech Surplus Property Request to Scrap 1,000 copies of Stem cell and Stem Enhance DVD | |
| 1104. | STEMTech Surplus Property Request to Scrap two old S.E. DVD's due to damage | |
| 1105. | STEMTech Surplus Property Request to Scrap 25 Copies of Stem Enhance DVD 4-Pack due to damage | |

**EXHIBIT "B"**
**DEFENDANT'S EXHIBIT LIST**

| EX NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 1106. | STEMTech Surplus Property Request to Scrap 568 Old S.E. DVD's due to damage | |
| 1107. | Independent Distributor Application and Agreement from STEMTech | |
| 1108. | Expert File of Jeff Sedlik | |
| 1109. | Independent Distributor Application and Agreement from STEMTech | |
| 1110. | Independent Distributor Terms and Conditions | |
| 1111. | List of StemTech Domain Names | |
| 1112. | StemTech Independent Distributor Application and Agreement; All pages included | |
| 1113. | StemTech Global Virtual Signup – retail direct purchasing | |
| 1114. | StemTech Virtual Signup with instructions on how to signup. | |
| 1115. | Exhibit 1 of R. Rachel's deposition | |
| 1116. | Exhibit 2 of R. Rachel's deposition | |
| 1117. | Exhibit 3 of R. Rachel's deposition | |
| 1118. | Exhibit 4 of R. Rachel's deposition | |
| 1119. | Exhibit 5 of R. Rachel's deposition | |
| 1120. | Exhibit 6 of R. Rachel's deposition | |
| 1121. | Exhibit 7 of R. Rachel's deposition | |
| 1122. | Exhibit 8 of R. Rachel's deposition | |
| 1123. | Exhibit 9 of R. Rachel's deposition | |
| 1124. | Exhibit 10 of R. Rachel's deposition | |
| 1125. | Exhibit 11 of R. Rachel's deposition | |
| 1126. | Exhibit 12 of R. Rachel's deposition | |
| 1127. | Exhibit 13 of R. Rachel's deposition | |
| 1128. | Exhibit 14 of R. Rachel's deposition | |
| 1129. | Exhibit 1 of R. Carter's deposition | |
| 1130. | Exhibit 2 of R. Carter's deposition | |
| 1131. | Exhibit 3 of R. Carter's deposition | |
| 1132. | Exhibit 4 of R. Carter's deposition | |
| 1133. | Exhibit 5 of R. Carter's deposition | |
| 1134. | Exhibit 6 of R. Carter's deposition | |
| 1135. | Exhibit 7 of R. Carter's deposition | |
| 1136. | Exhibit 8 of R. Carter's deposition | |
| 1137. | Exhibit 9 of R. Carter's deposition | |
| 1138. | Exhibit 10 of R. Carter's deposition | |
| 1139. | Exhibit 11 of R. Carter's deposition | |
| 1140. | Exhibit 12 of R. Carter's deposition | |
| 1141. | Exhibit 13 of R. Carter's deposition | |
| 1142. | Exhibit 14 of R. Carter's deposition | |
| 1143. | Exhibit 15 of R. Carter's deposition | |
| 1144. | Exhibit 16 of R. Carter's deposition | |
| 1145. | Exhibit 17 of R. Carter's deposition | |
| 1146. | Exhibit 18 of R. Carter's deposition | |

**EXHIBIT "B"**
**DEFENDANT'S EXHIBIT LIST**

| EX NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 1147. | Exhibit 19 of R. Carter's deposition | |
| 1148. | Exhibit 20 of R. Carter's deposition | |
| 1149. | Exhibit 21 of R. Carter's deposition | |
| 1150. | Exhibit 22 of R. Carter's deposition | |
| 1151. | Exhibit 23 of R. Carter's deposition | |
| 1152. | Exhibit 24 of R. Carter's deposition | |
| 1153. | Exhibit 25 of R. Carter's deposition | |
| 1154. | Exhibit 26 of R. Carter's deposition | |
| 1155. | Exhibit 27 of R. Carter's deposition | |
| 1156. | Exhibit 28 of R. Carter's deposition | |
| 1157. | Exhibit 29 of R. Carter's deposition | |
| 1158. | Exhibit 30 of R. Carter's deposition | |
| 1159. | Exhibit 31 of R. Carter's deposition | |
| 1160. | Exhibit 32 of R. Carter's deposition | |
| 1161. | Exhibit 33 of R. Carter's deposition | |
| 1162. | Exhibit 34 of R. Carter's deposition | |
| 1163. | Exhibit 35 of R. Carter's deposition | |
| 1164. | Exhibit 36 of R. Carter's deposition | |
| 1165. | Exhibit 37 of R. Carter's deposition | |
| 1166. | Exhibit 38 of R. Carter's deposition | |
| 1167. | Exhibit 39 of R. Carter's deposition | |
| 1168. | Exhibit 40 of R. Carter's deposition | |
| 1169. | Exhibit 41 of R. Carter's deposition | |
| 1170. | Exhibit 42 of R. Carter's deposition | |
| 1171. | Exhibit 43 of R. Carter's deposition | |
| 1172. | Exhibit 44 of R. Carter's deposition | |
| 1173. | Exhibit 1 of D. Anders' deposition | |
| 1174. | Exhibit 2 of D. Anders' deposition | |
| 1175. | Exhibit 3 of D. Anders' deposition | |
| 1176. | Exhibit 4 of D. Anders' deposition | |
| 1177. | Exhibit 1 of M. Serritella's deposition | |
| 1178. | Exhibit 2 of M. Serritella's deposition | |
| 1179. | Exhibit 3 of M. Serritella's deposition | |
| 1180. | Exhibit 4 of M. Serritella's deposition | |
| 1181. | Exhibit 5 of M. Serritella's deposition | |
| 1182. | Exhibit 6 of M. Serritella's deposition | |
| 1183. | Exhibit 7 of M. Serritella's deposition | |
| 1184. | Exhibit 8 of M. Serritella's deposition | |
| 1185. | Exhibit 9 of M. Serritella's deposition | |
| 1186. | Exhibit 10 of M. Seritella's deposition | |
| 1187. | Exhibit 11 of M. Seritella's deposition | |
| 1188. | Exhibit 12 of M. Seritella's deposition | |
| 1189. | Exhibit 13 of M. Seritella's deposition | |

**EXHIBIT "B"**
**DEFENDANT'S EXHIBIT LIST**

| EX NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 1190. | Exhibit 14 of M. Seritella's deposition | |
| 1191. | Exhibit 15 of M. Seritella's deposition | |
| 1192. | Exhibit 16 of M. Seritella's deposition | |
| 1193. | Exhibit 17 of M. Seritella's deposition | |
| 1194. | Exhibit 18 of M. Seritella's deposition | |
| 1195. | Exhibit 19 of M. Seritella's deposition | |
| 1196. | Exhibit 20 of M. Seritella's deposition | |
| 1197. | Exhibit 21 of M. Seritella's deposition | |
| 1198. | Exhibit 22 of M. Seritella's deposition | |
| 1199. | Exhibit 23 of M. Seritella's deposition | |
| 1200. | Exhibit 24 of M. Seritella's deposition | |
| 1201. | Exhibit 25 of M. Seritella's deposition | |
| 1202. | Exhibit 26 of M. Seritella's deposition | |
| 1203. | Exhibit 27 of M. Seritella's deposition | |
| 1204. | Exhibit 28 of M. Seritella's deposition | |
| 1205. | Exhibit 29 of M. Seritella's deposition | |
| 1206. | Exhibit 1 of J. Boyer's deposition | |
| 1207. | Exhibit 2 of J. Boyer's deposition | |
| 1208. | Exhibit 3 of J. Boyer's deposition | |
| 1209. | Exhibit 4 of J. Boyer's deposition | |
| 1210. | Exhibit 5 of J. Boyer's deposition | |
| 1211. | Exhibit 6 of J. Boyer's deposition | |
| 1212. | Exhibit 7 of J. Boyer's deposition | |
| 1213. | Exhibit 8 of J. Boyer's deposition | |
| 1214. | Exhibit 1 of A. Terborg's deposition | |
| 1215. | Exhibit 2 of A. Terborg's deposition | |
| 1216. | Exhibit 3 of A. Terborg's deposition | |
| 1217. | Exhibit 4 of A. Terborg's deposition | |
| 1218. | Exhibit 5 of A. Terborg's deposition | |
| 1219. | Exhibit 6 of A. Terborg's deposition | |
| 1220. | Exhibit 1 of G. Antarr's deposition | |
| 1221. | Exhibit 2 of G. Antarr's deposition | |
| 1222. | Exhibit 3 of G. Antarr's deposition | |
| 1223. | Exhibit 4 of G. Antarr's deposition | |
| 1224. | Exhibit 5 of G. Antarr's deposition | |
| 1225. | Exhibit 6 of G. Antarr's deposition | |
| 1226. | Exhibit 7 of G. Antarr's deposition | |
| 1227. | Exhibit 8 of G. Antarr's deposition | |
| 1228. | Exhibit 9 of G. Antarr's deposition | |
| 1229. | Exhibit 10 of G. Antarr's deposition | |
| 1230. | Exhibit 11 of G. Antarr's deposition | |
| 1231. | Exhibit 12 of G. Antarr's deposition | |
| 1232. | Exhibit 13 of G. Antarr's deposition | |

**EXHIBIT "B"**
**DEFENDANT'S EXHIBIT LIST**

| EX NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 1233. | Exhibit 14 of G. Antarr's deposition | |
| 1234. | Exhibit 15 of G. Antarr's deposition | |
| 1235. | Exhibit 16 of G. Antarr's deposition | |
| 1236. | Exhibit 17 of G. Antarr's deposition | |
| 1237. | Exhibit 1 of P. Stramer's deposition | |
| 1238. | Exhibit 2 of P. Stramer's deposition | |
| 1239. | Exhibit 3 of P. Stramer's deposition | |
| 1240. | Exhibit 4 of P. Stramer's deposition | |
| 1241. | Exhibit 5 of P. Stramer's deposition | |
| 1242. | Exhibit 6 of P. Stramer's deposition | |
| 1243. | Exhibit 7 of P. Stramer's deposition | |
| 1244. | Exhibit 8 of P. Stramer's deposition | |
| 1245. | Exhibit 9 of P. Stramer's deposition | |
| 1246. | Exhibit 10 of P. Stramer's deposition | |
| 1247. | Exhibit 11 of P. Stramer's deposition | |
| 1248. | Exhibit 12 of P. Stramer's deposition | |
| 1249. | Exhibit 13 of P. Stramer's deposition | |
| 1250. | Exhibit 14 of P. Stramer's deposition | |
| 1251. | Exhibit 15 of P. Stramer's deposition | |
| 1252. | Exhibit 16 of P. Stramer's deposition | |
| 1253. | Exhibit 17 of P. Stramer's deposition | |
| 1254. | Exhibit 18 of P. Stramer's deposition | |
| 1255. | Exhibit 19 of P. Stramer's deposition | |
| 1256. | Exhibit 20 of P. Stramer's deposition | |
| 1257. | Exhibit 21 of P. Stramer's deposition | |
| 1258. | Exhibit 22 of P. Stramer's  deposition | |
| 1259. | Exhibit 23 of P. Stramer's  deposition | |
| 1260. | Exhibit 24 of P. Stramer's deposition | |
| 1261. | Exhibit 25 of P. Stramer's deposition | |
| 1262. | Exhibit 26 of P. Stramer's deposition | |
| 1263. | Exhibit 27 of P. Stramer's deposition | |
| 1264. | Exhibit 28 of P. Stramer's deposition | |
| 1265. | Exhibit 29 of P. Stramer's deposition | |
| 1266. | Exhibit 30 of P. Stramer's deposition | |
| 1267. | Exhibit 31 of P. Stramer's deposition | |
| 1268. | Exhibit 32 of P. Stramer's deposition | |
| 1269. | Exhibit 1 of D. Serritella's deposition | |
| 1270. | Exhibit 2 of D. Serritella's deposition | |
| 1271. | Exhibit 3 of D. Serritella's deposition | |
| 1272. | Exhibit 4 of D. Serritella's deposition | |
| 1273. | Exhibit 5 of D. Serritella's deposition | |
| 1274. | Exhibit 6 of D. Serritella's deposition | |
| 1275. | Exhibit 7 of D. Serritella's deposition | |

**EXHIBIT "B"**
**DEFENDANT'S EXHIBIT LIST**

| EX NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| 1276. | Exhibit 8 of D. Serritella's deposition | |
| 1277. | Exhibit 9 of D. Serritella's deposition | |
| 1278. | Exhibit 10 of D. Serritella's deposition | |
| 1279. | Exhibit 11 of D. Serritella's deposition | |
| 1280. | Exhibit 12 of D. Serritella's deposition | |
| 1281. | Exhibit 13 of D. Serritella's deposition | |
| 1282. | Exhibit 14 of D. Serritella's deposition | |
| 1283. | Exhibit 15 of D. Serritella's deposition | |
| 1284. | Exhibit 16 of D. Serritella's deposition | |
| 1285. | Exhibit 17 of D. Serritella's deposition | |
| 1286. | Exhibit 18 of D. Serritella's deposition | |
| 1287. | Exhibit 20 of D. Serritella's deposition | |
| 1288. | Exhibit 21 of D. Serritella's deposition | |
| 1289. | Exhibit 22 of D. Serritella's deposition | |
| 1290. | Exhibit 23 of D. Serritella's deposition | |
| 1291. | Exhibit 24 of D. Serritella's deposition | |
| 1292. | Exhibit 25 of D. Serritella's deposition | |
| 1293. | Exhibit 26 of D. Serritella's deposition | |
| 1294. | Exhibit 27 of D. Serritella's deposition | |
| 1295. | Exhibit 28 of D. Serritella's deposition | |
| 1296. | Exhibit 29 of D. Serritella's deposition | |

**EXHIBIT "C"**

**DEFENDANT'S MOTION IN LIMINE NO. 1 TO EXCLUDE ALL EVIDENCE AND ARGUMENT OF ITS FINANCIAL CONDITION, PROFITS AND OWNERSHIP**

**1.    STATEMENT OF FACTS**

This matter encompasses Leonard's two lawsuits against Stemtech, both of which involve Stemtech's alleged infringement of Leonard's stem cell images, Images 3 and 4.  In *Leonard I*, filed on February 1, 2008, this Court granted Stemtech's Motion for Summary Judgment and, among other things, ruled that Leonard is not entitled to recover any of Stemtech's profits because Leonard could not present any non-speculative evidence linking a customer's decision to purchase Stemtech's nutritional supplements with Stemtech's use of Images 3 and 4 on its website, in its videos or in its marketing materials.  (D.I. 149, pp. 37-49; D.I. 155.)  On January 27, 2012, less than two months after this ruling, Leonard filed *Leonard II*, in which he alleges that Stemtech infringed upon Image 3 by posting it on an independent distributor website.  (D.I. 1.)  Leonard again seeks to recover Stemtech's profits for this purported infringement.  (D.I. 1.)

**2.    EVIDENCE OF STEMTECH'S FINANCIAL CONDITION AND PROFITS IS IRRELEVANT AND ITS ADMISSION WILL PREJUDICE STEMTECH, CONFUSE THE ISSUES, MISLEAD THE JURY AND WASTE TIME**

Under Federal Rule of Evidence 401, evidence is relevant if (1) it has any tendency to make a fact more or less probable than it would be without the evidence; and (2) the fact is of consequence in determining the action.  Even relevant evidence, however, may be excluded "if its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence."  Fed. R. Evid. 403.

Here evidence of Stemtech's financial condition and profits is irrelevant to any element of Leonard's case, i.e., whether Stemtech directly, contributorily or vicariously infringed upon Images 3 or 4.  E.g., *Ford Motor Co. v. Summit Motor Products, Inc.*, 930 F.2d 277, 290 (3d Cir.

## EXHIBIT "C"

1991); *Metro-Goldwyn-Mayer Studios, Inc. v. Grokster*, 545 U.S. 913, 930 (2005). The only thing such evidence is relevant to is Leonard's claim for profits in *Leonard II*.[1] But under the Copyright Act, although a successful plaintiff can recover an accused infringer's profits, if warranted, this right is limited to profits flowing from the infringing activities. 17 U.S.C. § 504(b); *Leigh v. Engle*, 727 F.2d 113, 138 (7th Cir. 1984); *Ocean Atlantic Woodland Corp. v. DRH Cambridge Homes, Inc.*, 262 F.Supp.2d 923, 927 (N.D. Ill. 2003). Such a rule applies even to a plaintiff's attempt to recover a defendant's "indirect profits," which are "profits earned not by selling an infringing product, but rather earned from the infringer's operations that were enhanced by the infringement," which is revenue that "has a more attenuated nexus to the infringement." *William H. Graham Co. v. Haughey*, 568 F.3d 425, 442 (3d Cir. 2009); *Mackie v. Rieser*, 296 F.3d 909, 914 (9th Cir. 2002). To recover indirect profits, a claim on which plaintiffs "rarely succeed," a plaintiff must prove the existence of a legally significant causal link between the defendant's infringement and its profits. *Mackie*, 296 F.3d at 914; *Polar Bear Productions, Inc. v. Timex Corp.*, 384 F.3d 700, 710-711 (9th Cir. 2004); *Univ. of Colorado Found., Inc. v. American Cyanamid Co.*, 196 F.3d 1336, 1375 (Fed. Cir. 1999), citing 4 Nimmer on Copyright § 14.03[A] (1999); see also *Ocean Atlantic*, 262 F.Supp.2d at 927, citing *Taylor v. Meirick*, 712 F.2d 1112, 1117 (7th Cir. 1983) and *PAR Microsystems, Inc. v. Pinnacle Dev. Corp.*, 995 F.Supp. 658, 661 (N.D. Tex. 1998). If the defendant's profits are only remotely or speculatively attributable to its alleged infringement, the plaintiff must be denied recovery of any profits. *Polar Bear*, 384 F.3d at 711; *Mackie*, 296 F.3d at 911; *Bouchat v. Baltimore Ravens Football Club, Inc.*, 346 F.3d 514, 521-522 (4th Cir. 2003); *Ocean Atlantic*, 262 F.Supp.2d at 927, citing *Frank Music Corp. v. MGM*, 886 F.2d 1545, 1553 (9th Cir. 1989).

---

[1] Judge Burke's September 19, 2013 Report and Recommendation, however, tentatively dismissed the entire *Leonard II* case by recommending the Court grant Stemtech's Motion for Summary Judgment.

2

**EXHIBIT "C"**

In *Leonard II*, Leonard seeks all of Stemtech's profits from its alleged use of Image 3 on the identified independent distributor website.  (D.I. 1, pp. 2-3, ¶ 8.)  Yet despite having <u>years</u> to conduct discovery on this issue and facing this issue on a Motion for Summary Judgment in *Leonard I* (which Leonard lost), Leonard has failed to present a single piece of evidence to prove any causal link whatsoever between Stemtech's purported use of Image 3 and any of its profits, nor will he ever be able to do so.  This is so because, to prove the requisite causal link, Leonard must prove that Stemtech's consumers purchased its nutritional supplements because Leonard's stem cell image was placed as the "headshot" on one of Stemtech's tens of thousands of independent distributors' websites for a very brief period of time.  Since this Court ruled that Leonard could not make such a showing in *Leonard I*, a case that involves <u>hundreds</u> of alleged infringements of <u>multiple</u> images purportedly posted on myriad websites, in Stemtech's videos, in its *HealthSpan* magazine and/or in its other marketing materials, it is axiomatic that the requisite showing cannot be made in *Leonard II*.  Therefore, evidence of Stemtech's financial condition and profits is not only irrelevant but its admission will severely prejudice Stemtech, mislead the jury, confuse the issues and waste valuable time and, as such, must be excluded.

**3.    EVIDENCE OF STEMTECH'S OWNERSHIP IS IRRELEVANT AND ITS ADMISSION WILL PREJUDICE STEMTECH, CONFUSE THE ISSUES, MISLEAD THE JURY AND WASTE TIME**

In deposition, Leonard's counsel asked all Stemtech employees if they were shareholders and/or the percentage of stock held by others.  Such evidence is irrelevant and must be excluded as its admission will confuse the issues, mislead the jury, waste time and prejudice Stemtech.

**4.    <u>CONCLUSION</u>**

Based upon the foregoing, Stemtech respectfully requests that all evidence and argument relating to Stemtech's financial condition, profits and ownership be excluded at trial.

3

EXHIBIT "D"

**DEFENDANT'S MOTION IN LIMINE NO. 2 TO EXCLUDE EVIDENCE OF ANY ALLEGED INFRINGEMENTS AFTER JULY 16, 2010 EXCEPT THOSE SPECIFICALLY IDENTIFIED IN LEONARD'S COMPLAINT IN *LEONARD II*[1]**

## 1.     STATEMENT OF FACTS

On February 1, 2008, Leonard filed his original complaint against Stemtech in which he alleged a single count for copyright infringement pertaining to Images 4 and 5.  (D.I. 1, p. 1.)  Thereafter, on July 16, 2009, following the mediation at which Stemtech informed Leonard and his counsel of his inability to recover attorney's fees and statutory damages due to his failure to register his images prior to Stemtech's purported commencement of its infringement, Leonard filed a Motion for Leave to File an Amended Complaint, which this Court granted.  (D.I. 49; D.I. 74.)  In his First Amended Complaint, filed July 16, 2010, Leonard added a new count for direct copyright infringement of Images 2 and 3 and 36 counts of vicarious and/or contributory infringement for Stemtech's and its independent distributors' alleged infringement of Leonard's images through its posting on websites, in videos and in various marketing materials.  (D.I. 76.)

On January 27, 2012, less than two months after this Court issued its report and recommendation regarding Stemtech's Motion for Summary Judgment in *Leonard I*, which knocked out Leonard's claims for statutory damages, attorney's fees and profits, Leonard filed *Leonard II*.  (D.I. 49; D.I. 1.)   In the *Leonard II* complaint, Leonard claims that Stemtech published Image 3, an image at issue in *Leonard I*, on the following three websites:[2]

- http:///whatarestemcells.Stemtechbiz.co.uk/home.aspx;

- http://whatarestemcells.Stemtechbiz.co.uk/Contact.aspx; and

---

[1] Of course, if this Court adopts Judge Burke's September 19, 2013 Report and Recommendation granting Stemtech's Motion for Summary Judgment in *Leonard II*, the only infringements remaining at issue for trial will be those that occurred prior to July 16, 2010.

[2] Each site belongs to the same distributor and constitute one domain, http://whatarestemcells.Stemtechbiz.co.uk, and are merely links within that domain, i.e., the "home" page link, the "Contact" link and the "My Story" link on the distributor's single website.

## EXHIBIT "D"

- http://whatarestemcells.Stemtechbiz.co.uk/MyStory.aspx.

(D.I. 1, pp. 2-3, ¶ 8.)  These are the only sites identified in the *Leonard II* complaint.  (D.I. 1.)

Because Stemtech believed that Leonard's filing of his *Leonard II* complaint was done in bad faith and in an improper and harassing effort to try to revive his tentatively dismissed claims for statutory damages, attorney's fees and profits, Stemtech filed a Motion to Dismiss and Motion for Sanctions in *Leonard II*.  (D.I. 6; D.I. 10.)  In analyzing Stemtech's claim-splitting argument in its Motion to Dismiss and denying that motion, this Court held as follows:

> Second, the operative events at issue in *Leonard II* occurred well after the date of the Amended Complaint in *Leonard I* and well after the deadline for the filing of amendments to that complaint. In the Amended Complaint in *Leonard I*, filed in July 2010, Plaintiff alleged infringing activity by Defendant, without being specific as to the dates on which that activity occurred.  **Yet even taking into account Plaintiff's claim in the Amended Complaint in *Leonard I* that "Defendant *continues to* use, copy and display the Images without license or permission" (citation omitted), that would seem to place the clearly alleged infringing activity in *Leonard I* as occurring only up through July 2010** – nearly a year and a half prior to the January 2012 infringements that are at the heart of *Leonard II*.  **If, as was explained in *Curtis*, the rule against claim-splitting is not meant to "preclude litigation of events arising after the filing of the complaint that formed the basis of the first lawsuit" because the "plaintiff has no continuing obligation to file amendments to the complaint to stay abreast of subsequent events [but instead] may simply bring a later suit on those later-arising claims," then the filing of the second lawsuit in *Leonard II* was not improper.**  (Citation omitted.)  Thus, the infringements alleged in *Leonard II* appear to be drawn from a different set of operative facts than those that are clearly alleged in *Leonard I*, or that could have reasonably been alleged prior to the deadline for amending the pleadings in that case (even if the nature of the claims raised in the two cases share some marked similarities).

(D.I. 25, pp. 17-18; D.I. 26.)  [Emphasis added.]

///

2

<u>EXHIBIT "D"</u>

2.    **EVIDENCE OF ANY ALLEGED INFRINGEMENTS OCCURING AFTER JULY 16, 2010 BESIDES THOSE SPECIFICALLY IDENTIFIED IN THE *LEONARD II* COMPLAINT IS IRRELEVANT AND ITS ADMISSION WILL PREJUDICE STEMTECH, CONFUSE THE ISSUES, MISLEAD THE JURY AND WASTE TIME**

Based upon this Court's ruling on Stemtech's Motion to Dismiss in *Leonard II*, the only infringements at issue in *Leonard I* are those that occurred prior to July 16, 2010, the date Leonard filed his First Amended Complaint.  (D.I. 25, pp. 17-18; D.I. 26; D.I. 76.)  All such infringements are identified in that complaint.  (D.I. 76.)  To be consistent with this ruling, the only alleged infringements that can be and are at issue in *Leonard II* are those that occurred prior to January 27, 2012, the date Leonard filed *Leonard II*.  (D.I. 25, pp. 17-18; D.I. 1.)  Such infringements include only the three subdomains set forth above that were specifically identified in the *Leonard II* complaint.  (D.I. 1, pp. 2-3, ¶ 8.)  Consequently, any evidence of purported infringements occurring after July 16, 2010 besides that relating to the three subdomains specifically identified in the *Leonard II* complaint as having occurred prior to January 27, 2012 is not at issue in this lawsuit and, therefore is entirely irrelevant.  As such, evidence of any such alleged infringements must be excluded not only because it is irrelevant, but because its admission will confuse the issues, mislead the jury, waste valuable time and prejudice Stemtech.

3.    **CONCLUSION**

Based upon the foregoing, Stemtech respectfully requests that all evidence and argument relating to any alleged infringements that occurred after July 16, 2010 other than the three purported infringements specifically identified in the *Leonard II* complaint that occurred prior to January 27, 2012 be excluded at trial.[3]

---

[3] Again, however, should this Court adopt Judge Burke's September 19, 2013 recommendation to grant Stemtech's Motion for Summary Judgment in *Leonard II*, the only infringements that will remain at issue for trial are those that occurred prior to July 16, 2010 and, therefore, evidence relating to any other alleged infringements must be excluded.

EXHIBIT "E"

## DEFENDANT'S MOTION IN LIMINE NO. 3 TO EXCLUDE
## JEFF SEDLIK'S IMPROPER OPINIONS

## 1.    STATEMENT OF FACTS

Leonard's expert, Jeff Sedlik, issued a Preliminary Expert Report and Disclosure (Ex. E-1 hereto) and a Supplemental Expert Report and Disclosure (Ex. E-2 hereto).[1]  Both disclose numerous improper opinions, all of which must be excluded at trial.

## 2.    SEDLIK'S LEGAL CONCLUSIONS MUST BE EXCLUDED

It is well-settled that "[t]he Rules of Evidence do not permit expert testimony as to legal conclusions." *Dow Chemical Canada, Inc. v. HRD Corp.*, 656 F.Supp.2d 427, 435 (D. Del. 2009); also *Specht v. Jensen*, 853 F.2d 805, 806-810 (10th Cir. 1988); *Nationwide Transport Finance v. Cass Information Systems, Inc.*, 523 F.3d 1051, 1056-1060 (9th Cir. 2008); *Sparton Corp. v. U.S.*, 77 Fed.Cl. 1, 6-8 (2007); *Flickinger v. Toys R Us, Inc.*, 2011 U.S. Dist. LEXIS 58248, *13-14 (M.D. Pa. 2011); *Price v. Fox Entertainment Group, Inc.*, 499 F.Supp.2d 382, 387-388 (S.D.N.Y. 2007).  Put another way, an expert witness may not state his views of the law which governs the verdict and opine whether the defendant's conduct violated that law. *Specht*, 853 F.2d at 806.  Moreover, although an opinion is not objectionable just because it embraces an ultimate issue, not all opinions are admissible and, in abolishing the ultimate issue rule, the committee made clear its concern that an expert should not be allowed to instruct the jury:

> The abolition of the ultimate issue rule does not lower the bars so as to admit all opinions.  Under *Rules 701* and *702*, opinions must be helpful to the trier of fact, and *Rule 403* provides for exclusion of evidence which wastes time.  These provisions afford ample assurances against the admission of opinions which would merely tell the jury what result to reach, somewhat in the manner of the oath-helpers of an earlier day.  They also stand ready to exclude opinions phrased in terms of inadequately explored legal criteria.

*Id.*  In fact, "[a]lthough *Fed. R. Evid. 704* was amended so as not to preclude expert testimony on the ultimate issue, the amendment was not intended to allow an expert to advise the court on

---

[1] The exhibits include only the written portion of Sedlik's reports and not the numerous exhibits attached thereto.

EXHIBIT "E"

what outcome to reach" and "[i]n general, federal courts have found expert testimony on issues of law, either giving a legal conclusion or discussing the legal implications of evidence, to be inadmissible" because it "circumvents the jury's decision-making function by telling it how to decide the case." *Sparton*, 77 Fed.Cl. at 7-8; *Specht*, 853 F.2d at 808-809.

Here Sedlik intends upon offering the following legal opinions, all of which must be excluded as improper, prejudicial, misleading, confusing and/or a waste of time:

- That Leonard authored the images at issue and is the sole and exclusive owner of each copyright, (Ex. E-1, p. 15, ¶ C; Ex. E-2, pp. 5-6, ¶ B);
- That all uses of Leonard's images by Stemtech and/or its distributors are infringements, (Ex. E-1, pp. 17-23, ¶¶ F-I; Ex. E-2, pp. 6-9, ¶¶ C-E);
- That the *Leonard II* image is a derivative of Image 3, (Ex. E-2, pp. 6-7, ¶ C);
- That Stemtech willfully infringed upon Leonard's images,[2] (Ex. E-1, pp. 23-15, ¶ J); and
- That Stemtech's use of Leonard's images is the equivalent of an exclusive license, (Ex. E-1, pp. 29-30, ¶ N).

## 3.    SEDLIK'S SPECULATIVE OPINIONS MUST BE EXCLUDED

Expert testimony is admissible where it "will assist the trier of fact to understand the evidence or to determine a fact in issue" and is sufficiently reliable. *Faulkner*, 576 F.Supp.2d at 619; Fed. R. Evid. 702.  To be "reliable," the proffered testimony must be based on the "methods and procedures of science," rather than on "subjective belief or unsupported speculation." *Kannankeril v. Terminex Intl., Inc.*, 128 F.3d 802, 806 (3d Cir. 1997).   Unreliable expert testimony that is merely speculative or based only on assumptions is inadmissible. *Id.*; *Faulkner*, 576 F.Supp.2d at 619.  Here Sedlik intends upon offering the following unreliable and purely speculative testimony, all of which must be excluded:

- The commercial reasons Stemtech and/or its distributors purportedly exploited Leonard's images, (Ex. E-2, pp. 9-11, ¶ F);

---

[2] Evidence of a defendant's willfulness is also entirely irrelevant to issues of copyright infringement and prejudicial because "[i]ts only function would be in service of an attempt by plaintiff to prejudice the jury's assessment of damages and, if it proves to be an issue, liability by portraying defendants in an unflattering light." *Faulkner v. National Geographic Society*, 576 F.Supp.2d 609, 613 (S.D.N.Y. 2008).

EXHIBIT "E"

- That it is "likely" that Leonard has only discovered the "tip of the iceberg" of Stemtech's alleged infringements, (Ex. E-1, pp. 18-19, ¶ G);
- That stem cell photographs were scarce in 2006 and such images typically demand much higher licensing fees, (Ex. E-1, pp. 28-29, ¶ M); and
- That Stemtech's use of Leonard's images has destroyed their value and "[f]ew potential licensees would be interested in making use of photographs so closely associated with the Stemtech products and brand." (Ex. E-1, pp. 29-30, ¶ N.)

4. **SEDLIK'S OPINIONS ON LEONARD'S LICENSING HISTORY MUST BE EXCLUDED SINCE IT WAS NOT PRODUCED DURING DISCOVERY**

A party may not rely at trial upon evidence that was requested but not produced during discovery. *Shoe Factory Supplies Co. v. Thermal Engineering Co.*, 207 U.S.P.Q. (BNA) 517, 519 n. 1 (T.T.A.B. 1980). In his reports, Sedlik refers to certain licensing fees purportedly charged by Leonard for his images. (Ex. E-1, p. 17, ¶ E; Ex. E-2, p. 12, ¶ G.) Despite the fact that Stemtech has asked for all documents that relate to and/or evidence the fees he has charged or obtained for the licensing of his images, Leonard has never produced any documents supporting the fees contained in Sedlik's reports. As a result, such evidence must be excluded.

5. **SEDLIK IS NOT QUALIFIIED TO OPINE ON ELECTRON MICROSCOPY**

Under Rule 702, "[e]xpert testimony can only be received from someone who has specialized knowledge or training sufficient to qualify him to opine on an issue within his field of expertise, and the expert's opinion must be confined to that field." *Watkins v. New Castle County*, 374 F.Supp.2d 379, 391-392 (D. Del. 2005). Sedlik, however, intends upon offering opinions on the complexity of creating a photograph using a scanning electron microscope and the difficulty in obtaining a bone marrow stem cell photo. (Ex. E-1, p. 16, ¶ D.) But Sedlik is not qualified to offer opinions on this topic as he has no experience with such photography. (Ex. E-1, pp. 20, ¶ I.)

6. **CONCLUSION**

Based upon the foregoing, Stemtech respectfully requests that this Court exclude all of Sedlik's foregoing improper opinions and testimony at trial.

# EXBHIT E-1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

ANDREW PAUL LEONARD,

       Plaintiff,

  v.

                               CASE  NO.: 01-08-CV-67 (LPS)

STEMTECH HEATH SCIENCES, INC., et al.

       Defendants.

 

**<u>PRELIMINARY EXPERT REPORT AND DISCLOSURE OF PROFESSOR JEFF SEDLIK</u>**

SUBMITTED September 19, 2011

CONFIDENTIAL

TO BE FILED UNDER SEAL

I have been engaged by Plaintiff Andrew Paul Leonard ("Leonard") in the above captioned matter brought by Leonard against Defendant Stemtech Health Sciences, INC., et al. ("Stemtech") to serve as a consulting expert, and possibly as a testifying expert witness.

I expect to provide an expert opinion and possibly to give expert testimony on industry practices, standards and procedures in the photography and advertising industries, both in general and with respect to business transactions, actions and other occurrences involving or related to the parties to this matter. In addition, I expect to opine on licensing issues, contractual issues, applicable damages and other issues that might arise in this matter.

Specific topics on which I expect to testify are discussed in more detail below. My opinions are based in part on more than fifteen years of service in high-level positions in trade associations and standard-setting bodies in the photography, advertising and design industries. In addition, I have owned and operated a publishing company for more than a decade, and I have been a nationally recognized advertising photographer for more than 25 years, working with many clients, observing and interacting with large numbers of professional photographers, advertising agencies, design firms, corporate clients and others in the United States and other countries.

This preliminary expert Report ("the Report") has been prepared in connection with the above referenced matter, and is submitted pursuant to Fed. R. Civ. P. 26(a)(2). Section V of the Report outlines my preliminary opinions. In addition to my personal knowledge, my opinions are based on an independent examination of documents produced, deposition testimony, interviews, third party documents as disclosed and research and market surveys conducted by my firm. Portions of the Report are based on information designated as confidential in this matter. The Report is confidential, intended for the specific purposes of the above captioned matter, and is to be filed under seal to prevent disclosure of any information

1

designated as confidential by the parties. This report may not be used for any other purpose without my advance express written consent.

Should additional relevant information come to light, I may amend or supplement my opinions as necessary and permitted by the Court. In addition to supplemental expert reports, I may also offer rebuttal expert reports in response to reports filed at any time by Stemtech or by experts retained by Stemtech in this matter. Any supplemental or rebuttal report that I file may address additional topics on which I would expect to testify.

If called upon as a witness in this case, I could and would make the following statements of my own personal knowledge and experience.

## I.    QUALIFICATIONS

I am currently the President and CEO of the PLUS Coalition. "PLUS" is an acronym for "Picture Licensing Universal System." The PLUS Coalition is a non-profit, international standards body and trade association representing the shared business interests of all industries involved in the creation, licensing and use of photography and illustration, including photographers, illustrators, advertisers, advertising agencies, graphic design studios, publishers, artists' representatives, museums, libraries, stock photo agencies and all other image licensees and licensors. The PLUS Coalition develops, propagates and maintains universal standards for use by licensees and licensors in transactions involving photography and illustration. I also serve as a founding member of the PLUS Board of Directors, and was personally responsible for the initial development of the core concept ultimately resulting in the formation of the PLUS Coalition and its standards.

I am the past National President of the Advertising Photographers of America (APA), the leading trade association for commercial photographers in the United

2

States, for which I currently hold the position of Chief National Advisor on Licensing and Copyright. In that position, I advise the APA on current issues related to copyright, photography, advertising and modeling business practices. I represent the organization in discussions with the US Copyright Office on matters related to photography and copyright, and also interact with trade organizations in photography and other industries, discussing industry standards and other matters related to the business of photography. I have also served on the Board of Directors and Legal Affairs Committee of the Los Angeles Chapter of the APA. I currently serve on the Photo Metadata Working Group for the International Press Telecommunications Council (IPTC) and on the Digital Image Submission Guidelines Working Group for Universal Digital Image Guidelines (UPDIG). In addition, I authored the "Photography Licensing" chapter of "Professional Business Practices in Photography," published by the American Society of Media Photographers (ASMP).

I currently serve on the Photography Industry Advisory Council for Adobe Systems, a leading software company. In that capacity, I am one of twelve photographers selected by Adobe to represent the interests of all photographers worldwide in advising Adobe on matters related to professional photography, copyright, image licensing and software. I have also served in a similar capacity for other organizations.

I sit on the Intellectual Property Committee of the Art Center College of Design, where I am an active faculty member, holding the title of Professor of Photography, and where I teach advanced courses on legal, business and technical issues related to photography and advertising, with an emphasis on licensing issues.

After twenty-five years as an award-winning commercial photographer and the President of Jeff Sedlik Photography, I continue to operate an advertising photography production company in, California, with a client list that includes such companies as Nike, Federal Express, Farmers Insurance, SBC, GTE, NBC, Sony,

3

AT&T, Blue Cross, Epson, IKEA, MCA, United Airlines, Warner Brothers, Toyota, Nestle', Disney, Bank of America and others.

I am the President of Mason Editions, a publishing company engaged in producing and distributing fine reproductions of photographs. In addition, I provide consulting services to organizations and individuals on issues related to copyright, licensing, negotiating and business practices and procedures related to photography, advertising and modeling.

In recognition of my expertise and my contributions to the photography and advertising industries, I have received the 2005 Industry Leadership Award from the International Photography Council of the United Nations, the 2006 PhotoMedia Photographer of the Year award and the 2007 APA Industry Advocacy Award.  In 2008, I was awarded an Honorary Masters Degree from the Brooks Institute of Photography, recognizing Lifetime Achievement in the craft and industry of photography.

I have occasionally testified as an expert witness in litigation involving photography. The cases in which I have testified at trial or by deposition in the last four years are:

Omar Hogben v. Travelocity.com, Inc.

U.S. District Court, Southern District of Florida

Case #06-20478-CIV-MARTINEZ

People v. Thomas Edward Sizemore

Superior Court of the State of California, for the County of Los Angeles, Airport Judicial District

Case #3WL01383

<u>Omar Hogben v. Wyndham International, Inc.</u>

U.S. District Court, Southern District of Florida

Case #05-CV-20944-Lenard/Klein

<u>Andes Industries, Inc., PCT International, Inc. v. John Mezzalingua Associates, Inc.</u>

U.S. District Court, District of Arizona

Case #CV-05-1850-PHX-DKD

<u>Pete Livingston v. Keya Morgan, et al.</u>

U.S. District Court, Northern District of California

Case #C06-2389 MMC

<u>Robert Wagner v. New Balance Athletic Shoes, Inc.</u>

Circuit Court of the 11th Judicial Circuit In and For Miami-Dade County, Florida

Case #00-30438 CA 30

<u>Paula Perez v. The Finish Line, Inc. a foreign corporation, et al</u>

U.S. District Court, Southern District of Florida, Miami Division

Case #06-21360-CIV-COOKE/BROWN

<u>United States v. Rebecca Junkins</u>

U.S. District Court, Southern District of Alabama

Case# 07-00279-KD

<u>Jennifer Leigh Miller v. Anheuser-Busch, Inc.</u>

U.S. District Court, Southern District of Florida, Miami Division

Case #06-021770-ASG


Stereo Optical Co., Inc. v. Thomas J. Judy, Jacqueline K. Judy, Ralph E. Craig, Richard Unger and Vision Assessment Corporation

U.S. District Court, Northern District of Illinois, Eastern Division

Case #08 C 2512


Cathrin Lorentz v. Sunshine Health Products, Inc., a Florida Corporation and Cathie Rhames

U.S. District Court, Southern District of Florida

Case # 09-CIV-61529-Moreno/Torres



My publication list is included in my curriculum vitae, a copy of which is attached to this Report as Exhibit A.


## II.    COMPENSATION

My work on this matter is being billed at my standard rate of $650.00 per hour. If my client elects to pay my fees in advance or within ten days of my invoice date, I offer 5% net 10 payment terms, excluding deposition and courtroom testimony. Other than my current engagement as an expert in this matter, I have had no relationships with the parties to this matter. My compensation is not contingent upon, dependent upon or related in any way to the outcome of this matter.

## III.   MATERIALS CONSIDERED

In preparation for this Report and for the expert testimony that I may be called on to provide, I have considered the materials listed in Exhibit B.


## IV.   BACKGROUND

Plaintiff Andrew Paul Leonard ("Leonard") is a photographer specializing in creating images of microscopic subject matter, using scanning electron microscopes. Residing in New York, New York, Leonard owns and operates APL Microscopic as a sole proprietor.   Leonard and his artist's representative seek and accept photography assignments from clients who make use of Leonard's photographs for editorial, advertising, educational, scientific and other purposes.   Leonard also markets his "stock" photographs via stock photo agencies and on his web site, www.aplmicro.com[1]

Defendant Stemtech HealthSciences, Inc. ("Stemtech") engages in the development, production, distribution, and sale of phytoceutical dietary supplements including StemEnhance, a botanical extract.  A multi-level marketing company, Stemtech sells its products through a global network of distributors, as well as online. Founded in 2005, Stemtech is based in San Clemente, California[2] and operates a number of web sites including www.stemtechbiz.com.

On or about May, 2006, Stemtech representative Al Crane ("Crane") contacted Leonard seeking a limited license to reproduce one of Leonard's photographs, picturing a stem cell.[3]  Leonard initially understood Crane to request limited usage of Leonard's photograph in a printed Stemtech brochure, and provided a quote for a

---

[1] Telephonic interview with Leonard, September 1, 2011
[2] http://investing.businessweek.com/research/stocks/private/snapshot.asp?privcapId=30950596
[3] Email from KelleyBurnett (Al Crane) to Bonnie Goldfein dated May 22, 2006, acknowledging telephone conversation with Leonard regarding license details. Bates # ST-0002

$500 license fee.[4]    Upon Leonard's request, Crane then provided additional information, allowing Leonard to understand that Stemtech was requesting the right to reproduce one photograph in "HealthSpan," a magazine published by Stemtech to promote and encourage participation by Stemtech distributors in sales of Stemtech products.  Stemtech also requested limited usage of the photograph on the web, only on the Stemtech web site. The period of the requested license was one year.[5]

Due to Stemtech's pressing deadlines, Leonard delivered the photograph during these negotiations.  Stemtech requested an alternative version in a different color. Leonard then delivered an alternative version and Stemtech accepted that photograph as delivered.[6]

Leonard then delivered an invoice for a licensing fee in the amount of $1,250, based on the revised, greater scope of the license requested by Stemtech, for usage only in the magazine and on a single web site.[7] After receipt of the invoice, Stemtech informed Leonard that Stemtech did not require the right to make use of Leonard's photograph on the web.  Stemtech requested that Leonard remove the license fee for web usage, and reduce the total invoiced amount.   Leonard confirmed Stemtech's request, deducting the $300 fee for web usage, and re-issuing the invoice in the amount of $950.[8]   Stemtech then delivered partial

---

[4] Email from Leonard to Al Crane dated May 23, 2006 quoting a "brochure" license fee $500 and offering to quote an additional web license fee in response to Crane's request for same. Bates # ST-0004

[5] Email from Al Crane to Leonard dated May 24, 2006, providing detailed description of rights required by Stemtech, including one year usage of one image in HealthSpan magazine, and one year usage on Stemtech web site. "They would like to request usage on their internet web site." Bates # ST-0005. Also see June 1, 2006 email from Leonard to Crane requesting confirmation of detailed usage requirements, Bates # ST-0009, and see June 1, 2006, Crane email to Leonard, confirming that Leonard's license description is correct ("That's correct for the usage...") and confirming the URL of the Stemtech web site as www.StemTechHealth.com at Leonard's request. Bates # ST-0009. Also see June 2/3, 2006 email exchange between Crane and Leonard in which Crane confirms size of image for the web site, Bates # ST-00010 and ST-00011.

[6]  Email exchanges between Leonard and Al Crane, referring to delivery of image files attached to the emails, and referring to an alternative version in a different color. Crane accepts the yellow version "I like the yellow."  All dated May 24, 2006, Bates # ST-0006

[7] Leonard invoice #711 to Stemtech in the amount of $1250, as delivered to Bonnie Goldfein July 17, 2006. Bates # ST-00012. Also see associated email from Leonard to Crane,  Bates # ST-00013.

[8] Leonard's revised invoice #711, sans $300 license fee for web usage "1 year usage of stem cell image APL1335 on Stemtech HealthSpan website – Canceled."  Invoice total revised from $1250 to $950, $500 payment applied to total. $450 outstanding balance.  Bates #APL 00055. Note: date entered by Leonard on revised invoice, 6/11/2011

8

payment, in the amount of $500.[9]  Leonard repeatedly requested payment of the $450 outstanding balance due on the invoice, but did not receive full payment from Stemtech.[10]

Although Stemtech did not make full payment to Leonard and thus was never granted the license offered by Leonard, Stemtech proceeded to reproduce and distribute Leonard's photograph in HealthSpan magazine to recruit and train distributors and to generate profits for Stemtech by promoting sales of Stemtech products.  Stemtech then made additional unlicensed use of the photograph on Stemtech's websites, in Stemtech's publications, sales aids, training materials and marketing materials. Stemtech also made use of an additional photograph owned by Leonard, without requesting or receiving a license from Leonard.[11] Stemtech then resold and sublicensed Leonard's photographs to its distributors without Leonard's knowledge or permission. Stemtech's distributors then made extensive additional unlicensed usages of at least three Leonard photographs.[12]

On or about October, 2007, Leonard learned of Stemtech's unlicensed usage when he discovered his photograph in use by a Stemtech distributor. This discovery prompted Leonard to conduct further investigation, upon which Leonard discovered a multitude of unlicensed usages by Stemtech and its distributors. Such usages included reproduction of Leonard's photographs in videos, PowerPoint presentations, downloadable electronic brochures, e-Books, DVD packaging, DVD content, product advertising in numerous commercial web sites, and assorted other advertising/marketing materials.

---

is the original invoice date, not the actual date of the revised invoice. See Deposition of Andrew Paul Leonard, January 22, 2010 ("Leonard Depo"), 105:3.
[9] See Stemtech notations on Leonard's invoice #711, indicating "Approved for $500 only."  Bates # ST-000336
[10] See Leonard email to Goldfein and Meyer dated August 21, 2006 requesting payment of balance of invoice. Bates # ST-00017. Also see Leonard email to Goldfein dated October 11, 2006 requesting payment status. Bates # ST-00018. Also Leonard invoice To Goldfein dated August 4, 2006 invoice status. Bates # ST00014.
[11] See section G, "Known and Unknown Infringements by Defendant and Defendant's Distributors," regarding usage of alternative photograph in HealthSpan magazine, Volume 1, Issue 3.
[12] See Exhibit C, "Known Infringements."

Leonard retained an attorney and made unsuccessful attempts to resolve Stemtech's unlicensed usages.[13] After receiving a settlement offer from Leonard's attorney, Stemtech attempted to stop certain unlicensed usage of Leonard's photographs by Stemtech and its distributors,[14] but its efforts were insufficient, and the infringements continued. Stemtech refused to compensate Leonard for the unlicensed usages,[15] instead sending Leonard a $750 payment against the outstanding amount owed Leonard on the invoice for the 2006 limited license.[16] Leonard rejected Stemtech's offer and payment, explaining that payment of the past invoice would not remedy Stemtech's extensive unlicensed exploitation of Leonard's photographs and copyrights.

Leonard then filed the complaint in the instant matter on February 1, 2008.[17] Leonard continued his investigations,[18] and has discovered a large number of additional unlicensed usages by Stemtech and its distributors since initiating his lawsuit, including an infringement discovered as recently as September 17, 2011, two days prior to the submission of this Report.[19]

## V.    DISCUSSION

### A.    Copyright Licensing in Photography

Consideration of the facts associated with this matter requires a basic familiarity with standards and practices in the photography licensing

---

[13] Letter dated January 18, 2008 from Leonard's attorney Sherry Flax to Ray Carter. Bates # ST-000499-500.
[14] "Compliance Update" from Donna Marie Serritella dated February 8, 2008 indicating "The main focus, since discovered, has been given to finding websites who either use the single picture(s) or who use the 45 minute video with the questionable pictures."
[15] Email from Ray Carter to Sherry Flax dated January 21, 2008 refusing to pay Leonard for infringing usages by Stemtech, offering to pay $300 license fee for web use as originally quoted by Leonard. Bates # APL 00213
[16] Letter dated February 19, 2008 from Sherry Flax to Ray Carter, returning Stemtech check dated February 5, 2008 in the amount of $750 payable to Leonard. Bates # APL 00217
[17] Complaint dated February 1, 2008
[18] Leonard Depo, 156:14
[19] See section G, "Known and Unknown Infringements by Defendant and Defendant's Distributors," regarding usage of alternative photograph in HealthSpan magazine, Volume 1, Issue 3.

industry. This section provides a brief overview, addressing selected issues relevant to this matter.

In the photography industry, clients seeking photographs may either commission new photographs ("assignment photography"), or acquire rights to existing photographs ("stock photography").

1. Assignment Photography

In assignment photography, clients contract with photographers or their agents to commission photographers to create new images. Photographers typically retain copyright ownership in the images that they create, and grant limited licenses to their clients in exchange for a license fee based in great measure on the scope of the rights granted.

While a photographer might require that a client pay fees and production expenses associated with the creation and production of a photograph, such payment does not entitle the client to ownership in the photographs, and does not entitle the client to make use of the photographs, unless the photographer expressly assigns ownership to the client or grants such rights to the client.

Many photographers specify a "Usage Fee" or "Licensing Fee" in their estimates and invoices, while others use a single fee, applying to both the production of the photographs and a copyright license, granted by the photographer to the client. Notwithstanding a photographer's fee structure, if a license is not specified either in a photographer's estimate or invoice or in an associated agreement between the photographer and client, the client has no legal right to exploit the photographs or to otherwise make use of the photographs.

After creating a photograph and licensing rights for an initial use by a client, a photographer typically earns and relies upon residual revenue earned by licensing additional rights to that client. In the absence of an exclusive license arrangement, the photographer may also license use of the photograph to third parties, provided that such license does not infringe on the rights of any persons pictured in the photographs or violate the rights of the owners of any property pictured in the photographs. Photographers may offer such photographs directly to third parties, or may offer such photographs via "stock" photography agencies.

Photographers' often earn greater revenues from relicensing their images than from the initial licenses granted to commissioning clients. Photographers' livelihoods depend on the receipt of payment from their clients in exchange for the right to use their photographs and copyrights. The fee charged by a photographer can vary dramatically depending on the scope of rights licensed.  For most photographers, when determining an appropriate fee, the time and complexity involved in the creation of a photograph (although an important consideration) is secondary to consideration of the extent of the reproduction rights granted.

2. Stock Photography

In stock photography, photographers first create photographs, and then offer these existing images for licensed usage by clients. This offering is typically made on stock photography websites, either by the photographer or by a "stock agency" acting as an authorized licensor for the photographer's images.

Clients seeking stock photography typically visit stock photography websites, search for photographs meeting their requirements, and then purchase licenses and download the images for usage. Such purchases

may be made via an automated process, or by communicating with sales staff at the stock agencies or a photographer's office.

Clients may acquire rights to stock photographs under various "licensing models." While some vendors specialize in certain licensing models, many vendors offer photographs under several licensing models. Common licensing models include:

i.    Royalty Free ("RF"): this model allows a client to pay a single, one-time fee based on the size of the digital image file desired by the client. The client receives a license allowing usage of the photograph in unlimited media, for unlimited time, at any size, in any quantities, worldwide, promoting any products. For example, such a license allows a client to use an image on any number of web sites in any and all countries, worldwide, forever. There are numerous detailed restrictions on RF licenses but in general, the licenses allow broad usage. Most RF images are professionally produced, and are less unique than many images offered under the Rights Managed model (see below).

ii.   Microstock: A form of Royalty Free licensing, microstock is a less expensive alternative, providing broad rights for a low price, based on the size of the image file desired by the client. Like royalty free, microstock provides usage in unlimited media, unlimited quantities, unlimited sizes, unlimited countries, for unlimited time. Images are provided by professional photographers, semi-pros, and amateurs.

iii.  Rights Managed ("RM"): A long-standing licensing model, rights managed licensing remains a common form of stock image licensing. In RM licensing, usage fees are based upon the scope of usage desired by the client. In general, the greater the scope of usage desired, the greater the licensing fee paid by the client. Scope is defined by the type of media, the size and quantity of reproductions, the regions in

13

which the reproductions will be distributed, the duration of use, exclusivity desired, exclusivity and other factors. RM images are primarily created by professional photographers. Fees associated with RM licenses are often (but not always) higher than fees for RF licenses.

In the instant matter, Stemtech did not commission the creation of new images, but instead sought a limited, non-exclusive rights managed license to exploit a single pre-existing "stock" image created and owned by Leonard.

## B.    Plaintiff's Photographs

The photographs at issue in this matter are pictured below.



Image #2
Bone Marrow Stem Cell
Copyright registration No. VA1426178[20]

---

[20] Leonard's copyright registration #VA 1-426-178, Bates # APL 00119



Image #3
Bone Marrow Stem Cells,
Copyright registration No. VA1426178[21]



Image #4
Bone Marrow Stem Cell
Copyright registration No. VA1426177[22]

## C.    Copyright Ownership in Plaintiff's Photographs

Working as an independent contractor/sole proprietor, Leonard authored each of the three photographs at issue in this matter.  As Leonard has neither assigned nor granted exclusive rights in the photographs to any party, Leonard is the sole and exclusive owner of the copyright in each photograph.[23]    Leonard registered his copyright ownership in the photographs with the U.S. Copyright Office.[24]

---

[21] Leonard's copyright registration #VA 1-426-178, Bates # APL 00119
[22] Leonard's copyright registration #VA 1-426-177, Bates # APL 00123
[23] Telephonic interview with Leonard, September 1, 2011
[24] Leonard's copyright registration #VA 1-426-178, Bates # APL 00119, and Leonard's copyright registration #VA 1-426-177, Bates # APL 00123

15

## D.    Plaintiff's Work Process

Creating a photograph using a scanning electron microscope is a complex, time consuming and painstaking process.  Leonard first spends many days or weeks seeking out samples to photograph.  In identifying sources for samples, Leonard relies upon a network of associates with whom he has cultivated relationships for more than a decade.  A sample must be first be grown by a scientist, or otherwise obtained. Once a sample is obtained, it must be prepared for microscopy.  The nature of the sample determines the type of preparation involved. Samples typically must be rinsed in a succession of chemicals, then dehydrated and placed in a critical point drier. Once dry, the sample is mounted on a stub of metal, then coated in gold-palladium and stored in a moisture-free environment. After placing the sample in the scanning electron microscope, Leonard selects an angle by titling and rotating the microscope platform and composes the image. Leonard controls the quality of the image by varying the electric current to the microscope and by making other adjustments.   After spending many hours photographing a succession of samples, the images are processed, and Leonard begins post-processing the images in Adobe Photoshop.  Leonard typically dedicates a minimum of ten hours to post-processing each image, colorizing various areas of the image and adjusting contrast, tone and density to achieve the end results desired and designed by Leonard. Remarkably, scanning electron microscopes capture black and white images. All color is added by Leonard, exercising creative expression and original authorship.[25]

Even after all of this effort, there is no guarantee of success, most especially with bone marrow stem cells.  The effort required, combined with the high level of skill necessary to create a successful image, and the need to obtain viable and correct samples, make a successful bone marrow stem cell image difficult to achieve, and quite rare.

---

[25] Telephonic interview with Leonard, September 1, 2011

16

### E.    Plaintiff's Licensing History

Plaintiff has a history of licensing his images for significant fees. A few examples include:

$9,000 for a 1 year license, 1 image in sales aids for Metrodin

$7,000 for a 1 year license, 1 image in sales aids for Plax

$7,000 for a 2 year license of 1 image, in visual aids for AstraZeneca

$25,000 for a 2 year license of 1 image in campaign for Lipitor

$9,000 for a 2 year license of 3 images for sales kit for Baxter Blood Products

$8,000 for a 1 year license of 1 image for sales aid for Zithromax

### F.    License Offered by Plaintiff to Defendant

In response to Stemtech's request to acquire a license to use one of Leonard's photographs, Leonard offered to grant Stemtech a limited, non-exclusive license to reproduce the photograph in the Stemtech "HealthSpan" magazine for a period of one year.  Leonard issued an invoice for the fee required by Leonard in order to grant the license to Stemtech.[26]  Stemtech failed to pay the invoice in full.  It is the custom and practice in the photography industry that rights are not granted to a licensee until the applicable license fee is paid in full. Due to Stemtech's decision to pay only a portion of Leonard's invoice, Leonard granted no license to Stemtech, and Stemtech had no legal right to make use any of Leonard's photographs. Thus, any and all usages of any Leonard photographs by Stemtech are infringements.

However, in the event that the Court finds that the unpaid invoice is a breach not voiding the license, Stemtech's only authorized usage would be Stemtech's reproduction of a single Leonard photograph in a single issue of the printed version of HealthSpan magazine, and any reproduction of the

---

[26] Leonard's revised invoice #711, sans $300 license fee for web usage "1 year usage of stem cell image APL1335 on Stemtech HealthSpan website – Canceled." Invoice total revised from $1250 to $950, $500 payment applied to total. $450 outstanding balance. Bates #APL 00055. Note: date entered by Leonard on revised invoice, 6/11/2011 is the original invoice date, not the actual date of the revised invoice. See Leonard Depo, 105:3.

same version of that image in other issues within twelve months of the first usage. All other Stemtech usages of Leonard's photographs would remain infringements of Leonard's copyrights.

## G.    Known and Unknown Infringements by Defendant and Defendant's Distributors

Stemtech infringements currently known to Leonard are limited to those infringements discovered as the result of Leonard's ongoing investigations. Most of Leonard's discoveries have been made by a process of methodical, repeated searches, requiring tremendous effort and perseverance.

Despite years of diligent effort by Leonard, it is doubtful that the infringements uncovered by Leonard comprise the totality of the unauthorized usages of Leonard's photographs by Stemtech, its distributors and others. Stemtech has numerous websites,[27] extensive marketing materials, and has a total of approximately 100,000 distributors on its distributor list[28] (some active, some inactive). As a practical matter, Leonard is unable to monitor and police all Stemtech sites and all distributor sites throughout the world.    In addition, there is no doubt that other parties discovered Leonard's photographs on Stemtech sites without credit or copyright notice to Leonard, and proceeded to copy and make unlicensed usage of the photographs as the result of Stemtech's infringements.

It is likely that Leonard has discovered only the proverbial "tip of the iceberg" of Stemtech infringements. Any damages calculations in this report are based only upon known infringements, which likely represent only a fraction of the actual infringing usages relevant to this matter.

For example, as recently as Saturday, September 17, 2011 Leonard discovered that Stemtech's HealthSpan magazine, Volume 1, issue 3

---

[27] Deposition of Ray Carter dated January 18, 2011 "Carter Depo" 40:16
[28] Carter Depo, 131:20

(published Winter, 2006) features an alternative version of one of Leonard's photographs – a version for which Stemtech has never requested or obtained a license. In fact, Stemtech expressly rejected the alternative version in favor of a different version accepted by Stemtech in 2006. In the illustration below, the page on the left is from Volume 1, Issue 1 (published June, 2006), and pictures the version of the Leonard photograph for which Stemtech requested a license in 2006. The page on the right is from Volume 1, Issue 3 and pictures a very different version, a derivative of the Leonard image, created by Leonard. Even if Stemtech had been granted a license for the image pictured on the left, Stemtech would not have been legally entitled to use Leonard's derivative version of the photograph, pictured on the right.



The below list is an index to a montage appearing on the following page. The list and montage provide a representative sampling of the wide variety of infringing usages of Leonard's photographs by Stemtech and its distributors. The numbers in the left column of the list correspond to numbers appearing overlaid on each infringement pictured in the montage. This is not a comprehensive list of the known infringements. For a more complete and detailed list of infringements known to Leonard as of this date, see Exhibit C, attached to this Report.

## Index to Montage of Infringements

| # | Photo# | Description |
|---|--------|-------------|
| 1 | 4 | Still Image HealthSpan Cover, Issue 1 |
| 2 | 4 | Still Image HealthSpan internal page, Issue 1 |
| 3 | 4 | Still Image HealthSpan internal page, Issue 3 |
| 4 | 4 | Still Image in The PowerLine Ebook |
| 5 | 4 | Still Image taken from Video "Mr. Stem Cell" with added face illustration |
| 6 | 4 | Still Image in PowerPoint – Spanish |
| 7 | 4 | Still Image in PowerPoint - Spanish Image silhouetted |
| 8 | 4 | Still Image in PowerPoint – English |
| 9 | 4 | Still Image in PowerPoint - English Image silhouetted |
| 10 | 4 | Still Image in video "An Introduction to Adult Stem Cells |
| 11 | 4 | Still Image in "Wellness" video |
| 12 | 4 | Still Image in "Product" video |
| 13 | 4 | Still Image in "Wellness" video |
| 14 | 4 | Still Image in "Product" video |
| 15 | 4 | Still image Flash Slide Presentation |
| 16 | 2 | Still Image silhouetted at stemcellfacts.net |
| 17 | 3 | Still Images appearing on YourStems website and downloadable PDF eBook |
| 18 | 4 | Still Image (different version - color) in video "An Introduction to Adult Stem Cells |
| 19 | 3 | Still Image #3 in video "An Introduction to Adult Stem Cells |
| 20 | 4 | Still Image with face illustrated for book entitled "The Open Secret" |
| 21 | 4 | Still Image with product bottle on LCR website |
| 22 | 4 | Still Image on "Kells Best of the Best" web page |
| 23 | 4 | Still Image YourStems.com website |
| 24 | 4 | Still Image capture with silhouetted cells from "Stem Cells and StemEnhance" Video |
| 25 | 4 | Still Image from Stem Cells and StemEnhance Video |
| 26 | 4 | Still Image on Web from stemcellupdateblog.com |
| 27 | 4 | Still Image on bac2health Website |
| 28 | 4 | Still Image from Video "Stem Cells and Stem Enhance with Christian Drapeau" |
| 29 | 4 | Still Image from Video "Stem Cells and Stem Enhance with Christian Drapeau" |
| 30 | 3 | Still Image from DVD back cover: "Stem Cells and Stem Enhance with Christian Drapeau" |
| 31 | 4 | Animated, face illustrated and replicated throughout "Mr. Stem Cell" video |
| 32 | 4 | An Introduction To Stem Cells Matt Canham video |
| 33 | 4 | Still Image (different version) on Adult-stem-cells.info |
| 34 | 3 | Still Image used in video "The Stemtech Story with Christian Drapeau" |
| 35 | 4 | Stem Cell on Free Ebook PDF "Stem Cell Science and Your Health" |
| 36 | 4 | Stem cell Image on with face illustrated used at www.missymoran.com |
| 37 | 4 | Still Image (replicated) on web |

Representative Sampling of Stemtech Infringements of Leonard Images



## H.    Unauthorized Sublicensing by Defendant

The terms of the 2006 license offered by Leonard to Stemtech did not offer Stemtech the right to sublicense Leonard's copyrights to third parties. Without authorization from Leonard, Stemtech not only authorized its distributors to make use of Leonard's photographs, but Stemtech *repackaged, re-sold* and delivered Leonard's photographs to its distributors,[29] as reproduced on or within "marketing and training tools" (websites, DVDs, publications, etc.) developed by Stemtech for distributor training and as marketing vehicles supporting sales of Stemtech products, with the ultimate aim of increasing profits for Stemtech and its network of distributors.  In its efforts to recruit new distributors and maximize sales of Stemtech products, Stemtech states[30] (emphasis added):

> *"You don't need any special skills or experience to succeed in Stemtech because we have a wide range of professional <u>marketing and training tools</u> available, as well as a fully-staffed Distributor Services department to support your efforts. Available tools include <u>CDs and DVDs, brochures and publications, a step-by-step Success Guide – and professional customized websites complete with videos</u> and an online shopping cart. You can easily share Stemtech information with contacts in other locations … whether it's next door or halfway around the world."*

## I.    Continuing Infringements by Defendant

Leonard continues to discover new and ongoing infringements by Stemtech and its distributors. Below are five examples of ongoing infringements accessible on the web as of this writing:

---

[29] Carter Depo, 134:30
[30] http://www.stemtechbiz.com/OpportunityOverview.aspx

22



I personally made the above screenshots on September 18, 2011, by visiting the following websites:

http://www.thepowerlinesupport.com/documents/stemcellreport.pdf

http://improvebodyhealth.com/pdf/StemEnhanceReport.pdf

http://www.youtube.com/watch?v=_cp0FV4exkg

http://www.missymoran.com/AdultStemCell/ST_Rebirth.html

http://stemenhancebenefitshealth.improvebodyhealth.com/

## J.    Willful Infringement by Defendant

In offering a copyright license to Stemtech in 2006, Leonard made a good faith effort to determine the scope of usage required by Stemtech. Stemtech described its requirements, and Leonard then offered to grant Stemtech a license fulfilling the scope of usage described by Stemtech. After requesting a license for use of Leonard's photograph on Stemtech's web site,[31] Stemtech

---

[31] Email from Al Crane to Leonard requesting web usage, June 1, 2006.  Bates # ST-0009

23

then informed Leonard that Stemtech had no intention to publish Leonard's photograph on the web, and instructed Leonard to revise Leonard's invoice to remove Leonard's fee applying to web usage.

In good faith reliance on Stemtech's representations, Leonard revised the invoice by removing the web usage license and the associated fee, and re-issued the invoice to Stemtech in a new, lesser amount.[32]  After instructing Leonard to remove the fee for web usage from Leonard's invoice, Stemtech then proceeded to publish Leonard's photograph to Stemtech's web sites and to web sites produced by Stemtech for use by its extensive network of distributors.[33]  This catalyzed viral distribution and infringement of Leonard's photographs throughout Stemtech's distribution network, worldwide.    At Deposition, Brian Noar, Stemtech's Manager of Sales and Marketing, commented on the nature of these web usages, and on Stemtech's viral distribution of Leonard's photograph: "once something's out there, it's out there."[34]

Stemtech is experienced in image licensing.[35]  As evidenced by Stemtech's initial license request in 2006, Stemtech clearly understood that Stemtech was required to obtain and pay for a license from Leonard in advance, in order to secure necessary rights to exploit Leonard's copyrights.  Stemtech then chose to pay only a portion of Leonard's invoice,[36] and proceeded with an egregious, expansive and willful campaign of infringement of Leonard's copyrights.

---

[32] Leonard's revised invoice #711, sans $300 license fee for web usage "1 year usage of stem cell image APL1335 on Stemtech HealthSpan website – Canceled."  Invoice total revised from $1250 to $950, $500 payment applied to total. $450 outstanding balance.  Bates #APL 00055. Note: date entered by Leonard on revised invoice, 6/11/2011 is the original invoice date, not the actual date of the revised invoice. See Leonard Depo, 105:3.

[33] See Exhibit C, "Known Infringements"

[34] Deposition of Bryan Noar dated January 20, 2011 ("Noar Depo") 141:14

[35] Deposition of Christian Drapeau, dated January 19, 2011 ("Drapeau Depo") 96:17, 97:1,97:6.  Carter email to Sherry Flax dated January 21, 2008, Bates #APL 00212, "This image is just one of hundreds that we use, most of which are free or are one time payments for unlimited use."

[36] See Stemtech notations on Leonard's invoice #711, indicating "Approved for $500 only."  Bates # ST-000336

Stemtech clearly failed to adequately control and manage its use of intellectual property. Stemtech also failed to adequately monitor and police the use of intellectual property on its distributors' websites and marketing materials. Stemtech could have easily prevented the distributor infringements of Leonard's images by monitoring all distributor websites. A well trained, two person team of Stemtech compliance officers could review the websites of all 30,000 active Stemtech distributors annually, ensuring that its distributors respect third party intellectual property rights. Unfortunately, Stemtech's compliance officer Donna Marie Serritella was poorly trained, and to Stemtech's detriment, believed that once a photograph appeared in public, anyone could make use of the image for free without the knowledge or permission of the copyright holder.[37]

Upon contact from Leonard's counsel, and after learning of the infringements, Stemtech failed to take adequate action to terminate all infringements by Stemtech and its distributors. Stemtech could have rapidly removed all infringements by conducting a review of all distributor websites, and by shutting down websites displaying or distributing unlicensed intellectual property. Even those web sites not under the control of Stemtech could have been controlled by issuing a DMCA takedown notice, thus immediately terminating any infringements. Instead, Stemtech made no substantive effort to identify and remedy infringing uses of Leonard's images by its network of more than 30,000 distributors. Infringements continue to this day.[38]

Based on my review of all information available to me in this matter, Stemtech willfully and recklessly infringed on Leonard's copyrights.

---

[37] Email from Donna Marie Serritella to Leonard dated December 14, 2007, in which Serritella states: "I think one of these was on the cover of a major publication and that made it public for usage." Exhibit 7 to Deposition of Donna Marie Serritella dated April 13, 2011 ("Serritella Depo").
[38] See section "I," "Continuing Infringements by Defendant.

### K.    Statutory Damages and Attorney's Fees

Leonard may be entitled to seek statutory damages and attorney's fees as remedies for infringements commencing after Leonard's effective date of registration, where those infringements give rise to new causes of action, such as where such infringements occur in new media, new versions of publications, or involve distributors not engaged in infringement prior to the effective date of registration.

### L.    Actual Damages

Actual damages are determined in part by the fee that a willing buyer would have been reasonably required to pay at the time of the infringement.[39]  In the photography marketplace, each photographer sets his/her own fees, based upon criteria defining the scope of a license. These criteria include the type of media in which the photograph will be reproduced, the size of reproduction, the region of distribution, the duration of the license, exclusivity and other factors. Quality and scarcity of the photograph are also primary considerations. The unique circumstances of each transaction affect the fees offered by photographers.

To arrive at a reasonable estimate of licensing fees applicable to the infringing usages, I obtained comparative stock photography license fee quotes from several stock photography agencies.[40] I calculated total fees based on the information available to me, including some or all of these factors: the number of uses of each image, the media in which the photographs were reproduced, the reproduction quantity, size and placement of reproduction, and the period of use. Where one or more criteria were missing, I made the best approximation possible under the circumstances.  I adjusted the fees to 2006 market rates by referencing pricing data obtained

---

[39] Sid & Marty Krofft Television Productions, Inc. v. McDonald's Corp., 562 F.2d 1157 (9th Cir. 1977), later cited in Frank Music Corp. v. Metro-Goldwyn-Mayer, Inc., 772 F.2d 505 (9th Cir. 1985)
[40] See stock agency license quotes in Exhibits G, H, I, J

26

by my firm in that time period.[41]   I did not apply any punitive multiplier contemplating the infringing use.

In addition to the actual damages computations performed by obtaining reference quotes matching Stemtech's usage to the greatest extent possible, I have relied on my personal knowledge and experience in image licensing.

I reserve the right to revise my damages calculations in the event that information comes to light that allows for a more precise calculation of damages.

Based upon the above criteria and on all of the information available to me at this time, it is my opinion that with respect to known infringements by Stemtech and its distributors, Leonard is at minimum entitled to actual damages in the amount of $215,767.65, as listed in the below chart, with details and supporting documentation provided in Exhibits C, D, E, F, G, H, I, J, K, L, M, N, O, P.  This amount represents only the approximated 2006 market value of licenses of generic images for usages known to Leonard, and does not contemplate the scarcity of the images, the exclusive nature of the usage, or the devaluation of the copyrights in the photographs, all of which are further discussed below.

---

[41] See Exhibits L, M, N

| License Quantity | Summary of License Fees Applying To Known Unauthorized Usages | | | | | |
|---|---|---|---|---|---|---|
| License Quantity | Media[42] | Size | Duration (Years)[44] | Fees: known usages @2011 pricing | Fees: known usages @ 2006 pricing[43] | Fee to be applied per addl. year if discovered[44] |
| 1 | Internal Business Collateral | 1/4 Page | 2 | $3,602.50 | $3,170.20 | $1,585.10 |
| 2 | Image on Video on DVD | Full Pg | 2-3 | $7,687.50 | $6,886.00 | $2,706.00 |
| 3 | Marketing Materials[45] | 1/2 Page | 2-3 | $17,285.38 | $15,211.13 | $6,476.99 |
| 5 | Marketing Materials[45] | 1/4 Page | 2-5 | $40,759.88 | $35,868.69 | $10,549.62 |
| 4 | Marketing Materials[45] | Full Pg | 2-3 | $26,622.63 | $35,972.43 | $10,277.84 |
| 1 | Product Packaging | 1/4 Page | 2 | $4,572.50 | $4,023.80 | $2,011.90 |
| 2 | Image on the Web | 1/2 Page | 2 | $6,290.00 | $5,535.20 | $2,767.60 |
| 11 | Image on the Web | 1/4 Page | 2-4 | $42,840.00 | $37,699.20 | $14,810.40 |
| 6 | Image on the Web | Full Pg | 2-3 | $24,600.00 | $21,648.00 | $8,659.20 |
| 6 | Image in Streaming Web Video | 1/2 Page | 2-3 | $18,947.50 | $16,673.80 | $7,695.60 |
| 2 | Image in Streaming Web Video | 1/4 Page | 3 | $8,707.50 | $7,662.60 | $2,554.20 |
| 7 | Image in Streaming Web Video | Full Pg | 2-3 | $28,882.50 | $25,416.60 | $9,632.70 |
| | | | | | | |
| | | | Totals | $230,797.89 | $215,767.65 | $79,727.15 |

## M.    Adjustments for Scarcity

The license fees estimated above do not contemplate the scarcity of Leonard's photographs in 2006. At that time, few if any other photographers had successfully captured a quality image of a bone marrow stem cell. This is evidenced by Time magazine's selection of Leonard's photograph for a prestigious cover photo,[46] and ironically by Stemtech's selection of the photograph for its usage. Scarce images typically demand much greater license fees than common images, often 3 to 5 times the fee for a common image.

---

[42] Regions:  pricing reflects use within the following regions: Canada, Germany, Malaysia, Mexico, the Netherlands, the Philippines, Taiwan, the UK and US.
[43] Adjustment made for estimation of 2006 pricing: 12 %. See Exhibits L, M, N for details.
[44] Duration vs. Fee: The relationship between duration and fees is not directly evident in this summary chart.  See Exhibits C, D, E, F, G, H, I, J, K, L, M, N, O, P for detailed information supporting fee calculation based directly upon durations.
[45] Adjustment applied to printed brochure license fees to calculate fee for electronic brochure. Reduced by 44%. See Exhibit O for details.
[46] Time Magazine Cover, August 7, 2006.  Exhibit 11 to Leonard Depo.

28

Stephen Gerard, Leonard's previous stock agent at Photo Researchers, assessed the scarcity of Leonard's images at deposition:

> "...these are, in my opinion, you know, some of the most unique images and important images that have been out there in terms of stem cells." [47]

Stemtech's Christian Drapeau agrees that Leonard's photograph is "extremely valuable." At deposition, Drapeau commented on Leonard's photograph, acknowledging:

> "I understand its value totally.  I mean, it is a good representation. It's extremely valuable....it is one of the early depictions available..." [48]

I respectfully suggest that in determining damages applicable in this matter, the Court contemplate the scarcity of the photographs circa 2006, and apply a suitable scarcity multiplier to the total license fees calculated above.

### N.    Damage to the Value of Plaintiff's Photographs

Stemtech's widespread, global, pervasive exploitation of Leonard's photographs has destroyed the value of Leonard's images, and is the equivalent of an exclusive license. Few potential licensees would be interested in making use of photographs so closely associated with the Stemtech products and brand.

Leonard had every intention of fully monetizing the photographs.[49]  In the absence of Stemtech's infringements, Leonard and his heirs would have otherwise enjoyed licensing revenue over the lifetime of his copyrights in the photographs.  In granting exclusive licenses, licensors must consider the

---

[47] Deposition of Stephen Gerard, dated March 31, 2010, 56:2
[48] Drapeau Depo, 107:16, 106:6
[49] Telephonic interview of Andrew Leonard, September 1, 2011

revenue lost from all potential sales during the period of the license. An exclusive license may demand a license fee of 3 to 10 times the fee applicable to a non-exclusive license.

In contemplating actual damages in this matter, I respectfully suggest that the Court consider that Stemtech's usage was comparable to an exclusive license, not only eliminating potential licensing revenue from other licenses during the period of Stemtech's usage, but permanently destroying the value of the images.

### O.    Disgorged Profits

Leonard is entitled to seek disgorgement of any Stemtech profits attributable to Stemtech's infringements on Leonard's copyrights. A review of Stemtech's many usages of Leonard's photographs conclusively demonstrates that Stemtech exploited Leonard's photograph to promote its brand, to promote understanding of its company and products, to train and recruit distributors and to provide those distributors with tools which were used to maximize Stemtech's profits from sales of Stemtech products.

Stemtech has produced an accounting of its revenues during the period. Copies are attached as Exhibit Q. It is Stemtech's burden to identify any revenues that are not in any way attributable to Stemtech's usage. Stemtech executive Bryan Noar has acknowledged that such a determination will be challenging.[50]

## VI.  Conclusion

Based on my personal knowledge and experience and on all information available to me as of this writing, I conclude with a reasonable degree of certainty that Stemtech willfully and recklessly infringed on Leonard's copyrights, that Stemtech's

---

[50] Noar Depo, 141:13

negligence resulted in widespread infringement by Stemtech distributors, and that Leonard is entitled to damages for copyright infringement as described hereinabove.

I understand that Stemtech may offer additional expert testimony to support Stemtech's claims in this matter, and that additional information and documents may come to light. If requested by Leonard, I may offer supplementary reports and/or rebuttal testimony to the opinions expressed by Stemtech and Stemtech's experts, in accordance with the Court's scheduling order.

Respectfully Submitted,

_____September 19, 2011
Professor Jeff Sedlik

# EXBHIT E-2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**


ANDREW PAUL LEONARD,

       Plaintiff,

   v.

STEMTECH HEATH SCIENCES, INC. and John
Does 1-100, Inclusive,

       Defendants.

C.A.  NO.: 08-67-LPS-CJB
Consolidated


## SUPPLEMENTAL EXPERT REPORT AND DISCLOSURE OF PROFESSOR JEFF SEDLIK


SUBMITTED MARCH 22, 2013

CONFIDENTIAL

TO BE FILED UNDER SEAL

I have been engaged by Plaintiff Andrew Paul Leonard ("Leonard") in the above captioned matter brought by Leonard against Defendant Stemtech Health Sciences, INC., et al. ("Stemtech") to serve as a consulting expert, and possibly as a testifying expert witness.

I expect to provide an expert opinion and possibly to give expert testimony on industry practices, standards and procedures in the photography and advertising industries, both in general and with respect to business transactions, actions and other occurrences involving or related to the parties to this matter. In addition, I expect to opine on licensing issues, contractual issues, applicable damages and other issues that might arise in this matter.

Specific topics on which I expect to testify are discussed in more detail below. My opinions are based in part on more than fifteen years of service in high-level positions in trade associations and standard-setting bodies in the photography, advertising and design industries. In addition, I have owned and operated a publishing company for more than a decade, and I have been a nationally recognized advertising photographer for more than 25 years, working with many clients, observing and interacting with large numbers of professional photographers, advertising agencies, design firms, corporate clients and others in the United States and other countries.

This Supplementary Expert Report ("the Report") has been prepared in connection with the above referenced matter, and is submitted pursuant to Fed. R. Civ. P. 26(a) (2). Section "V" of the Report outlines my supplementary opinions. In addition to my personal knowledge, my opinions are based on an independent examination of documents produced, deposition testimony, interviews, third party documents as disclosed and research and market surveys conducted by my firm. Portions of the Report are based on information designated as confidential in this matter. The Report is confidential, intended for the specific purposes of the above captioned matter, and is to be filed under seal to prevent disclosure of any

1

information designated as confidential by the parties. This report may not be used for any other purpose without my advance express written consent.

Should additional relevant information come to light, I may supplement my opinions as necessary and permitted by the Court. In addition to supplemental expert reports, I may also offer rebuttal expert reports in response to reports filed at any time by Stemtech or by experts retained by Stemtech in this matter. Any supplemental or rebuttal report that I file may address additional topics on which I would expect to testify.

If called upon as a witness in this case, I could and would make the following statements of my own personal knowledge and experience.

## I.    QUALIFICATIONS

My qualifications are set forth in the Preliminary Expert Report and Disclosure of Professor Jeff Sedlik, dated September 19, 2011 ("Preliminary Report"), Section "I."

## II.    COMPENSATION

My work on this matter is being billed at my standard rate of $650.00 per hour. If my client elects to pay my fees in advance or within ten days of my invoice date, I offer 5% net 10 payment terms, excluding deposition and courtroom testimony. Other than my current engagement as an expert in this matter, I have had no relationships with the parties to this matter. My compensation is not contingent upon, dependent upon or related in any way to the outcome of this matter.

### III.    MATERIALS CONSIDERED

In preparation for this Report and for the expert testimony that I may be called on to provide, I have considered the materials listed in Exhibit "A."

### IV.    BACKGROUND

A detailed description of the background for this matter is set forth in the Preliminary Report, section "IV."    The below information supplements the background information previously described.

Subsequent to my submission of the Preliminary Report, Leonard's counsel informed me that Leonard had identified additional alleged unauthorized usages of a single image created by Leonard, picturing a stem cell.  The single photograph in question is identified in Section "V," Subsection "A" (Subsection entitled "Leonard's Photograph"), below.    Leonard's counsel requested that I submit   this Supplementary Report to address issues arising from additional alleged unauthorized usages of Leonard's photograph.

### V.    DISCUSSION

#### A.    Leonard's Photograph

The photograph in question "Leonard's Photograph" (see Illustration #A1, below) is a derivative of the photograph previously identified as "Image #3," ("Image #3"), also created by Leonard (see Illustration #A2, below).[1] Leonard's Photograph is an enlarged, cropped, color-shifted, rotated derivative version of Image #3.  In Illustration #A3 below I have superimposed Leonard's Photograph over Image #3. In Illustration #A4 I have rotated Illustration #3 ninety degrees counter-clockwise, to match the

---

[1] See illustration of Image #3, Preliminary Report, Section "V", Sub-section "B."

3

horizontal orientation of Leonard's Photograph as it appears in the unauthorized usages on Stemtech domains.  Illustration #A5 pictures Leonard's Photograph as it appeared in the context of an unauthorized usage on a Stemtech domain.



**Illustration A1**
"Leonard's Photograph"
Authored by Leonard
Derivative of Image #3



**Illustration A2**
"Image #3"
Authored by Leonard



**Illustration A3**
Leonard's Photograph
(within red square)
superimposed over
Image #3

4



**Illustration A4**
Leonard's Photograph
(within red square)
superimposed over
Image #3
And rotated 90 degrees
counterclockwise



**Illustration A5**
Leonard's Photograph
as it appeared in a Stemtech
branded web page on which
customers were solicited to
"Order Now" using credit card
payments, and on which
potential distributors of
Stemtech products were
solicited to "Get Started Now"
as Stemtech distributors.[2]

## B.    Copyright Ownership in Leonard's Photograph

Working as an independent contractor/sole proprietor, Leonard authored both Image #3 and Leonard's Photograph ("the Photographs"). As Leonard has not assigned ownership in Photographs to any party, and as Leonard has

---

[2] Source: screen capture copy of web page at http://regeneracionvital.stemtechbiz.com.na/. Copy made 2012-02-01 at 9.03.13 AM

not granted exclusive rights in the Photographs to any party, Leonard is the sole and exclusive owner of the copyright in the Photographs.[3]

## C.    Alleged Unauthorized Usage of the Photograph

Leonard has discovered fifty-six instances of unauthorized usage of Leonard's Photograph on Stemtech-branded web sites bearing the Stemtech name and logo.  A list of such usages is attached as "C," and "screen-capture" copies of each of the usages are attached as Exhibit "H."

Two representative examples of Leonard's Photograph appearing on sub-domains of Stemtech's web sites are shown below for reference.




Web Page on Domain: stemtechbiz.co.uk    Web Page on Domain: stemtechbiz.com.na

I have analyzed the photograph appearing in each of the alleged unauthorized usages, and compared that photograph to Image #3 and to Leonard's Photograph.  With a reasonable degree of professional certainty, I

---

[3] Telephonic interviews with Leonard, September 1, 2011, and March 21, 2013.

conclude that the photograph appearing in the alleged unauthorized usages is Leonard's Photograph, which is a derivative of Image #3. The results of my analysis and comparison are presented in Exhibit "B."

The fifty-six web pages containing an alleged unauthorized usage of Leonard's photograph are each displayed from within domains appearing to be owned by Stemtech.[4] These web pages reside on sub-domains within Stemtech-owned domains. Previous testimony in this matter indicates that Stemtech authorizes its distributors to make use of sub-domains within Stemtech-owned domains, for the purpose of promoting the sale of Stemtech products. Stemtech has a history of providing content to distributors for display on such sub-domains, and has a history of exercising control over the content displayed by its distributors on such sub-domains.

Leonard asserts that Leonard has never authorized Stemtech, its affiliates, assigns, distributors, partners, employees or subsidiaries to reproduce, distribute or display Leonard's Photograph in any media or for any purpose, and that Leonard has not authorized any of Stemtech's usages of Leonard's Photograph listed in Exhibit "C" and displayed in Exhibit "H." [5]

**D.     Alleged Unauthorized Sublicensing by Stemtech**

---

[4] See Exhibit G, "Domain Ownership Records," providing publically available ownership records for each domain on which an unauthorized usage of Leonard's Photograph is alleged (See Exhibit C) in this matter. Public records indicate that Stemtech is the Registrant of record for each domain as of March 22, 2013. One exception is the domain "stemtechbiz.co.uk" for which the Registrant of Record is "Virtual IT Consulting, Inc.," listed at the Stemtech address, 1011 Calle Amanecer, San Clemente, CA, 92673. This Report assumes that Stemtech owns that domain. In the event that Stemtech disclaims ownership of that domain, I may supplement my report.

[5] Source: Telephonic interview of Leonard, March 21, 2013.

Leonard asserts that he has never authorized Stemtech to grant its distributors or any third parties the right to reproduce, display, distribute, alter or otherwise use the Photographs.

### E.    Stemtech's Access to Leonard's Photograph

Leonard asserts that he did not provide either of the Photographs to Stemtech or to any Stemtech distributor, and asserts that Stemtech and/or its distributors obtained Leonard's Photograph from an unknown third party, perhaps from a web site or other source.[6] Given that (1) The photograph appearing in the alleged infringements is Leonard's Photograph, and that (2) Stemtech does not dispute that the photograph appearing in the alleged infringements is Leonard's Photograph, and that (3) Neither Stemtech nor its distributors have asserted that they received a license from any third party to make use of Leonard's Photograph, and that (4) Leonard has never granted any license to any party in order to permit such usage of Leonard's Photograph,[7] and that (5) Stemtech owns and controls the domains on which Leonard's Photograph appears within the unauthorized usages, the mere appearance of Leonard's Photograph in each Stemtech web page proves that Stemtech and/or its distributors gained access to a copy or copies Leonard's Photograph, and further proves that Stemtech and/or its distributors caused Leonard's  Photograph to be reproduced, distributed and displayed in association with the offering of Stemtech products for sale.  Setting aside a determination as to the willfulness of the alleged infringement, the fact that Leonard is unable to monitor Stemtech's every action and is thus unable to explain exactly how Stemtech and/or its distributors came to access, possess and exploit Leonard's Photograph bears little if any relevance to a determination of infringement in this matter, unless and until Stemtech produces proof that Stemtech and/or its distributors obtained a valid license from a third party, allowing usage of Leonard's Photograph by Stemtech and

---

[6] Source: Telephonic interview of Leonard, March 21, 2013.
[7] Source: Telephonic interview of Leonard, March 21, 2013.

8

its distributors on Stemtech web domains in association with the offering and sale of Stemtech products.

## F.    Commercial Exploitation of Leonard's Photograph

Stemtech and its distributors have exploited Leonard's Photograph for three distinct commercial purposes: (1) To sell Stemtech business opportunities to potential distributors of Stemtech products, who in turn sell Stemtech business opportunities to other potential Stemtech distributors, and (2) To sell distributor packages (and other marketing materials) to potential distributors, who in turn sell distributor packages (and other marketing materials) to other potential distributors, and (3) To promote the sale of Stemtech products StemEnhance and other dietary supplements to Stemtech customers and potential customers.  My opinions are set forth in more detail below.

1. **To sell Stemtech business opportunities to potential distributors of Stemtech products, who in turn sell Stemtech business opportunities to other potential Stemtech distributors.**

   Stemtech is a multi-level marketing company. Stemtech generates revenue by soliciting distributors to engage in a business opportunity with Stemtech, in which each distributor recruits additional Stemtech distributors.  Those distributors then solicit other distributors to sell Stemtech products, and so on.  It is a multi-level, pyramid-shaped organizational structure, with each distributor generating income not only from sales of Stemtech products, but from the sales of all those distributors beneath him/her in the Stemtech pyramid of distributors. Stemtech's business model relies not upon Stemtech's direct solicitations of sales of products to customers, but upon

9

Stemtech's success in encouraging and assisting its distributors to recruit the greatest possible number of additional distributors, all of whom in turn focus on two activities: recruiting additional Stemtech distributors, and selling Stemtech products.

Stemtech offers products ostensibly designed to promote healthy stem cells. In order to allow distributors (and in turn, their customers) to understand the benefit of Stemtech products, Stemtech faces a challenge – it must help its distributors and customers to form a picture of a stem cell in their mind's eye. That picture, selected and exploited by Stemtech and its network of distributors, is Leonard's Photograph.

The fact that certain of Stemtech's unauthorized usages of Leonard's Photograph are not accompanied by an "Add To Cart" button or an "Order Now" button is irrelevant to a determination as to the commercial benefit received by Stemtech in using Leonard's Photograph to expand its network of distributors, and thus expand its profits from resulting sales of products via that expanded network. As is readily evident in the below example and on the other website screen captures included in Exhibit H, Stemtech uses Leonard's Photograph to convince potential distributors to join the Stemtech sales network and generate revenue for Stemtech.

2. **To sell distributor packages (and other marketing materials) to potential distributors, who in turn sell distributor packages (and other marketing materials) to other potential distributors.**

Stemtech generates revenue from the sale of distributor packages and marketing materials to distributors. As each new distributor enters the Stemtech pyramid, then recruits additional distributors, Stemtech is able to sell additional distributor packages and marketing materials to all of these distributors. Stemtech has incorporated Leonard's photographs in such distributor packages and marketing materials in order to assist distributors in selling Stemtech distributorships to potential distributors. Stemtech's success relies in part on the sale of distributor packages and marketing materials to distributors entering the Stemtech sales network.

3. **To promote the sale of Stemtech's StemEhance and other dietary supplements to Stemtech customers and potential customers.**

Stemtech's   unauthorized usages of Leonard's Photograph represent commercial exploitation of Leonard's Photograph and copyright for the purpose of soliciting Stemtech customers and potential customers to purchase the Stemtech product "StemEnhance" and other nutritional supplements from Stemtech and/or its distributors.  For reference, the below example,[8] one of fifty-six unauthorized usages discovered by Leonard, provides evidence that Leonard's photograph was displayed on web pages within Stemtech domains, immediately adjacent to Stemtech product images and a button encouraging

---

[8] Source: http://regeneracionvital.stemtechbiz.com.na/ screen capture made Screen shot 2012-02-01 at 9.03.13 AM

11

Stemtech customers to "Order Now" and to use credit cards and other methods to pay for Stemtech product purchases.



## G.    Leonard's Licensing History

Leonard has a history of licensing his images to clients for significant fees. This licensing history is discussed in my Preliminary Report, providing examples of license fees ranging from $7,000 to $25,000 for usage of a single Leonard photograph.[9]

---

[9] See Preliminary Expert Report, Section "V", Sub-section "E"

12

**H.     Fees Applicable to the Alleged Unauthorized Usages of Leonard's Photograph.**

Actual damages are determined in part by the fee that a willing buyer would have been reasonably required to pay at the time of the infringement.[10]  In the photography marketplace, each photographer sets his/her own fees, based upon criteria defining the scope of a license. These criteria include the type of media in which the photograph will be reproduced, the size of reproduction, the region of distribution, the duration of the license, exclusivity and other factors. Quality and scarcity of the photograph are also primary considerations. The unique circumstances of each transaction affect the fees offered by photographers.

To arrive at a reasonable estimate of licensing fees applicable to the infringing usages, we obtained comparative stock photography license fee quotes from four stock photography agencies.[11] We calculated total fees based on the information available to us, including some or all of these factors: the number of uses of each image, the media in which the photographs were reproduced, the reproduction quantity, size and placement of reproduction, and the period of use. Where one or more criteria were missing, we made the best approximation possible under the circumstances. We did not apply any punitive multiplier contemplating the alleged infringing use.

In addition to the license fee computations performed by obtaining reference fee quotes matching the alleged unauthorized usages to the greatest extent possible, I have relied on my personal knowledge and experience in image licensing and in the development and management of industry standards for image licensing.

---

[10] Sid & Marty Krofft Television Productions, Inc. v. McDonald's Corp., 562 F.2d 1157 (9th Cir. 1977), later cited in Frank Music Corp. v. Metro-Goldwyn-Mayer, Inc., 772 F.2d 505 (9th Cir. 1985)
[11] See stock agency license quotes in Exhibits F and E.

Based upon the above criteria and on all of the information available to me at this time, it is my opinion that with respect to known alleged unauthorized usages listed in Exhibit "C," Leonard is at minimum entitled to receive license fees in the amount of $ 33,660, as listed in the below chart, with details and supporting documentation provided in Exhibits "D," "C," "E," "F," "H." This amount represents the approximated 2011 market value of licenses of generic images for the alleged unauthorized usages known to Leonard, and does not contemplate any devaluation of the copyrights in the photographs resulting from the unauthorized usage (see Preliminary Report, Section V, Sub-section N).

| Summary of License Fees Applying to Known Unauthorized Usages | | | | | |
|---|---|---|---|---|---|
| License Quantity | Media | Size | Duration (Years) | License Fee | Total Fees: known usages |
| 22 | Image on the Web | 1/4 Page | 1 | $1,530 | $33,660 |

I reserve the right to revise my fee calculations in the event that information comes to light that allows for a more precise calculation of fees.

## I.    Disgorged Profits

I understand that the issue of disgorged profits attributable to the unauthorized usage of Leonard's photographs is in dispute. Should I receive additional information sufficient to support an opinion as to the applicability of the disgorged profits remedy in this matter, I reserve my right to supplement this report.

## VI.    Conclusion

Based on my personal knowledge and experience and on all information available to me as of this writing, I conclude with a reasonable degree of professional certainty

14

that license fees totaling $ 33,660 represent reasonable licensing fees applicable to the alleged unauthorized usages pictured in Exhibit "H" and as described in Exhibits "D" and "C," not including damages suffered by Leonard due to any reduction in the value of the copyright in Leonard's Photograph resulting from the unauthorized usage.

I understand that Stemtech may offer additional expert testimony to support Stemtech's claims in this matter, and that additional information and documents may come to light. If requested by Leonard, I may offer supplementary reports and/or rebuttal testimony to the opinions expressed by Stemtech and Stemtech's experts, in accordance with the Court's scheduling order.

Respectfully Submitted,

_____ March 22, 2013
Professor Jeff Sedlik

15