IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| ANDREW PAUL LEONARD, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08–067–LPS–CJB |
| | ) | Consolidated |
| STEMTECH HEALTH SCIENCES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington this **26th day of September, 2013**.

**WHEREAS**, the Court has reviewed the parties' joint letter dated September 25, 2013 (D.I. 204);

**NOW THEREFORE, IT IS HEREBY ORDERED** that:

1. With regard to deposition designations, the parties shall submit to the Court all final designations and objections regarding a witness' proposed testimony by joint letter, no later than two days before the date the witness' testimony is to be presented at trial.

2. With regard to exhibits, the parties shall file with the Court by **October 7, 2013** a final list of proposed exhibits and objections thereto. This exhibit list will be incorporated into the Final Pretrial Order, and exhibits on the list will be treated in the manner discussed at the September 23, 2013 pretrial conference.

3. With regard to trial time, the Court has reviewed the parties' statements in the joint letter. In light of the parties' longstanding request for a four-day trial, and the Court's understanding of the scope of the legal and factual issues to be presented, the Court orders that Plaintiff and Defendants each be allocated nine (9) hours of trial time in which to present their respective cases.

4. With regard to motions in limine, the Court orders that the parties' proposed schedule for completion of briefing be adopted. The Court will issue an Order ruling on the motions as soon as is practicable after completion of briefing.

5. The District Court will hold a teleconference with the parties on **October 4, 2013** at 1:00 p.m. E.S.T. to discuss matters relating to the trial. Counsel for Plaintiff shall initiate the teleconference call to 302-573-4573.

_____
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE