IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW PAUL LEONARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No: 08-067-LPS-CJB |
| STEMTECH HEALTH SCIENCES, | ) Consolidated |
| INC. and DOES 1-100, Inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## VERDICT FORM

**QUESTION 1:** *Direct Copyright Infringement – Image 3*

    a) Did Andrew Leonard's Image 3 constitute an original work?

        __X__ Yes             _____ No

        If your answer to this question is yes, then answer **question 1b**. If your answer to this question is no, then skip to **question 4** and answer it.

    b) Does Andrew Leonard own the copyright to Image 3?

        __X__ Yes             _____ No

        If your answer to this question is yes, then answer **question 1c**. If your answer to this question is no, then skip to **question 4** and answer it.

    c) Did Stemtech copy Andrew Leonard's Image 3 without his permission?

        __X__ Yes             _____ No

        Answer **question 2**.

**QUESTION 2:** *Vicarious Copyright Infringement – Image 3*

    a) Did any of Stemtech's independent distributors copy Andrew Leonard's Image 3 without his permission?

        __X__ Yes             _____ No

        If your answer to this question is yes, then answer **question 2b**. If your answer to this question is no, then skip to **question 4** and answer it.

    b) Did Stemtech have the right and ability to stop or limit its independent distributors' infringement of Image 3 but fail to do so?

        __X__ Yes             _____ No

        If your answer to this question is yes, then answer **question 2c**. If your answer to this question is no, then skip to **question 3** and answer it.

    c) Did Stemtech directly profit from or have a direct financial interest in its independent distributor(s)' infringement of Andrew Leonard's Image 3?

        __X__ Yes             _____ No

        Answer **question 3**.

## QUESTION 3: *Contributory Copyright Infringement – Image 3*

a) Did Stemtech know that its independent distributor(s) were directly infringing upon Andrew Leonard's Image 3?

   _X_ Yes           ___ No

   If your answer to this question is yes, then answer **question 3b**. If your answer to this question is no, then skip to **question 4** and answer it.

b) Did Stemtech intentionally induce its independent distributor(s) to infringe upon Andrew Leonard's Image 3 or materially contribute to the infringement of Image 3?

   _X_ Yes           ___ No

   Answer **question 4**.

**QUESTION 4: *Direct Copyright Infringement – Image 4***

    a) Did Andrew Leonard's Image 4 constitute an original work?

        __X__ Yes                      ____ No

        If your answer to this question is yes, then answer **question 4b**. If your answer to this question is no, then skip to **question 7** and answer it.

    b) Does Andrew Leonard own the copyright to Image 4?

        __X__ Yes                      ____ No

        If your answer to this question is yes, then answer the next **question 4c**. If your answer to this question is no, then skip to **question 7** and answer it.

    c) Did Stemtech copy Andrew Leonard's Image 4 without his permission?

        __X__ Yes                      ____ No

    Answer **question 5**.

**QUESTION 5:** *Vicarious Copyright Infringement – Image 4*

    a) Did any of Stemtech's independent distributors copy Andrew Leonard's Image 4 without his permission?

        __X__ Yes                  _____ No

        If your answer to this question is yes, then answer **question 5b**. If your answer to this question is no, then skip to **question 7** and answer it.

    b) Did Stemtech have the right and ability to stop or limit its independent distributors' infringement of Image 4 but fail to do so?

        __X__ Yes                  _____ No

        If your answer to this question is yes, then answer **question 5c**. If your answer to this question is no, then skip to **question 6** and answer it.

    c) Did Stemtech directly profit from or have a direct financial interest in its independent distributor(s)' infringement of Andrew Leonard's Image 4?

        __X__ Yes                  _____ No

        Answer **question 6**.

**QUESTION 6:** *<u>Contributory Copyright Infringement – Image 4</u>*

   a) Did Stemtech know that its independent distributor(s) were directly infringing upon Andrew Leonard's Image 4?

      __X__ Yes             ____ No

      If your answer to this question is yes, then answer **question 6b**. If your answer to this question is no, then skip to **question 7** and answer it.

   b) Did Stemtech intentionally induce its independent distributor(s) to infringe upon Andrew Leonard's Image 4 or materially contribute to the infringement of Image 4?

      __X__ Yes             ____ No

      Answer **question 7**.

**QUESTION 7:** *Liability*

Did you answer YES to any of the following questions: Questions 1c), 2c), 3b), 4c), 5c) or 6b)?

    _X_ Yes                 ___ No

If your answer to this question is yes, then answer **question 8**. If your answer to this question is no, stop here, and answer no further questions. You have completed the verdict form. Please sign and date below.

**QUESTION 8:** *Damages*

What are Andrew Leonard's actual damages?     $ 1.6 million

You have completed the verdict form. Please sign and date below.

_____      _____
Jury Foreperson                                 Juror

_____      _____
Juror                                           Juror

_____      _____
Juror                                           Juror

_____      _____
Juror                                           Juror

October 11, 2013

**QUESTION 7:** *Liability*

Did you answer YES to any of the following questions: Questions 1c), 2c), 3b), 4c), 5c) or 6b)?

    _X_ Yes          ____ No

If your answer to this question is yes, then answer **question 8**. If your answer to this question is no, stop here, and answer no further questions. You have completed the verdict form. Please sign and date below.

**QUESTION 8:** *Damages*

What are Andrew Leonard's actual damages?     $ 1.6 million

You have completed the verdict form. Please sign and date below.